IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK R. HOOP, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv869-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JEFFREY W. HOOP, et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court upon the filing of two motions in limine by the plaintiff (Docs. 70 and 71). Orders in limine which exclude broad categories of evidence are disfavored in this Circuit. The Sixth Circuit in Sperberg v. Goodyear Tire & Rubber Co., 519 F.2d 708, 712 (6th Cir. 1975), stated that the better practice is to deal with questions of admissibility of evidence as they arise. For this reason, the Court, in its Trial Procedures for Civil Cases, has set the deadlines of ten business days before the commencement of trial for the filing of motions in limine and five business days before the commencement of trial for the filing of the responses.

Accordingly, the motions in limine in this case are hereby DENIED without prejudice to resubmission at the appropriate time.

IT IS SO ORDERED.

                                                                    ___s/Susan J. Dlott_____
                                                                    Susan J. Dlott
                                                                    United States District Judge