**SALE**

HDD DAYTONA HRLY DAVID
290 N BEACH ST
DAYTONA BEACH, FL 32114
TID: 00005572425

TIME: 11:06 AM          DATE: 09/02/03

MERCHANT #: 275215955889

MC xxxxxxxxxxxx1416

INVOICE: 0000077004

APPROVAL CODE: **641318**          SEQ: 004

TOTAL AMOUNT          $122.48

HOUSE/STELLA B

TOP COPY MERCHANT, BOTTOM COPY CUSTOMER



EXHIBIT

B

INVOICE

DAYTONA HARLEY-DAVIDSON
290 NORTH BEACH STREET
DAYTONA BEACH, FL.  32114
Phone:(386) 253-2453 Fax:(386) 258-0638

Invoice Number: 992005
Date:     9/ 2/2003    Time:  11:08 AM
Console: 002           Sold By:      BF
Tax I.D.: FL           Rate:   .065000

Customer Number:       0
CASH

Phone:  (000) 000-0000  Work:(000) 000-0000Ext:
Fax:    (000) 000-0000  Tax Exempt:
P.O. Number:            Tax Number:

THANK YOU FOR SHOPPING WITH US
NO CASH REFUNDS
PLEASE KEEP YOUR RECEIPT FOR
EXCHANGES AND STORE CREDITS

| Item Number | Description | Del Qty | SO Qty | Retail Price | Extended Amount |
|---|---|---|---|---|---|
| AA-EFG83-95G | EAGLE FAIRING GAUR | 1.00 | | 115.00 | 115.00 |

| | | | | |
|---|---|---|---|---|
| Deposit Down Pmt: | 0.00 | | Total Amount Due: | 122.48 |
| Deposit Pmts Applied: | 0.00 | | | ======== |
| Layaway Pmt Made: | 0.00 | | Cash: | 0.00 |
| Layaway Pmt Applied: | 0.00 | Ck. No.:0 | Check: | 0.00 |
| SO/Layaway Balance Due: | 0.00 | Type:MC  Exp. 00/00 | Credit Card: | 122.48 |
| (Including Applicable Taxes) | | | Gift Certificate: | 0.00 |
| Item Total: | 115.00 | | Total Received: | 122.48 |
| Shipping Charges: | 0.00 | | Less Change: | 0.00 |
| Flat Charge: | 0.00 | | On Account: | 0.00 |
| Total Tax: | 7.48 | | | --------- |
| | | | Total: | 122.48 |
| Deductible(s): | 0.00 | | | |

EXHIBIT

A





EXHIBIT

C





