IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,                       :
                                           :
            Plaintiff(s)                   :
                                           :    Case Number: 1:00cv869-SJD
     vs.                                    :
                                           :    District Judge Susan J. Dlott
JEFFREY W. HOOP, et al,                    :
                                           :
            Defendant(s)                   :

ORDER

This matter is before the Court upon the defendants' motion for order to hold

plaintiffs/counterclaim defendants in contempt (Doc. 85). The Court hereby orders that the

briefing of this matter shall be expedited and hereby sets the following schedule:

| | |
|---|---|
| Memorandum in opposition due date | 10/22/03 |
| Reply in support due date | 10/29/03 |
| Hearing at 9:00 a.m. | 10/31/03 |

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge