UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| Mark R. Hoop and Lisa J. Hoop | CASE NO. C-100-869 |
| Plaintiffs/Counterclaim Defendants | JUDGE SUSAN J. DLOTT |
| v. | **MOTION FOR PROTECTIVE ORDER** |
| Jeffrey W. Hoop, Stephen Hoop and Hoopsters Accessories, Inc. | |
| Defendants/Counterclaim Plaintiffs | |

Now comes Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa J. Hoop (hereafter "Plaintiffs") who hereby move this Court for a protective order preventing Defendants/Counterclaim Plaintiffs Jeffrey W. Hoop, Stephen E. Hoop, and Hoopster Accessories, Inc. (hereafter "Defendants") from harassing and bothering customers of the Eagle Fairing Guards at dispute in this litigation. Defendants have shown a pattern of harassing past suppliers and advertisers of the fairing guards, (notably, Schullte Platers of Cincinnati and Thunderpass Magazine.) Plaintiffs request that Defendants be limited to inquiring solely as to when customers of the fairing guards acquired them.

Defendants have systematically attempted to run up attorney's fees. While Plaintiffs will provide whatever information the Court orders, Plaintiffs request that any motion of Defendants' found without merit be recompensed to Plaintiffs. Enough is enough. A simple phone call would have resolved Defendants' Motion for Contempt, yet they could not be bothered to do so.



Respectfully Submitted,

*[signature]*

Timothy A. Magee, Esq.
0066023
2600 N. Reynolds Road
Suite 102D
Toledo, Ohio 43615
Phone: 419.535.6830
Fax:    419.535.6838
Counsel for Plaintiff

**Certificate of Service.**
The foregoing document was mailed to Stella B. House, J.D., Post Office Box 422, Manchester, Kentucky 40962-0422, via ordinary mail on this _13_ day of _November_, 2003.

*[signature]*

Timothy A. Magee, Esq.
Counsel for Plaintiff