| Name | Address | City | State | ZIP | Shipping |
|---|---|---|---|---|---|
| Inez Collins | 125 West 100 North | North Salt Lake | Utah | 84054 | UPS 2nd Day |
| Rosemarie Kadna | 30 Valley View Rd. | Great Neck | NY | 11021 | UPS 2nd Day |
| Jan Le Blanc | 300 Newell Street | Pittsfield | Mass | -01201 | UPS Ground |
| John Metzelaars | 14862 N. 5th Ave. | Effingham | IL | 62401-5087 | UPS Ground |
| Terry Enderland | 2554 Horsham Drive | Germantown | TN | 38139 | USPS |
| Dinah Lawson | 3807 Sullivan Gardens Drive | Kingsport | TN | 37660 | UPS Ground |
| Sylvan Bleeker | 3818 Forest Ave. | Great Bend | Kansas | 67530 | UPS Ground |
| Betsy Robertson | 5042 Pointe Dr | Florence | SC | 29501-5315 | USPS |



RECEIVED 11-13-03

| Ship Name: | Ship Address: | Ship Address: | Ship City | Ship State: | Ship Zip: | Ship Via: |
|---|---|---|---|---|---|---|
| Dennis Dorenzo | 14126 Hereford Drive | | Chico | CA | 95973 | UPS Ground |
| Stacy Smith | RR2 Box 465 Austin Rd | | Wellsboro | PA | 16901 | USPS |
| Stanly Jenczewski | 505 22nd St. | | Niagra Falls | NY | 14305 | UPS Ground |
| Greg Enders | 5859 North Globe St. | | Weetland | MI | 48185 | UPS Ground |
| Gary Hazey | 4832 Syracuse St. | | Dearborn Hei | MI | 48125 | UPS Ground |
| Robert Morrow | 2802 Strong Rd. South East | | Salem | OR | 97302 | UPS Ground |
| Lester Hunter | 188 Valley Oak Lane | | Vallejo | CA | 94581-8058 | UPS Ground |
| Dennis Christman | 6500 Doby Peak Drive | | Las Vegas | NV | 89108 | UPS Ground |
| Sadoth Morales | 15344 South West 51st Manor | | Davie | FL | 33331 | UPS Ground |
| Jim Hampton | P.O. Box 40 | | Plymouth | CA | 95669-0040 | USPS |
| Barnett Harley Da | 8272 Gateway East | | Elpaso | TX | 79907 | UPS |
| Ralph Rebecchi | 10 Francis St #K | | Bristol | RI | 0-02809 | USPS |
| Waymon Cherry | 1245 N Mason | | Chicago | IL | 60651 | USPS |
| Stephen Huminsk | 43 Ravin Dr. | | Matawan | NJ | 07747 | USPS |
| Herman Collins | P.O. Box 1349 | | Shiprock | New Mexico | 87420 | USPS |
| Chris's motorcycle | 525 Hoquiam | | | WA | 98550 | USPS |
| John Amen | 1410 So. 32nd | | Lincoln | NE | 68516 | USPS |
| Leroy Barnes | 9500 Sherwood Dr. | | Marlboro | MD | 20772 | UPS Ground |
| RoadRiderAcc | 2897 Monterey Rd | | San Jose | CA | 95111 | |
| Bill Martin | 6621 New Castle Rd | | Jacksonville | FL | 32216 | UPS Ground |
| Double D Cycle | 1307 Pittsburg Rd | | Marion | IL | 62959 | UPS Ground |
| Michael R Tiffin | 31106 Antonia Lane | | Tomball | TX | 77375 | UPS Ground |
| N. Peiffer | 6113 Babenhausen | Hess 1 | Germany | | | USPS |
| Tom Locashio | 7219 Southwick Ct. | | Frankfort | IL | 60423 | UPS Ground |
| MARY M CHANDI | 16415 PEMCANYON | | SAN ANTONI | TX | 78240 | UPS |
| Lighthouse Harley | 670 East Jericho Turnpike | | Huntington St | NY | 11746 | UPS |
| C. Joe Natola, Jr. | 1302 Cleveland Street | | Mount Vernon | WA | 98273 | UPS |
| Mike Daley | 2897 Monterey Rd | | San Jose | CA | 95111 | |
| John Hayes | 230 Timrick Drive | | Munster | IN | 46321 | UPS ground |
| Ina Leonard | 12364 Tamara Drive | | Moreno Valley | CA | 92553 | UPS Ground |
| Stanton Yeatom | 122 Chandler Rd. | | Strong | Maine | -04983 | UPS |
| Roger Strutz | 6320 Market Ave. | | Newark | CA | 94560-4036 | UPS Ground |
| Jennie Hardesty | 6594 Point Pleasant Rd. | | Elk Grove | CA | 95758 | UPS Ground |
| N. Peiffer | 6113 Babenhausen | Hess 1 | Germany | | | USPS |
| Susan Frydel | 165 George Thompson Rd. | | Mechanicsville | NY | 12118 | UPS Ground |
| David Falloni | 9343 Dixie Street | | Redford | MI | 48239 | UPS Ground |
| Bill Butt | 5 Colomba Dr. | | Niagra Falls | NY | 14305 | UPS Ground |
| Don Schel | 19 Sherman Drive | | Norwich | NY | 13815 | UPS Ground |
| Chris Page | 630 West Grand River | | Brighton | MI | 48116 | UPS Ground |
| Sandra Luger | 145 Birch Springs Rd. | | Waynesville | NC | 28786 | UPS Ground |
| Robert McDonnell | 87 Hardwood Court | | Glenwood | NY | 14069 | UPS Ground |
| Marie Cochrane | 5710 Machal Road | | St. Leonard | MD | 20685 | UPS Ground |
| Chris Dick | 500 Country Club Rd. | | Fairmont | WV | 26554 | UPS Ground |
| Ed Vincent | 11301 Lucid St. space 44 | | Garden Grove | CA | 92840 | UPS Ground |
| Paula Schultz | 1092 O'Brien Court | | San Jose | CA | 95126 | UPS Ground |
| Thomas L. Peters | 9734 Hoagland Rd. | | Hoagland | IN | 46745 | UPS Ground |
| FELICIA SIMS | 130 WATSON STREET | | DANVILLE | VA | 24541 | Ups Ground |
| Mike Smiley | 29 Sunset | | Oakwood | IL | 61858 | UPS Ground |
| Jessica Johnson | 20600 Gudith Street | | Brownstown | MI | 48183 | UPS Ground |
| RONALD L. IRISH | S.L.O.P. ALARM | 768 N. PROS | PORTERVILL | CA | 93257 | UPS Ground |
| GENE TAYLOR | 2477 AMELIA LANE | | TUPELO | MS | 38801 | UPS 2nd Day |
| Greg Tyson | 101 Sikes Dr. | | Crestview | FL | 32539 | UPS Ground |
| Robert Oberg | 212 North 420 West | | La Verkin | Utah | 84745 | UPS Ground |
| James Kattner | 19 Lake Drive | | Jim Thorpe | PA | 18229 | UPS Ground |
| Barbara Dooley | 388 Grove Street | | Melrose | MA | -0217c | UPS 2nd Day |

| Bill Name: | Bill Address: | Bill City | Bill State | Bill Zip: | Ship Name: |
|---|---|---|---|---|---|
| THOMAS FRIZZIE | 3111 AIRLINE BLVD. | PORTSMOUT | VA | 23701 | |
| Mike McKenzie | Tylertown Custom Paint & | Tylertown | MS | 39667 | |
| Chuck Patterso | 3266 Lakeview Drive | Nice | CA | 95464 | |
| James Hanke | 4180 South Mohave Dr. | Sierra Vista | AZ | 85650 | |
| Carl Fitzgerald | 6005 Azure N.E. | Albuquerque | NM | 87109 | |
| Paul D Cicero | 6 pilgrim ave | Worcester | MA | -01b04 | |
| Brad Dayment | 177 Fairfield Ave North | Hamilton | Ontario | L8h5h3 | |
| Peter Gundacke | 115 Congress St. | Amesbury | Canada | -01913 | |
| Joe Hougentogl | 9 School House Road | Hope | MA | -02831 | |
| Miguel Diaz | P.O. Box 213 | Fajardo | RI | -00738 | |
| EDWARD J HEN | E JH | | PR | | |
| | 1940 SHEFFIE | NARCO IS | FL | 34145 | |

NEW SMYRNA HD 1899 SR 44
NEW SMYRNA BEACH FL
32168