IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and     PLAINTIFFS/
LISA J. HOOP     COUNTERCLAIM DEFENDANTS

V.    **DEFENDANTS/COUNTERCLAIM PLAINTIFFS' RESPONSE TO PLAINTIFFS/COUNTERCLAIM DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

JEFFREY W. HOOP, STEPHEN E. HOOP, and     DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.     COUNTERCLAIM PLAINTIFFS

Defendants/Counterclaim Plaintiffs, by counsel, respond to Plaintiffs/Counterclaim Defendants' Motion for Protective Order, as follows: It is unreasonable for Plaintiffs/Counterclaim Defendants to request that Defendants/Counterclaim Plaintiffs not be allowed to contact the suppliers and advertisers of the eagle fairing guards, as these individuals have information which may be helpful or useful to either Defendants/Counterclaim Plaintiffs and/or the Court and is relevant to Defendant/Counterclaim Plaintiffs' claims in this civil action.

**WHEREFORE**, Defendants/Counterclaim Plaintiffs, by counsel, respectfully request that the Court deny Plaintiffs/Counterclaim Defendants' Motion for Protective Order.

                          Stella B. House
                          STELLA B. HOUSE,
                          ATTORNEY-AT-LAW, P.S.C.
                          Post Office Box 422
                          Manchester, Kentucky 40962
                          Attorneys for Defendants/
                          Counterclaim Plaintiffs

                          By: _____
                                  Stella B. House
                                  Kentucky Bar No. 81805

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Defendants/Counterclaim Plaintiffs' Response to Plaintiff's Motion for Protective Order was mailed to Alfred J. Mangels, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on November 24, 2003.

          STELLA B. HOUSE
          ATTORNEY AT LAW, P.S.C.

By: _____
      Stella B. House, J.D.