IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mark R. Hoop *et al.* : | |
| : | Case No. C-1-00-869 |
| Plaintiffs : | |
| : | District Judge Susan J. Dlott |
| v. : | |
| : | ORDER |
| Jeffrey W. Hoop *et al.* : | |
| : | |
| Defendants : | |

    It has come to the Court's attention that the parties have failed to submit a joint proposed final pre-trial order and a joint proposed jury pre-charge, as required by the Court's Civil Trial Procedure Order. Rather, Plaintiffs have submitted their proposed final pre-trial order and proposed jury pre-charge, and Defendants have submitted their proposed final pre-trial order and proposed jury pre-charge. The Court hereby **ORDERS** the parties to submit a joint proposed final pre-trial order, including a joint proposed jury pre-charge, signed by counsel for Plaintiffs and counsel for Defendants, no later than January 5, 2004. Failure to comply with this Order or the Court's Civil Trial Procedure Order will result in sanctions.

    IT IS SO ORDERED.

                                                                                       _____S/Susan J. Dlott_____
                                                                                     Susan J. Dlott
                                                                                     United States District Judge