OCT-16-2003 THU 01:22 PM SALIWANCHIK, LLOYD&SALIWA   FAX NO. 352 372 5800   P. 03

PTO/SB/83 (03-02)
Approved for use through 10/31/2002. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# REQUEST FOR WITHDRAWAL AS ATTORNEY OR AGENT

| Application Number | Control No. 90/005,845 |
|---|---|
| Filing Date | October 13, 2000 |
| First Named Inventor | Jeff Hoop |
| Group Art Unit | 2911 |
| Examiner Name | J. Sincavage |
| Attorney Docket Number | JFH-PL1 |

To: Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313.

RECEIVED
CENTRAL FAX CENTER
OCT 16 2003
OFFICIAL

I hereby apply to withdraw as attorney or agent for the above-identified patent application.

The reasons for this request are:

The client has failed to pay the Attorneys of record for services rendered despite several requests resulting in an unreasonable financial burden on Attorneys. The client was notified by certified mail on August 19, 2002 of Attorneys' intent to withdraw (in order to allow the client sufficient time to obtain other representation). Also, several attempts were made to contact the client during July – August of 2002; however, the client did not return any of the phone messages. Continuing representation will result in serious economic loss to Attorneys.

1. ☐ The correspondence address is NOT affected by this withdrawal.

2. ☒ Change the correspondence address and direct all future correspondence to:

**CORRESPONDENCE ADDRESS**

☐ Customer Number _____ → Place Customer Number Bar Code Label Here

OR

| Firm or Individual Name ☒ | Mr. Jeff Hoop |
|---|---|
| Address | P.O. Box 6509 |
| Address | |
| City | Ocala |
| State | FL |
| ZIP | 34478-6509 |
| Country | USA |
| Telephone | (352) 207-5636 |
| Fax | |

APPROVED 10/24/03
JOHN E. KITTLE
DIRECTOR
TECHNOLOGY CENTER 3700

☒ This request is made on behalf of myself and
   ☐ all the attorneys/agents of record,
   ☐ the attorneys/agents (with registrations numbers) listed on the attached paper(s), or
   ☒ the attorneys/agents associated with Customer Number 23,557
This request is enclosed in triplicate.

| Name | David R. Saliwanchik |
|---|---|
| Signature | /David Saliwanchik/ |
| Date | October 16, 2003 |

NOTE: Withdrawal is effective when approved rather than when received.
Unless there are at least 30 days between approval of withdrawal and the expiration date of a time period for response or possible extension period, the request to withdraw is normally disapproved.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.



Received from < 352 372 5800 > at 10/16/03 1:35:01 PM [Eastern Daylight Time]



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 90/005,845 | 10/13/2000 | D431211 | JFH-PL1 |

Alfred J Mangels Esquire
4729 Cornell Road
Cincinnati, OH 45241

CONFIRMATION NO. 5702

*OC000000011099813*

Date Mailed: 10/24/2003

## NOTICE REGARDING CHANGE OF POWER OF ATTORNEY

This is in response to the Power of Attorney filed 10/16/2003.

- The withdrawal as attorney in this application has been accepted. Future correspondence will be mailed to the new address of record. 37 CFR 1.33.

CAROL A LAKE
3700 (703) 308-0873

FORMER ATTORNEY/AGENT COPY



# UNITED STATES PATENT AND TRADEMARK OFFICE

JAN - 8 2003

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE
WASHINGTON, D.C. 20231
WWW.USPTO.GOV

In re Reexamination Proceeding:
Control No.: 90/005,845
Filed: October 13, 2000
Patent No.: D-431,211
For: Pair of Motorcycle Fairing Guards

: DECISION ON PETITION

Decision by the U.S. Patent and Trademark Office to suspend action until conclusion of Civil Action No. C-1-00-869 pending in United States District Court for Southern District of Ohio. In particular the court action includes an interfering patents count under 35 USC 291.

The claim in the instant case was rejected in an office action mailed June 20, 2002 (paper no. 14). Patent owner field a response August 16, 2002 (paper no.15)

Per this response a trial date has been set for March 3, 2003 in U.S. District Court for the Southern District of Ohio. In accordance with 37 CFR 1.565 and 37CFR1.987 prosecution in this Reexamination application is suspended pending the outcome of the above referenced civil action.

When a decision is reached in the civil action a copy of the decision should be sent to the Office. At that time the Office will decide upon its position in this reexamination application.

John E. Kittle
Director, TC 3700 & 2900
Mechanical Engineering & Designs


Requestor:   Frank C. Eisenschenk, Ph.D., Esq.,
             Saliwanchik, Lloyd & Saliwanchik
             2421 N.W. 41st Street
             Suite A-1
             Gainesville, FL 32606-6064

Patent Owner: Alfred J. Mangels
              4729 Cornell Road
              Cincinnati, OH 45211

