04 JAN 29 AM 11:49

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-869**

SD

MARK R. HOOP and                                     PLAINTIFFS/
LISA J. HOOP                              COUNTERCLAIM DEFENDANTS

**V. RESPONSE TO PLAINTIFFS' RENEWED MOTIONS IN LIMINE RELATIVE TO THE PRELIMINARY INJUNCTION AND THE REEXAMINATION PROCEEDING**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.             COUNTERCLAIM PLAINTIFFS

\* \* \* \* \* \*\* \* \* \* \* \* \*

Defendants/Counterclaim Plaintiffs, Jeffery W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc. ("Defendants"), by counsel, respond to the Renewed Motions In Limine Relative to the Preliminary Injunction and the Reexamination Proceedings of Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa Hoop ("Plaintiffs"), as follows:

Defendants desire to present all of the facts to the jury. They believe that an advance ruling by the Court prohibiting the defense from offering any comments, evidence, and\or testimony regarding the reexamination proceeding and the preliminary injunction will:

1. limit their ability to fully enlighten the jury about the fact that Plaintiffs have continuously and relentlessly pursued their goal - theft of Defendants' patent - at every level: the patent and trademark office; the United States District Court; and the United States Court of Appeals; and

2. be prejudicial to them, as it would limit their ability to prove the willful nature of Plaintiffs' conduct and the full extent of their damages to the jury.

**WHEREFORE**, Defendants, by counsel, respectfully request the Court to enter an Order denying\overruling the Motions In Limine Relative to the Preliminary Injunction and the Reexamination Proceedings.

                    STELLA B. HOUSE,
                    ATTORNEY-AT-LAW, P.S.C.

By: */s/ Stella B. House, jd.*
      Stella B. House, J.D.
      Post Office Box 422
      Manchester, Kentucky 40962
Telephone: (606) 598-1485
Telecopier: (606) 598-7496
      Kentucky Bar No. 81805
      **ATTORNEY FOR DEFENDANTS/
      COUNTERCLAIM PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the **RESPONE TO MOTIONS IN LIMINE RELATIVE TO THE REEXAMINATION PROCEEDING AND THE PRELIMINARY INJUNCTION** was mailed to Alfred J. Mangels, J.D., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241; and Timothy A. Magee, J.D., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on January 26, 2004.

                    STELLA B. HOUSE,
                    ATTORNEY-AT-LAW, P.S.C.

By: */s/ Stella B. House, jd*
      Stella B. House, J.D.

cc: