UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| Mark R. Hoop and Lisa J. Hoop<br><br>    Plaintiffs/Counterclaim<br>    Defendants<br><br>v.<br><br>Jeffrey W. Hoop, Stephen Hoop<br>and Hoopsters Accessories, Inc.<br><br>    Defendants/Counterclaim<br>    Plaintiffs | CASE NO. C-100-869<br><br>JUDGE SUSAN J. DLOTT<br><br><br><br><br><br>**AFFIDAVIT** |

The undersigned, first being duly sworn, states the following to be true to the best of his knowledge and belief:

1. I am over the age of eighteen and under no disability;

2. I am Co-Counsel of record for the Plaintiffs in the above-captioned case;

3. A final pre-trial conference was held in this matter on January 9, 2004;

4. I requested a transcript of the hearing from the Court Reporter Betty Schwab the same day as the hearing;

5. Ms. Schwab overnighted the transcript, which I received on January 13, 2004;

6. I reviewed the transcript and prepared an affidavit stating that I had read the transcript, understood it, and would abide with all that was contained therein;

7. The affidavit was mailed to the Court on Wednesday, January 14, 2004;

8. I wrote and forwarded a check in the amount of $134.00 (check #1280, Fifth

Third Bank) to Betty Schwab on January 19, 2004;

9. I received a phone call from this court on January 30, 2004 informing me that the affidavit I had previously sent had not been filed;

10. I still have the transcript, re-read it today, understand it fully, and will abide by all that is contained therein.

FURTHER, AFFIANT SAYETH NAUGHT.

1/30/04
Date

Timothy A. Magee, Esq.

STATE OF OHIO         )
                      ) ss:
COUNTY OF WOOD        )

The foregoing was signed and acknowledged before me this 30 day of January, 2004, by Attorney Timothy A. Magee, a person known to me.

1/30/2004
Date

Maria Bopp, Notary Public



MARIA K. S. BOPP
Notary Public, State of Ohio
My Commission Expires
24 November 2008