# MESSAGE CONFIRMATION

01/28/04  21:31
ID=ATTORNEY AT LAW   513 489 6030

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 01/28 | 00'00" | 16065987496 | CALLING | 00 | NO | 14C2 |