IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-869**

| | |
|---|---|
| MARK R. HOOP and<br>LISA J. HOOP | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |
| V.     **STIPULATIONS AS TO JOINT EXHIBITS, PLAINTIFFS'<br>EXHIBITS, AND DEFENDANTS' EXHIBITS** | |
| JEFFREY W. HOOP, STEPHEN E. HOOP, and<br>HOOPSTERS ACCESSORIES, INC. | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

The parties, by counsel, stipulate to the admissibility of the following exhibits:

JX1    Undated eagle sketch provided to Plaintiffs by Defendants

JX2    Undated eagle sketch provided to Plaintiffs by Defendants

JX3    Undated eagle sketch provided to Plaintiffs by Defendants

JX4    Confidential Disclosure Agreement between the Hoop Brothers and Mark

JX5    Confidential Disclosure Agreement between the Hoop Brothers and Lisa

JX6    Sketches of eagles made by Lisa Hoop, photographs of eagles obtained by Lisa Hoop, and final line drawing of eagle made by Lisa Hoop (total of 17 pages)

JX7    Lisa Hoop's letters to Steve Hoop, dated December 16, 1998

JX8    Lisa Hoop's letters to Jeff Hoop, dated December 22, 1998, with attachment

JX9    Lisa Hoop's Invoice dated February 1, 1999

JX10    Lisa Hoop's letter to Jeff Hoop, dated April 21, 1999

JX11    Lisa Hoop's fax to Jeff Hoop, dated April 27, 1999

JX12    Lisa Hoop's letter to Jeff Hoop, dated May 5, 1999

JX13    Lisa Hoop's letter to Jeff Hoop, dated June 3, 1999

JX14 Lisa Hoop's letter to Hoopster's, dated November 3, 1999

JX15 Lisa Hoop's Invoice dated December 9, 1999

JX16 United States Design Patent No. Des. 428,831

JX17 Patent and Trademark Office file history for United States Design Patent No. Des. 428,831

JX18 United States Design Patent No. Des. 431,211

JX19 Patent and Trademark Office file history for United States Design Patent No. Des. 431,211

JX20 United States Copyright No. VAu 490-992, dated April 3, 2000

JX21 United States Copyright No. VAu 494-540, dated April 3, 2000

JX22 Fine-Tech Tooling invoice dated April 21, 1999

JX23 UCC Financing Statement

JX24 Security Agreement

JX25 Cognovit Note with Warrant of Attorney

JX26 Eagle Fairing Dresser Installation

JX27 Photographs of eagle fairing guard die casting die and Related equipment (Copies attached)

JX28 Harley-Davidson motoroycle fairing guard

JX29 Plaintiffs' eagle fairing guard product and package

JX30 Defendants' eagle fairing guard product and package

JX31 Defendants' Declaration and Power of Attorney, dated November 15, 1999

JX32 Harley-Davidson Eagle Fairing Decals, 1995

JX33 Notice of Intent, dated October 23, 1998 (2 pages)

JX34 Letter dated January 4, 2000, to Jeff Hoop from Saliwanchik firm

JX35 Manufacturing Agreement dated February 10, 2000 (3 pages)

JX36  Copy of voided check no. 1278 issued by Jeffrey W. Hoop to Fine-Tech Tooling

PX2  Target Container Co. quotation dated March 9, 2000

PX21  Fine-Tech Tooling costs to date, dated May 28, 1999

PX22  Fine-Tech Tooling Hoopers costing sheet, dated November 5, 1999

PX23  Tooling Costs Note from Mark Hoop to Jeff Hoop, dated November 5, 1999

DX1  "Poor Man's Patent" (a certified letter from Jeffrey W. Hoop to Jeffrey W. Hoop, dated October 27, 1998)

DX2  Letter from Timothy Magee to Jeffrey W. Hoop and Stephen E. Hoop, dated March 10, 2000

DX3  November, 2001, issue of Thunder Press magazine

DX5  Joyce Keniston's Confidential Disclosure Agreement

DX6  Jeff Hoop's Fax to Lisa Hoop (12/22/98)

DX7  Fax from The Webster Group to Lisa Hoop (11/01/99)

DX8  Quotation from The Webster Group to Lisa Hoop (11/02/99)

_____    _____
STELLA B. HOUSE, J.D.              ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805

FILED
JAMES BONINI
CLERK
04 FEB -2 AM 9:05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and
LISA J. HOOP                                              PLAINTIFFS/
                                                COUNTERCLAIM DEFENDANTS

V.                        **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                     DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                     COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That United States Design Patent No. Des. 428,831, entitled "PAIR OF MOTORCYCLE FAIRING EDGE GUARDS," was issued by the U.S. Patent and Trademark Office on August 1, 2000, to defendants, Jeffrey W. Hoop and Stephen E. Hoop from an application for patent filed by them with that agency on November 18, 1999.

_____          _____
STELLA B. HOUSE, J.D.              ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-869**

MARK R. HOOP and                                          PLAINTIFFS/
LISA J. HOOP                                    COUNTERCLAIM DEFENDANTS

V.                          **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                     DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                     COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That United States Copyright Registration No. VAu 494-540 directed to a sculpture of a flying eagle names Mark Hoop and Lisa Hoop as the authors of that work.

_____              _____
STELLA B. HOUSE, J.D.                  ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and
LISA J. HOOP

PLAINTIFFS/
COUNTERCLAIM DEFENDANTS

V.

**STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and
HOOPSTERS ACCESSORIES, INC.

DEFENDANTS/
COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That Mark Hoop manufactured, offered for sale, and sold die-cast metallic eagle fairing guards that infringed Defendants' design patent.

_____
STELLA B. HOUSE, J.D.
Kentucky Bar No. 81805

_____
ALFRED J. MANGELS, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BOHIN
CLERK
04 FEB -2 AM 9:06

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and
LISA J. HOOP

PLAINTIFFS/
COUNTERCLAIM DEFENDANTS

V.

**STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and
HOOPSTERS ACCESSORIES, INC.

DEFENDANTS/
COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That Jeffrey W. Hoop and Stephen E. Hoop represented to the Patent and Trademark Office that they were the original, first, and joint inventors of the ornamental design patented in U.S. Design Patent No. Des. 428,831, that their names appear on their patent as the inventors, and that they jointly and severally own that patent.

_____
STELLA B. HOUSE, J.D.
Kentucky Bar No. 81805

_____
ALFRED J. MANGELS, ESQ.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and                                                PLAINTIFFS/
LISA J. HOOP                                          COUNTERCLAIM DEFENDANTS

V.                              **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                           DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                           COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That Plaintiffs each signed respective confidential disclosure agreements that were presented to them by Defendants.

_____          _____
STELLA B. HOUSE, J.D.              ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and
LISA J. HOOP

PLAINTIFFS/
COUNTERCLAIM DEFENDANTS

V.      **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and
HOOPSTERS ACCESSORIES, INC.

DEFENDANTS/
COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That United States Copyright Registration No. VAu 490-992 directed to a line drawing of a flying eagle names Lisa Hoop as the author of that work.

_____        _____
STELLA B. HOUSE, J.D.            ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and     PLAINTIFFS/
LISA J. HOOP     COUNTERCLAIM DEFENDANTS

V.     **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and     DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.     COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That the ornamental design that is the invention claimed in United States Design Patent No. Des. 428,831 and the ornamental design that is the invention claimed in United States Design Patent No. Des. 431,211 are identical.

_____  _____
STELLA B. HOUSE, J.D.            ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and
LISA J. HOOP

PLAINTIFFS/
COUNTERCLAIM DEFENDANTS

V.  **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and
HOOPSTERS ACCESSORIES, INC.

DEFENDANTS/
COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That Mark R. Hoop and Lisa J. Hoop represented to the Patent and Trademark Office that they were the original, first, and joint inventors of the ornamental design patented in U.S. Design Patent No. Des. 431,211, that their names appear on their patent as the inventors, and that they jointly and severally own that patent.

_____
STELLA B. HOUSE, J.D.
Kentucky Bar No. 81805

_____
ALFRED J. MANGELS, ESQ.

FILED
JAMES BONINI
CLERK
04 FEB -2 AM 9:05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and                                          PLAINTIFFS/
LISA J. HOOP                                     COUNTERCLAIM DEFENDANTS

V.                          **STIPULATION**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                     DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                      COUNTERCLAIM PLAINTIFFS

The parties, by counsel, stipulate the following fact:

That United States Design Patent No. Des. 431,211, entitled "PAIR OF MOTORCYCLE FAIRING EDGE GUARDS," was issued by the U.S. Patent and Trademark Office on September 26, 2000, to Plaintiffs Mark R. Hoop and Lisa J. Hoop from an application for patent filed by them with that agency on March 28, 2000.

_____           _____
STELLA B. HOUSE, J.D.                ALFRED J. MANGELS, ESQ.
Kentucky Bar No. 81805