

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-869**

| | |
|---|---|
| MARK R. HOOP and | PLAINTIFFS/ |
| LISA J. HOOP | COUNTERCLAIM DEFENDANTS |

V.   **MOTION FOR LEAVE TO ADD EXHIBITS TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS' EXHIBIT LIST**

| | |
|---|---|
| JEFFREY W. HOOP, STEPHEN E. HOOP, and | DEFENDANTS/ |
| HOOPSTERS ACCESSORIES, INC. | COUNTERCLAIM PLAINTIFFS |

Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc. ("Defendants"), by counsel, move the Court to: (1) add the list of customers, consisting of three pages, which Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa J. Hoop ("Plaintiffs"), sent to Defendants via facsimile, a copy of which is attached to Defendants' Motion for Compliance with Court's Order, to Defendants' Exhibit List; and (2) add the clean/un-redacted copies of the purchase orders and sales receipts for Plaintiffs' sale of the eagle fairing guards to Defendants' Exhibit List once Plaintiffs' comply with the Court's Order.

**WHEREFORE**, Defendants, by counsel, respectfully request the Court to grant Defendants' Motion for Leave to Add Exhibits to Defendants/Counterclaim Plaintiffs' Exhibit List.

STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
(606) 598-1485

By: *Stella B. House, gp*
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs
Kentucky Bar No. 81805

## NOTICE

The foregoing Motion for Leave to Add Exhibits to Defendants/Counterclaim Plaintiffs Exhibit List will be heard at the convenience of this Honorable Court.

> STELLA B. HOUSE
> ATTORNEY AT LAW, P.S.C.
>
> By: *[signature]*
> Stella B. House, J.D.
> Counsel for Defendants/
> Counterclaim Plaintiffs

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Motion for Leave to Add Exhibits to Defendants/Counterclaim Plaintiffs Exhibit List was sent to Alfred J. Mangels, Esq., Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on January 28, 2004.

> STELLA B. HOUSE
> ATTORNEY AT LAW, P.S.C.
>
> By: *[signature]*
> Stella B. House, J.D.
> Counsel for Defendants/
> Counterclaim Plaintiffs

cc:   amangels@fuse.net
      dlott_chambers@ohsd.uscourts.gov
      alyson_stang@ohsd.uscourts.gov