IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

| | |
|---|---|
| MARK R. HOOP and<br>LISA J. HOOP | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |

V.  **RESPONSE TO PLAINTIFFS' OBJECTION TO DEFENDANTS' EXHIBIT DX4**

| | |
|---|---|
| JEFFREY W. HOOP, STEPHEN E. HOOP, and<br>HOOPSTERS ACCESSORIES, INC. | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

Defendants/Counterclaim Plaintiffs ("Defendants"), by counsel, respond to Plaintiffs' Objection to Defendants' Exhibit DX4, as follows: Defendants agree to exclude all bills for legal services from DX4, until such time as the Court considers an award of attorneys' fees to Defendants, except for the bills for legal services from Saliwanchik, Lloyd & Saliwanchik, which Defendants will introduce to show the dates on which: (a) Defendants contacted and retained patent attorneys regarding obtaining a patent for the eagle fairing guards; (b) Defendants' patent attorneys took certain actions on behalf of Defendants in order to obtain their patent on the eagle fairing guards; and (c) Lisa J. Hoop d/b/a L'Jean Graphics contacted Defendants' patent attorneys regarding the Patent and Trademark Office's requirements for the artwork to be submitted with Defendants' patent application..

**WHEREFORE**, Defendants respectfully request the Court to allow Defendants to introduce the bills for legal services from Saliwanchik, Lloyd & Saliwanchik, which are part of Defendants' Exhibit DX4, at the trial of this civil action.

Stella B. House
STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
Attorney for Defendants/
Counterclaim Plaintiffs

By: *Stella B. House, jd*
Stella B. House
Kentucky Bar No. 81805

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Response to Plaintiffs' Objection to Defendants' Exhibit DX4 was sent to Alfred J. Mangels, Esq., Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on January 29, 2004.

STELLA B. HOUSE
ATTORNEY AT LAW, P.S.C.

By: *Stella B. House, jd*
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs

cc:   dlott_chambers@ohsd.uscourts.gov
      alyson_stang@ohsd.uscourts.gov