IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,

    vs.                                          Case Number: 1:00cv869-SJD

JEFFREY W. HOOP, et al,

Minutes: Trial to Jury - Day 1

Voir Dire conducted.

Preliminary Jury Charge given.

Opening statements of Counsel

Plaintiff witnesses Called

Witnesses:

Mark Hoop    Dir:    Jt28*, Jt1*, Jt4*, Jt29*, Jt2*, Jt3*, Jt6*, Jt27*, P21*, P23, Jt35*, Jt23*,
                                Jt24*, Jt25*, Jt27*, Jt21*, Jt30*
                Cross:  Jt4*, Jt9*, P21*, Jt24*

Judge:                  Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:       Betty Schwab, Official

Date:                 February 2, 2004

THRU - 9,10,11,12,13,14

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

CASE NO. C-1-00-869

DATE 2-2-04

Π

CHALLENGES

PREEMPTORY  4, 9, 15, 17

FOR CAUSE

| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
|---|---|---|---|---|---|---|
| JUSTIN ~~PETER~~ PERRY | JANET CLEMONS | SHELLY DARNELL | BALENDA HATER | MAUREEN GAYLORD | LAUREN PORTER | CHARLES HAZELETT |
| 5 |  | 6 | 7 |  | 8 |  |
| ROBERT ADAIR | PHYLLIS SCOTT | SUZANNE JONES | ~~CHRISTINA MORGAN~~ | DAVID TOEBBE | MATHEW SMALLWOOD | TINA CARCATERRA |
| 1 | 2 | 3 | 4 | 2 | 3 | 4 |

Δ

CHALLENGES

PREEMPTORY  2, 3, 12, 13

FOR CAUSE

CAUSES
21