IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,

    vs.                                    Case Number: 1:00cv869-SJD

JEFFREY W. HOOP, et al,


Minutes: Trial to Jury - Day 2

Plaintiff witnesses Continued

Witnesses:

| | |
|---|---|
| Mark Hoop | Cross: D2*, Jt22*, Jt29*, P23*, P21*, Jt24*, Jt25*, P23* |
| | Redir: Jt27*, Jt16*, Jt4*, Jt24*, P24 |
| | Recross: |
| Lisa Hoop | Dir: Jt1*, Jt6*, Jt7*, Jt2*, Jt3*, Jt37*, Jt6*, Jt11*, Jt14*, Jt15*, Jt20*, Jt21* |
| | Cross: D6*, D4*, D9*, Jt13*, Jt14*, Jt20*, D12* |
| | Redir: |
| Richard Luther | —Court does not allow him to appear as expert - to be proffered |


Judge:              Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:     Betty Schwab, Official

Date:               February 3, 2004