IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,

    vs.                                               Case Number: 1:00cv869-SJD

JEFFREY W. HOOP, et al,

Minutes: Trial to Jury - Day 3

Plaintiff witnesses Concluded

Plaintiff rests.

Defendants' motion for directed verdict is DENIED.

Defendant witnesses Called

Witnesses:

| | | |
|---|---|---|
| H. Bradley Hammond | Dir: | Jt2*, Jt1*, Jt6*, Jt18*, P25 |
| | Cross: | Jt1*, Jt2*, Jt6*, Jt3*, D6, Jt37*, Jt19* |
| | Redir: | Jt18*, Jt1* |
| Mark Hirschberger | Dir: | Voir Dire: |
| | Dir: | Jt1*, Jt33*, Jt7*, D6*, Jt37*, Jt20*, P21, P1* |
| | Cross: | P25, Jt35*, Jt37*, Jt18*, Jt20* |
| Betty Hoop | Dir: | Cross: |
| Robert Hoop | Dir: | Jt29* |
| Junior Mosely | Dir: | P22*   Cross: |

Judge:               Susan J. Dlott

Courtroom Deputy:   Stephen Snyder

Court Reporter:     Betty Schwab, Official

Date:               February 5, 2004