IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,

    vs.                                      Case Number: 1:00cv869-SJD

JEFFREY W. HOOP, et al,

Minutes: Trial to Jury - Day 4

Defendant witnesses Concluded

Defendants rest.

Rebuttal witnesses Called

Defendants' motion for directed verdict - DENIED.

Plaintiffs' motion for directed verdict - DENIED.

Charge Conference held.

Witnesses:

| | | |
|---|---|---|
| Mark Hoop | AOC: | P21*, P22*, Jt29*, Jt21*, D9*, D10* |
| Jeff Hoop | Dir: | D1*, Jt33*, Jt7*, Jt8*, Jt37*, Jt6*, D4*, Jt28*, Jt9*, Jt20*, Jt22*, Jt12*, Jt21*, P27*, P22*, Per*, Jt23*, Jt24*, Jt25*, Jt36*, Jt30*, Jt28* |
| | Cross: | P25*, Jt3*, Jt1*, Jt17*, P25*, D6*, P14*, P23    Redir:  Recross: |
| Steven Hoop | AOC: | |
| Mark Hoop | Dir: | Jt27*, P26, P27*          Cross: depo |
| Lisa Hoop | Dir: |                           Cross: |

Judge:　　　　　　Susan J. Dlott

Courtroom Deputy:　Stephen Snyder

Court Reporter:　　Betty Schwab, Official

Date:　　　　　　February 10, 2004