IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,

    vs.                                          Case Number: 1:00cv869-SJD

JEFFREY W. HOOP, et al,

Minutes: Trial to Jury - Day 5

Jury Charged.

Closing Argument of counsel held.

Jury deliberated from 12:30 to 7:00 and Returned with a verdict

Judge:                Susan J. Dlott

Courtroom Deputy:    Stephen Snyder

Court Reporter:      Betty Schwab, Official

Date:               February 11, 2004