IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK R. HOOP, et al, : : Plaintiff(s) : : vs. : : JEFFREY W. HOOP, et al, : : Defendant(s) : | Case Number: 1:00cv869-SJD  District Judge Susan J. Dlott |

JUDGMENT IN A CIVIL CASE

Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . .   that Jeffrey Hoop and Stephen Hoop are the joint inventor of U.S. Design Patent No. Des. 428,831 and 431,211;

. . .   that U.S. Design Patent No. Des. 428,831 is valid;

. . .   that the defendants are entitled to damages for infringement from Mark Hoop in the amount of $10,800;

. . .   that plaintiff Lisa Hoop did not infringe on the defendants' patent;

. . .   that Lisa Hoop is not the one and only author of U.S. Copyright Registration No. Vau 490-992;

. . .   that Lisa and Mark Hoop are not the only authors of the sculpture at which U.S. Copyright Registration No. Vau 494-540 is directed;

. . .   that Mark Hoop breached the confidential disclosure agreement he had with the defendants and the amount of damages is $0;

. . .   that Lisa Hoop breached the confidential disclosure agreement she had with the defendants and the amount of damages is $0;

. . .   that there was a contract agreement between Mark Hoop and the defendants, which was

        breached by Mark Hoop and the defendants had substantially performed their duties, and the amount of damages to which the defendants are entitle from Mark Hoop is $318,250;

. . .      that Mark Hoop converted property that belonged to the defendants and the amount of damages as a result of Mark Hoop's conversion is $51,317;

. . .      that Lisa Hoop did not convert property belonging to the defendants;

. . .      that Mark Hoop is entitled to recover reasonable value for services that he performed but for which he was not paid in the amount of $36,000;

. . ..     that Lisa Hoop is not entitled to recover reasonable value for services that she performed but for which she was not paid;

2/11/04                                                                                                              JAMES BONINI, CLERK

                                                                                                                   ___s/Stephen Snyder__
                                                                                                                   Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.