IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK R. HOOP, et al, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv869-SJD |
| vs. : | |
| : | District Judge Susan J. Dlott |
| JEFFREY W. HOOP, et al, : | |
| : | |
| Defendant(s) : | |

TRIAL EXHIBIT LIST

The following exhibits were admitted during trial and submitted to the jury for their deliberations:

| | | | | | |
|---|---|---|---|---|---|
| Plaintiffs | 1 | page MRH0252 only | Joint | 1 | Joint | 20 |
| | 14 | | | 2 | | 21 |
| | 21 | | | 3 | | 22 |
| | 22 | | | 4 | | 23 |
| | 23 | | | 5 | | 24 |
| | 25 | | | 6 | | 25 |
| | 26 | | | 7 | | 27 |
| | 27 | | | 8 | | 28 |
| | | | | 9 | | 29 |
| Defendants | 1 | | | 10 | | 30 |
| | 2 | | | 11 | | 33 |
| | 3 | | | 12 | | 35 |
| | 4 | | | 13 | | 36 |
| | 5 | | | 14 | | 37 |
| | 6 | | | 15 | | |
| | 9 | | | 16 | | |
| | 10 | | | 17 | | |
| | 11 | | | 18 | | |
| | 12 | | | 19 | | |

James Bonini, Clerk

___s/Stephen Snyder___
Deputy Clerk