IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

| | |
|---|---|
| MARK R. HOOP and<br>LISA J. HOOP | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |
| V.     **ORDER** | |
| JEFFREY W. HOOP, STEPHEN E. HOOP, and<br>HOOPSTERS ACCESSORIES, INC. | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

This matter is before the Court on a Motion for Return of Bond.

Upon due consideration and for good cause shown, the Court finds the Motion for Return of Bond well-taken and hereby **ORDERS** the release of the $10,000.00 bond and the distribution of the sum of $10,000.00, plus accrued interest, to Defendants' legal counsel, Stella B. House, J.D.

It is so **ORDERED** on this 12th day of February 2004.

_Susan J. Dlott_
SUSAN J. DLOTT, JUDGE
UNITED STATES DISTRICT COURT

**TENDERED BY:**

Stella B. House, J.D.
STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422

_Stella B. House_
Stella B. House, J.D.
CO-COUNSEL FOR DEFENDANTS/
COUNTERCLAIM PLAINTIFFS