IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark R. Hoop *et al.*                     :
                                          :    Case No. C-1-00-869
        Plaintiffs/                       :
        Counterclaim Defendants           :    District Judge Susan J. Dlott
                                          :
    v.                                    :    ORDER
                                          :
Jeffrey W. Hoop *et al.*                  :
                                          :
        Defendants/                       :
        Counterclaim Plaintiffs           :

This matter is before the Court on Defendants/Counterclaim Plaintiffs' oral Motion for Exclusive Possession of Equipment.

**IT IS HEREBY ORDERED THAT**:

1.      Defendants/Counterclaim Plaintiffs' oral Motion for Exclusive Possession of Equipment is **GRANTED;**

2.      Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa J. Hoop, be and are **ORDERED** to assemble the following described property:  the zinc die cast mold; mold shoes; insert steels; any and all bump dies; two station trim die, if in existence; multiple station fixture; secondary operation holding fixture; wax renderings and the molds upon which the wax renderings are located; and contoured stamping die and any and all other equipment designed, developed, and/or constructed by them or any third party for them or any of their companies for the production and/or manufacturing of the eagle motorcycle fairing guards (the "Equipment") and all eagle

motorcycle fairing guards in their possession or within their control, whether completed or in any of the various stages of production;

3.      Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa J. Hoop, be and are **ORDERED** to relinquish possession of the Equipment and all eagle motorcycle fairing guards in their possession or within their control, whether completed or in any of the various stages of production, to Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc., undamaged and in good and proper working order, immediately and, in no event, no later than 5:00 p.m., on Thursday, February 12, 2004, or, in the alternative, post a $49,500.00 cash bond with the United States District Court Clerk, Southern District of Ohio, Western Division, no later than 5:00 p.m., on Thursday, February 12, 2004;

4.      If Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa J. Hoop, fail to post a $49,500.00 cash bond with the United States District Court Clerk, Southern District of Ohio, Western Division, by 5:00 p.m., on Thursday, February 12, 2004, then Plaintiffs/Counterclaim Defendants, Mark R. Hoop and Lisa J. Hoop, be and are **ORDERED** to bring the Equipment and all eagle motorcycle fairing guards in their possession or within their control, whether completed or in any of the various stages of production, to Acro-Cast Corporation, at 4147 Gardendale Avenue, in Dayton, Ohio, to be picked up by Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc., or their agent, at 5:00 p.m., on Thursday, February 12, 2004.

_____s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge