IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARK R. HOOP, et al, | : |
| Plaintiff(s) | : |
| | : Case No.   1:00cv869-SJD |
| v. | : |
| | : District Judge Susan J. Dlott |
| JEFFREY W. HOOP, et al, | : |
| Defendant(s) | : |

**O R D E R**

The Clerk of this Court is hereby ordered to obtain lunch for the jury in the above captioned case for February 5, 2004 and February 11, 2004.

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge