**SHIPPING MEMO**



**ACCRO-CAST CORP**

4147 GARDENDALE AVE.
DAYTON, OHIO 45427
PHONE 937/228-0497

№ 3252

JEFFREY W. HOOP

CASE NO. C-1-00-869,
JUDGE SUSAN J. DLOTT

Date: February 13, 2004

Your Order No. _____ Prod. Order No. _____ Ship Via _____

| Quantity | Description | Weight | Cartons |
|---|---|---|---|
| 1 | ZINC DIE CAST MOLD TO PRODUCE MOTORCYLE FAIRING GUARDS. | | |

**NOTE!** THIS ORDER COMPLETE ☐   PARTIAL ☐

Received By _[signature]_

EXHIBIT 1

| | **ALFRED J. MANGELS** | |
|---|---|---|
| Patent, Trademark & | Attorney at Law | |
| Copyright Law | 4729 Cornell Road | Fax (513) 489-6030 |
| | Cincinnati, Ohio 45241-2433 | |

Telephone (513) 469-0470

February 13, 2004

Received on this date from Alfred J. Mangels the following items provided by Mark Hoop and relating to the eagle fairing guard project:

  1 right side bump die for right side eagles;

  1 two-station holding fixture for holding die cast eagles for tab removal;

  the following die cast eagle fairing guards, both finished and unfinished:

    104 unfinished
     4 right chrome
     3 left chrome
     3 left gold
     3 right gold

_____
Jeffrey W. Hoop

2-13-2004
Date

**EXHIBIT 2**