IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 FEB 23 PM 1:38

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and      PLAINTIFFS/
LISA J. HOOP      COUNTERCLAIM DEFENDANTS

V.    **MOTION FOR ORDER REQUIRING PRODUCTION OF DOCUMENTS**

JEFFREY W. HOOP, STEPHEN E. HOOP, and     DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.     COUNTERCLAIM PLAINTIFFS

Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop ("Jeff"), Stephen E. Hoop, and Hoopsters Accessories, Inc. (collectively "Defendants"), by counsel, move the Court for an Order directing Fifth Third Bank to produce the records requested in the Subpoena Duces Tecum, a copy of which is attached hereto as Exhibit A, at such time and place as the Court deems appropriate. As grounds for this Motion, Defendants state that:

1. Jeff talked to a representative of Fifth Third Bank regarding the production of bank records of Mark Hoop a/k/a Mark R. Hoop d/b/a Fine-Tech Tooling, and/or Fine-Tech Tooling, Inc., and/or American Aesthetics and/or American Aesthetics Mfg., Inc.

2. The representative of Fifth Third Bank advised Jeff that it could not produce the records in response to a Subpoena Duces Tecum due to the Privacy Act and that it would produce the desired records only upon receipt of an Order of the Court directing it to produce the desired records.

**WHEREFORE**, Defendants, by counsel, respectfully request the Court for an Order directing Fifth Third Bank to produce the records requested in the Subpoena Duces Tecum at such time and place as the Court deems appropriate.

STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
(606) 598-1485

By: _____
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs
Kentucky Bar No. 81805

## NOTICE

The foregoing Motion for Order Requiring Production of Documents will be heard at the convenience of this Honorable Court.

STELLA B. HOUSE
ATTORNEY AT LAW, P.S.C.

By: _____
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Motion for Order Requiring Production of Documents was mailed to Alfred J. Mangels, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on February 19, 2004.

STELLA B. HOUSE
ATTORNEY AT LAW, P.S.C.

By: _____
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs

cc:   dlott_chambers@ohsd.uscourts.gov
      alyson_stang@ohsd.uscourts.gov