**Issued by the**
## UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____OHIO_____

Mark R. Hoop, et al.

V.

Jeffrey W. Hoop, et al.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER    C-1-00-869
Hon. Susan J. Dlott

TO:  **FIFTH THIRD BANK**
**Cincinnati, OH**
**1-800-972-3030**

__X__ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM 836 |
|---|---|
| United States District Court<br>324 Potter Stewart U.S. Courthouse<br>100 East 5th Street<br>Cincinnati, OH 45202 | DATE AND TIME   __/__/04<br>_:__ a./p.m. |

____ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

__X__ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

(1) INFORMATION REGARDING THE BALANCE(S) IN ANY ACCOUNT(S), INCLUDING, WITHOUT LIMITATION, CHECKING AND SAVINGS ACCOUNTS, CERTIFICATES OF DEPOSIT, MONEY MARKET ACCOUNTS, SAFETY DEPOSIT BOXES, and/or ANY AND ALL OTHER ACCOUNTS OF ANY TYPE IN THE NAMES OF MARK HOOP, individually, and/or MARK HOOP a/k/a MARK R. HOOP d/b/a FINE-TECH TOOLING, and/or FINE-TECH TOOLING, INC., and/or AMERICAN AESTHETICS and/or AMERICAN AESTHETICS MFG., INC., AS OF JANUARY 2, 2004; JANUARY 30, 2004; FEBRUARY 10, 2004; AND AS OF THE DATE YOU PROVIDE THE INFORMATION; (2) ACCOUNT NUMBERS FOR ANY AND ALL OF THE ABOVE-REFERENCED ACCOUNTS; AND (3) THE NAME(S) ON EACH AND EVERY ACCOUNT FOR THE ABOVE-REFERENCED ACCOUNT(S).

| PLACE | DATE AND TIME |
|---|---|
|  |  |

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45. Federal Rules of Civil Procedure, Parts C & D on Reverse)

**EXHIBIT A**