# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

**CIVIL ACTION NO. C-1-00-869**

MARK R. HOOP and                                          PLAINTIFFS/
LISA J. HOOP                                    COUNTERCLAIM DEFENDANTS

V.                              **LEGAL EXPENSES**

JEFFREY W. HOOP, STEVEN E. HOOP, and                      DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.              COUNTERCLAIM PLAINTIFFS


1.    Buechner, Haffer, O'Connell, Meyers & Healey Co., L.L.A.
2.    Litchford & Christopher
3.    Saliwanchik, Lloyd & Saliwanchik
4.    Stella B. House, J.D., Attorney at Law, P.S.C.


Page 1 of 1

EXHIBIT
A

File

Buechner, Haffer, O'Connell, Meyers & Healey, L.P.A.

105 E. Fourth St., Suite 300 • Cincinnati, Ohio 45202 • (513) 579-1500

August 5, 2002

Bill number      10670-00000-026 PEK

Mr. and Mrs. Jeffrey W. Hoop
P.O. Box 6509
Ocala, FL  34478-6509

CC: Mr. Stephen E. Hoop
    c/o Stella B. House, Esq.
    P.O. Box 422
    Manchester, KY  40962-0422

Balance forward as of bill number 022 dated 06/04/02          $10,477.58

| BILL NUMBER | DATE | ORIGINAL AMOUNT | BALANCE DUE |
|---|---|---|---|
| 017 | 02/01/02 | 885.00 | $   885.00 |
| 018 | 03/01/02 | 4,226.00 | $ 4,226.00 |
| 019 | 04/01/02 | 4,483.80 | $ 4,483.80 |
| 020 | 05/01/02 | 672.78 | $   672.78 |
| 022 | 06/04/02 | 210.00 | $   210.00 |
|  |  |  | $10,477.58 |
|  |  |  | ---------- |

TOTAL BALANCE NOW DUE                                    $10,477.58

TRUST ACCOUNT BALANCE            $        .00

For your convenience, we now accept Visa and
Mastercard.  If you would like to make a payment
using Visa or Mastercard, please write your
account number, expiration date, signature and
return.



EXHIBIT

1

Buechner, Haffer, O'Connell, Meyers & Healey, L.P.A.

105 E. Fourth St., Suite 300 • Cincinnati, Ohio 45202 • (513) 579-1500

August 5, 2002

Client number 10670 PEK

Mr. and Mrs. Jeffrey W. Hoop
P.O. Box 6509
Ocala, FL  34478-6509

CC: Mr. Stephen E. Hoop
    c/o Stella B. House, Esq.
    P.O. Box 422
    Manchester, KY  40962-0422

        BALANCE FORWARD FOR THIS MATTER            $10,477.58

                                                   ----------

        NET BALANCE FORWARD                        $10,477.58

        TRUST ACCOUNT BALANCE            $         .00

# STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                    I.R.S. EIN 59-2806

November 7, 2000

Invoice No.  7910

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

**Costs**

| | | | |
|---|---|---|---|
| 11/6/00 | Buechner, Haffer, O'Connell, Meyers & Healy Co., L.P.A. for local counsel retainer | | $ 2,500.00 |

**COSTS ADVANCED THROUGH 11/07/2000**                                    $2,500.00

**Payments Received**

| | | | |
|---|---|---|---|
| 11/7/00 | Payment | Trust application. | $ 2,500.00 |

**PAYMENTS RECEIVED THROUGH 11/07/2000**                                $2,500.00

**Trust Account Activity**

| | | |
|---|---|---|
| | Beginning Balance: | $.00 |
| 11/7/00 | Hoopster's Accessories | $ 7,500.00 |
| 11/7/00 | Trust application. | $ -2,500.00 |
| | Ending Balance: | $5,000.00 |

| | |
|---|---|
| PREVIOUS BALANCE | $.00 |
| PAYMENTS AND CREDITS | $2,500.00 |
| CURRENT FEES | $.00 |
| COSTS ADVANCED | $2,500.00 |
| INTEREST THIS MONTH | $.00 |
| NEW BALANCE AS OF 11/07/2000 | $.00 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and pa...
at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contain...
deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after th...

EXHIBIT

2

## STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-2506.

November 30, 2000

Invoice No. 8092

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

### Professional Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/1/00 | HKL | Conference with Jeffrey and Stephen Hoop and Christine McLeod | 2.00 |
| 11/1/00 | GSF | Conference with Stephen and Jeffrey Hoop regarding patent infringement case | 2.00 |
| 11/2/00 | GSF | Various telephone conferences with local counsel in Cincinnati, Ohio | 1.10 |
| 11/3/00 | HKL | Prepare answer, affirmative defenses and counterclaim | 0.30 |
| 11/3/00 | GSF | Prepare answer and counterclaims | 6.20 |
| 11/6/00 | GSF | Prepare answer and counterclaims; conference with associated attorney; telephone conference with Christine McLeod | 1.80 |
| 11/9/00 | GSF | Prepare various notices of taking depositions duces tecum; telephone conferences with office of Cincinatti co-counsel | 4.00 |
| 11/10/00 | GSF | Various telephone conversations with Jeffrey Hoop regarding upcoming depositions; telephone conference with Susan Robinson regarding deposition; prepare various notices of taking depositions tecum | 2.40 |
| 11/13/00 | GSF | Prepare request for production of documents; telephone conference with Jeffrey Hoop regarding status of case; prepare interrogatories to Mark Hoop and Lisa Hoop; prepare notice of taking deposition duces tecum of Richard Hoop; prepare subpoena for Richard Hoop | 6.80 |
| 11/20/00 | GSF | Receive and review correspondence from Steven Hoffsis; receive and review correspondence from Magistrate Judge Sherman regarding pretrial conference; telephone conference with Jeffrey Hoop regarding case strategy; receive and review correspondence from co-counsel regarding preliminary pretrial conference; receive and review order setting preliminary pretrial conference | 0.60 |
| 11/21/00 | HKL | Receive and review scheduling order; telephone conference with Steven Hoop; conference with associated attorney | 0.70 |
| 11/22/00 | HKL | Conference with associated attorney; receive and review correspondence regarding status of U.S. Patent and Trademark Office re-examination | 0.60 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-2505

Invoice No.   8092
04699/Hoop, Jeffrey W.

Page: 2
November 30, 2000

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 11/22/00 | GSF | Telephone conference with Christine McLeod regarding deposition strategy; conference with associated attorney regarding strategy | 0.60 |
| 11/27/00 | HKL | Prepare for depositions; office conference with Jeffrey and Stephen Hoop and associated attorney to prepare for upcoming depositions | 5.50 |
| 11/27/00 | GSF | Telephone conference with opposing counsel Alfred Mangels regarding depositions; telephone conference with co-counsel Stephen Hoffsis regarding depositions; prepare for and attend office conference with associated attorneys and Jeffrey and Stephen Hoop regarding depositions of plaintiffs and other witnesses | 4.50 |
| 11/28/00 | HKL | Prepare for depositions | 3.30 |
| 11/28/00 | GSF | Prepare for depositions of Lisa Hoop and Mark Hoop | 2.50 |
| 11/29/00 | HKL | Prepare for depositions; conference with associated attorney | 4.80 |
| 11/29/00 | GSF | Legal research regarding inventorship standards to prepare for depositions | 2.10 |
| 11/30/00 | HKL | Prepare for depositions | 1.50 |
| 11/30/00 | GSF | Legal research regarding standards for inventorship; prepare memorandum; review and analyze file wrapper for patent of Mark Hoop and Lisa Hoop | 8.50 |

### Rate Summary

| | | | | |
|---|---|---|---|---|
| HKL | Hal K. Litchford | 18.70 hours at $ 250.00 /hr | $ 4,675.00 |
| GSF | G. Steven Fender | 43.10 hours at $ 165.00 /hr | $ 7,111.50 |
| | | TOTAL:   61.80 hours | $11,786.50 |

**FEES FOR LEGAL SERVICES THROUGH 11/30/2000**                     $11,786.50

**Costs**

| | |
|---|---|
| Long Distance Telephone Charges | $ 24.56 |
| Photocopying | $ 163.25 |
| Telecopier Charges | $ 14.00 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

I.R.S. EIN 59-2506272

TELEPHONE (407) 422-6600

Page: 3
November 30, 2000

Invoice No.  8092
04699/Hoop, Jeffrey W.

|  |  |  |
|---|---|---:|
|  |  | $ 50.00 |
| 11/7/00 | Clerk of Court | $ 50.00 |
| 11/7/00 | Clerk of Court | $ 84.80 |
| 11/10/00 | Charles R. Hoop for witness fee | $ 84.80 |
| 11/10/00 | Betty Hoop for witness fee | $ 84.80 |
| 11/10/00 | Sue R. Robinson for witness fee | $ 84.80 |
| 11/10/00 | Clista Joe Robinson for witness fee | $ 84.80 |
| 11/10/00 | Bill Robinson for witness fee | $ 84.80 |
| 11/13/00 | Richard Hoop for witness fee | $ 1.10 |
| 11/20/00 | Postage | $ 23.69 |
| 11/28/00 | Kinko's, Inc. for color photocopies |  |

$835.40

**COSTS ADVANCED THROUGH 11/30/2000**

**Payments Received**

| | | | |
|---|---|---|---:|
| 11/7/00 | Payment | Trust application. | $ 2,500.00 |

$2,500.00

**PAYMENTS RECEIVED THROUGH 11/30/2000**

| | |
|---|---:|
| PREVIOUS BALANCE | $2,500.00 |
| PAYMENTS AND CREDITS | $2,500.00 |
| CURRENT FEES | $11,786.50 |
| COSTS ADVANCED | $835.40 |
| INTEREST THIS MONTH | $.00 |
| NEW BALANCE AS OF 11/30/2000 | $12,621.90 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be . . . . . . . . . . and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

I.R.S. EIN 59-250627

TELEPHONE (407) 423-5830

December 31, 2000

Invoice No. 8334

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

| | | | Hours |
|---|---|---|---|
| **Professional Fees** | | | 0.60 |
| 12/1/00 | HKL | Prepare for depositions | 0.20 |
| 12/1/00 | GSF | Telephone conference with office of Stephen Hoffsis regarding depositions; telephone conference with Chris Eisenschenk regarding depositions | |
| 12/3/00 | HKL | Prepare for depositions | 2.00 |
| 12/4/00 | HKL | Prepare for and attend depositions of Lisa Hoop and Mark Hoop in Cincinnati, Ohio | 8.00 |
| 12/4/00 | GSF | Prepare for and attend depositions of Mark Hoop and Lisa Hoop in Cincinnati, Ohio | 10.50 |
| 12/5/00 | HKL | Prepare for and attend depositions of Bobby Hoop, Betty Hoop, Bill Robinson, Clista Robinson and Susie Robinson in Cincinnati, Ohio | 8.00 |
| 12/5/00 | GSF | Prepare for and attend depositions of Clista Joe Robinson, Susan Robinson, William Robinson, Charles Hoop, Betty Hoop, and Richard Hoop in Cincinnati, Ohio | 8.00 |
| 12/6/00 | HKL | Receive and review correspondence; receive and review motion to strike affirmative defenses and counterclaim | 0.40 |
| 12/7/00 | HKL | Conference with associated attorney | 0.30 |
| 12/11/00 | HKL | Telephone conference with Jeffrey Hoop | 0.10 |
| 12/13/00 | HKL | Conference with associated attorney | 0.30 |
| 12/18/00 | CAC | Telephone conferences with Patent and Trademark Office to obtain copies of patents | 0.50 |
| 12/18/00 | GSF | Telephone conference with Stephen Hoffsis' office regarding plaintiffs' compliance with discovery matters; prepare opposition to plaintiffs' motion to strike certain affirmative defenses and counterclaims | 3.50 |
| 12/19/00 | HKL | Conference with associated attorney; receive and review plaintiff's responses to written discovery; prepare for pretrial conference hearing | 1.10 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be ... be notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER
### PROFESSIONAL ASSOCIATION
*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

I.R.S. EIN 59-2500271

TELEPHONE (407) 422-6900

Page: 2
December 31, 2000

Invoice No. 8334
04699/Hoop, Jeffrey W.

| Date | Atty | Description | Hours |
|---|---|---|---|
| 12/19/00 | GSF | Conference with associated attorney regarding preparation for pretrial conference; telephone conference with Christine McLeod regarding pretrial conference strategy; telephone conference with Alfred Mangels regarding discovery responses; telephone conference with Jeffrey Hoop regarding pretrial conference; prepare for and attend telephone conference with Peter Koenig regarding strategy for preliminary pretrial conference; prepare opposition to motion to strike affirmative defenses and counterclaim; receive and review interrogatory answers of Mark and Lisa Hoop | 5.10 |
| 12/20/00 | HKL | Prepare for and attend pretrial conference hearing before Magistrate Judge Jack Sherman, Jr; receive and review Mark and Lisa Hoop's discovery documentation | 1.50 |
| 12/20/00 | GSF | Prepare opposition to motion to strike affirmative defense and counterclaim; prepare for and attend preliminary pretrial conference before Magistrate Judge Jack Sherman, Jr; legal research on interference claims and reissue | 6.90 |
| 12/21/00 | HKL | Conference with associated attorney; prepare memorandum of law in opposition to motion to strike affirmative defenses | 0.80 |
| 12/21/00 | GSF | Prepare memorandum of law in opposition to motion to strike; review and analyze documents produced by Mark and Lisa Hoop | 5.90 |
| 12/22/00 | HKL | Receive and review court's scheduling order | 0.10 |
| 12/22/00 | GSF | File and serve memorandum of law in opposition to motion to strike affirmative defense and counterclaim | 3.80 |
| 12/26/00 | CAC | Telephone conference with Patent and Trademark Office; conference with associated attorney concerning patent documents | 0.20 |
| 12/26/00 | GSF | Telephone conference with Stephen Hoffsis regarding filing of opposition to plaintiffs' motion to strike | 0.10 |
| 12/27/00 | HKL | Telephone conference with Jeffrey Hoop | 0.20 |
| 12/27/00 | GSF | Legal research regarding motion for preliminary injunction | 3.40 |
| 12/28/00 | GSF | Legal research regarding preliminary injunction | 2.80 |
| 12/29/00 | GSF | Prepare motion for preliminary injunction | 4.50 |

### Rate Summary

| | | | |
|---|---|---|---|
| CAC | Carol A. Cozad | 0.70 hours at $ 75.00 /hr | $ 52.50 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be ... have been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice ...

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

I.R.S. EIN 59-2500271

TELEPHONE (407) 422-8800

Page: 3
December 31, 2000

Invoice No.   8334
04699/Hoop, Jeffrey W.

| | | | |
|---|---|---|---|
| HKL | Hal K. Litchford | 23.40 hours at $ 250.00 /hr | $ 5,850.00 |
| GSF | G. Steven Fender | 54.70 hours at $ 165.00 /hr | $ 9,025.50 |
| | Discretionary Billing Adjustment: | | -$3,000.00 |
| | TOTAL: | 78.80 hours | $11,928.00 |

$11,928.00

**FEES FOR LEGAL SERVICES THROUGH 12/31/2000**

**Costs**

| | | |
|---|---|---|
| | Telecopier Charges | $ 10.00 |
| | Long Distance Telephone Charges | $ 19.06 |
| | Photocopying | $ 482.25 |
| 11/6/00 | Federal Express Delivery | $ 12.17 |
| 11/7/00 | Federal Express Delivery | $ 12.17 |
| 11/10/00 | Federal Express Delivery | $ 18.62 |
| 11/14/00 | Federal Express Delivery | $ 21.11 |
| 12/5/00 | Travel Expense: Airfare to/from Ohio | $ 1,128.00 |
| 12/5/00 | Travel Expense: Hotel in Ohio | $ 382.47 |
| 12/5/00 | Automobile Tolls: During trip to Ohio | $ 4.50 |
| 12/5/00 | Travel Expense: Cab fare in Ohio | $ 56.00 |
| 12/5/00 | Automobile Parking Expense: Orlando International Airport during trip to Ohio | $ 30.00 |
| 12/5/00 | Travel Expense: Airfare to/from Ohio | $ 1,128.00 |
| 12/5/00 | Travel Expense: Hotel in Ohio | $ 440.70 |
| 12/7/00 | Spangler Reporting Services, Inc. for attendance at depositions | $ 157.50 |
| 12/11/00 | Postage | $ 0.66 |
| 12/20/00 | Computer Assisted Legal Research | $ 150.83 |
| 12/21/00 | Spangler Reporting Services, Inc. for deposition transcripts | $ 840.19 |
| 12/21/00 | Postage | $ 5.40 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be conclusively presumed correct unless the firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-25002

Page: 4
December 31, 2000

Invoice No.  8334
04699/Hoop, Jeffrey W.

| | | | |
|---|---|---|---|
| 12/22/00 | Postage | | $ 12.80 |
| 12/22/00 | Computer Assisted Legal Research | | $ 43.66 |

COSTS ADVANCED THROUGH 12/31/2000                                    $4,956.09

**Payments Received**

| | | | |
|---|---|---|---|
| 12/15/00 | Payment | Litchford & Christopher Trust Account | $ 5,000.00 |

PAYMENTS RECEIVED THROUGH 12/31/2000                                $5,000.00

**Trust Account Activity**

|  |  |  |
|---|---|---|
| | Beginning Balance: | $5,000.00 |
| 12/15/00  Litchford & Christopher Professional Association | | $ -5,000.00 |
| | Ending Balance: | $.00 |

| | |
|---|---|
| PREVIOUS BALANCE | $12,621.90 |
| PAYMENTS AND CREDITS | $5,000.00 |
| CURRENT FEES | $11,928.00 |
| COSTS ADVANCED | $4,956.09 |
| INTEREST THIS MONTH | $114.33 |
| NEW BALANCE AS OF 12/31/2000 | $24,620.32 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

MA F F

FEB 05 2001

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 38802

TELEPHONE (407) 422-8800

I.R.S. E.I.N. 59-3501

January 31, 2001

Invoice No.  8522

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No.  04699
Hoop, Mark R. & Hoop, Lisa J.

| **Professional Fees** | | | Hours |
|---|---|---|---|
| 1/2/01 | GSF | Telephone conference with Tim Magee regarding amending complaint to name corporate entity; prepare motion for preliminary injunction | 2.20 |
| 1/3/01 | GSF | Prepare memorandum of law in support of motion for preliminary injunction | 6.50 |
| 1/8/01 | GSF | Prepare motion for entry of preliminary injunction | 1.20 |
| 1/9/01 | HKL | Receive and review plaintiff's memorandum of law in opposition to motion to strike affirmative defenses | 0.10 |
| 1/9/01 | GSF | Receive and review reply to opposition to motion to strike; receive and review motion to seal deposition transcript; conference with associated attorney | 0.50 |
| 1/10/01 | HKL | Conference with associated attorney | 0.10 |
| 1/11/01 | GSF | Prepare motion for preliminary injunction | 3.80 |
| 1/12/01 | CAC | Telephone conference with Patent and Trademark Office concerning status of reorder of patents | 0.20 |
| 1/12/01 | HKL | Office conference with Jeffrey Hoop and Stephen Hoop | 1.50 |
| 1/12/01 | GSF | Conference with associated attorney and Jeffrey and Stephen Hoop regarding strategy; prepare memorandum of law in support of motion for preliminary injunction | 3.70 |
| 1/16/01 | GSF | Telephone conference with Timothy Magee regarding amending complaint; legal research regarding motion for preliminary injunction | 4.80 |
| 1/19/01 | HKL | Receive and review court orders from new judge assigned to case | 0.20 |
| 1/19/01 | GSF | Telephone conference with Jeffrey Hoop regarding case status; legal research regarding inventorship to prepare motion for preliminary injunction | 3.50 |
| 1/22/01 | GSF | Prepare memorandum of law in support of motion for preliminary injunction | 9.10 |
| 1/23/01 | HKL | Receive and review initial written discovery requests from plaintiff; prepare motion for preliminary injunction and supporting affidavit; conference with | 2.30 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6900                                                         IRS EIN 59-2

---

Invoice No.  8522                                                    Page: 2
04699/Hoop, Jeffrey W.                                         January 31, 2001

| | | associated attorney | |
|---|---|---|---:|
| 1/23/01 | GSF | Prepare memorandum of law in support of motion for preliminary injunction; prepare affidavit of Jeffrey Hoop in support of motion for preliminary injunction; prepare correspondence with Alfred Mangels regarding protective order | 8.70 |
| 1/24/01 | HKL | Prepare for and participate in telephonic hearing | 1.30 |
| 1/24/01 | GSF | Receive and review interrogatories and requests for production from the plaintiffs; prepare response to motion to file depositions under seal; prepare for and attend status conference; various telephone conferences with Peter Koenig; prepare amended affirmative defenses and counterclaims | 8.20 |
| 1/25/01 | HKL | Prepare injunction materials; conference with associated attorney | 2.00 |
| 1/25/01 | GSF | Telephone conference with Jeffrey Hoop regarding injunction; conference with associated attorney regarding injunction; prepare injunction memorandum | 3.10 |
| 1/26/01 | GSF | File and serve motion for preliminary injunction | 5.50 |
| 1/29/01 | HKL | Receive and review Judge Dlott's pretrial procedure order | 0.30 |
| 1/29/01 | GSF | Telephone conference with Stephen Hoffsis regarding Judge Dlott | 0.20 |

### Rate Summary

| | | | |
|---|---|---|---:|
| CAC | Carol A. Cozad | 0.20 hours at $ 75.00 /hr | $ 15.00 |
| HKL | Hal K. Litchford | 7.80 hours at $ 250.00 /hr | $ 1,950.00 |
| GSF | G. Steven Fender | 2.20 hours at $ 165.00 /hr | $ 363.00 |
| GSF | G. Steven Fender | 58.80 hours at $ 185.00 /hr | $ 10,878.00 |

TOTAL:   69.00 hours                           $13,206.00

**FEES FOR LEGAL SERVICES THROUGH 01/31/2001**                     $13,206.00

**Costs**

| | |
|---|---:|
| Long Distance Telephone Charges | $ 18.25 |
| Photocopying | $ 121.75 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of statement in which

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                         I R S  EIN 59-250\

---

Invoice No.  8522                                          Page: 3
04699/Hoop, Jeffrey W.                               January 31, 2001

|         |            | Telecopier Charges                  | $ 30.00   |
|---------|------------|-------------------------------------|-----------|
| 12/22/00 | | Federal Express Delivery            | $ 25.06   |
| 1/2/01   | | Postage                             | $ 0.33    |
| 1/4/01   | | Postage                             | $ 0.55    |
| 1/10/01  | | Postage                             | $ 0.55    |
| 1/12/01  | | Computer Assisted Legal Research    | $ 6.31    |
| 1/16/01  | | Postage                             | $ 0.34    |
| 1/19/01  | | Postage                             | $ 0.34    |
| 1/22/01  | | Postage                             | $ 0.76    |
| 1/22/01  | | Computer Assisted Legal Research    | $ 442.70  |
| 1/23/01  | | Computer Assisted Legal Research    | $ 91.19   |
| 1/24/01  | | Postage                             | $ 1.36    |
| 1/24/01  | | Postage                             | $ 1.60    |
| 1/26/01  | | Postage                             | $ 5.30    |
| 1/26/01  | | Postage                             | $ 2.23    |
| 1/26/01  | | Postage                             | $ 0.68    |

**COSTS ADVANCED THROUGH 01/31/2001**                        $749.30

**Payments Received**

| 1/25/01 | Payment | Jeffrey Hoop | $ 24,620.32 |
|---------|---------|--------------|-------------|

**PAYMENTS RECEIVED THROUGH 01/31/2001**                  $24,620.32

---

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of issuance hereof.

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                    I.R.S. EIN 59-255

---

Invoice No.   8522                                          Page:  4
04699/Hoop, Jeffrey W.                                      January 31, 2001

| | |
|---|---:|
| PREVIOUS BALANCE | $24,620.32 |
| PAYMENTS AND CREDITS | $24,620.32 |
| CURRENT FEES | $13,206.00 |
| COSTS ADVANCED | $749.30 |
| INTEREST THIS MONTH | $.00 |
| | |
| NEW BALANCE AS OF 01/31/2001 | $13,955.30 |

---

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of statement to us.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-2‹

February 28, 2001

Invoice No. 8651

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

**Professional Fees**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 2/1/01 | GSF | Telephone conference with Steven Eisenchenck regarding Mark and Lisa Hoop's response to reexamination; conference with associated attorney | 0.10 |
| 2/8/01 | HKL | Conference with associated attorney; prepare for hearing | 2.10 |
| 2/8/01 | GSF | Various telephone conferences with Peter Koenig regarding entry of preliminary injunction | 0.50 |
| 2/12/01 | HKL | Receive and review response to USPTO re-examination proceedings by Mark and Lisa Hoop | 0.50 |
| 2/12/01 | GSF | Various telephone conferences with Jeffrey Hoop regarding interrogatories and requests for production; prepare answers to interrogatories | 6.70 |
| 2/13/01 | GSF | Prepare responses to interrogatories; prepare responses to request for production | 5.10 |
| 2/14/01 | HKL | Prepare answers to interrogatories | 0.30 |
| 2/14/01 | GSF | Prepare objections and responses to request for production; prepare answers to interrogatories | 4.50 |
| 2/15/01 | GSF | Prepare documents for production; conference with co-counsel and associated attorney | 1.90 |
| 2/16/01 | GSF | Prepare interrogatory responses and responses to request for production | 4.10 |
| 2/20/01 | HKL | Review and analyze plaintiffs' opposition to motion for preliminary injunction; prepare for hearing before Judge Dlott | 1.80 |
| 2/20/01 | GSF | Receive and review telephone voicemail from Alfred J. Mangels; conference with Christopher Eisenshenck | 0.30 |
| 2/21/01 | HKL | Prepare for hearing before Judge Dlott | 0.50 |
| 2/21/01 | GSF | Prepare reply to opposition to motion for preliminary injunction; prepare affidavit of Christopher Eisenschenk | 3.80 |
| 2/22/01 | HKL | Prepare for hearing before Judge Dlott | 1.60 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

## STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                    I.R.S. EIN 59-35

---

Invoice No.   8631                                                          Page:  2
04699/Hoop, Jeffrey W.                                            February 28, 2001

| Date | Init | Description | Hours |
|---|---|---|---|
| 2/22/01 | GSF | Various telephone conferences with Christopher Eisenchenk regarding his affidavit; prepare memorandum of law in reply to defendants' opposition to motion for a preliminary injunction | 8.10 |
| 2/23/01 | HKL | Prepare for hearing before Judge Dlott; prepare memorandum of law in reply to opposition of defentant to motion for a preliminary injunction | 5.80 |
| 2/23/01 | GSF | Prepare proposed findings of fact and conclusions of law; prepare memorandum of law in reply to defendants' opposition to motion for a preliminary injunction | 8.40 |
| 2/25/01 | HKL | Prepare for hearing before Judge Dlott | 0.20 |
| 2/25/01 | GSF | Prepare proposed court order enjoining Mark and Lisa Hoop | 2.50 |
| 2/26/01 | HKL | Prepare for and attend hearing before Judge Dlott; travel from Cincinatti | 5.00 |
| 2/26/01 | GSF | Prepare for and attend hearing before Judge Susan Dlott on motion for preliminary injunction | 4.00 |
| 2/26/01 | SNB | Legal research concerning all possible remedies for copyright infringement when work for hire arrangement, applicability of confidentiality provisions to copyright laws, and possible ability to compel assignment of copyright to client | 5.00 |
| 2/26/01 | JRD | Legal research into copyright infringement remedies | 3.80 |
| 2/27/01 | GSF | Telephone conference with Alfred Mangels regarding amended pleadings; prepare correspondence with Alfred Mangels; prepare amended counterclaims | 1.70 |
| 2/28/01 | HKL | Review and analyze order granting motion for preliminary injunction | 0.30 |
| 2/28/01 | GSF | Receive and review order granting preliminary injunction; telephone conferences with Peter Koenig and Jeffrey Hoop | 1.00 |

### Rate Summary

| Init | Name | Hours/Rate | Amount |
|---|---|---|---|
| HKL | Hal K. Litchford | 18.10 hours at $ 250.00 /hr | $ 4,525.00 |
| GSF | G. Steven Fender | 52.70 hours at $ 185.00 /hr | $ 9,749.50 |
| SNB | Summer Nicole Boyd | 5.00 hours at $ 105.00 /hr | $ 525.00 |
| JRD | Joanne R. Day | 3.80 hours at $ 170.00 /hr | $ 646.00 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO FLORIDA 32802

TELEPHONE (407) 422-6600                                                   I.R.S. EIN 59-2*

Invoice No.  8651                                                    Page:  3
04699/Hoop, Jeffrey W.                                      February 28, 2001


TOTAL:       79.60 hours              $15,445.50

**FEES FOR LEGAL SERVICES THROUGH  02/28/2001**                        $15,445.50


**Costs**

|         |                                                                      |           |
|---------|----------------------------------------------------------------------|-----------|
|         | Long Distance Telephone Charges                                      | $ 31.57   |
|         | Telecopier Charges                                                   | $ 153.00  |
|         | Photocopying                                                         | $ 1,006.25|
| 2/1/01  | Postage                                                              | $ 2.65    |
| 2/1/01  | Postage                                                              | $ 5.15    |
| 2/6/01  | Postage                                                              | $ 0.55    |
| 2/12/01 | Postage                                                              | $ 0.34    |
| 2/12/01 | Travel Expense: Airfare to/from Cincinnati, Ohio                     | $ 942.50  |
| 2/13/01 | Postage                                                              | $ 0.34    |
| 2/16/01 | Postage                                                              | $ 1.39    |
| 2/23/01 | Computer Assisted Legal Research                                     | $ 124.88  |
| 2/26/01 | Travel Expense: Hotel in Cincinnati, Ohio                            | $ 225.83  |
| 2/26/01 | Meals in Cincinnati, Ohio                                            | $ 3.83    |
| 2/26/01 | Automobile Tolls: During trip to Cincinnati, Ohio                    | $ 2.25    |
| 2/26/01 | Automobile Parking Expense: Airport parking during trip to Cincinnati, Ohio | $ 12.00 |
| 2/26/01 | Computer Assisted Legal Research                                     | $ 35.56   |
| 2/26/01 | Travel Expense: Cab fare in Cincinnati, Ohio                         | $ 57.00   |
| 2/26/01 | Automobile Parking Expense: Airport parking during trip to Cincinnati, Ohio | $ 12.00 |
| 2/26/01 | Travel Expense: Hotel in Cincinnati, Ohio                            | $ 206.98  |
| 2/26/01 | Computer Assisted Legal Research                                     | $ 60.39   |
| 2/26/01 | Computer Assisted Legal Research                                     | $ 415.80  |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                     I.R.S E/N 59-2?

Invoice No.   8651                                          Page.  4
04699/Hoop, Jeffrey W.                             February 28, 2001


2/27/01    Postage                                          $ 0.68

**COSTS ADVANCED THROUGH 02/28/2001**                       $3,300.94


PREVIOUS BALANCE              $13,955.30
PAYMENTS AND CREDITS               $.00
CURRENT FEES                 $15.445.50
COSTS ADVANCED                $3,300.94
INTEREST THIS MONTH                $.00

NEW BALANCE AS OF 02/28/2001  $32,701.74


**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

**STATEMENT**

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

APR 05 2001

TELEPHONE (407) 422-6600                                                                I.R.S. EIN 56-2

March 31, 2001

Invoice No.  9031

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No.  04699
Hoop, Mark R. & Hoop, Lisa J.

| **Professional Fees** | | | **Hours** |
|---|---|---|---|
| 3/1/01 | HKL | Prepare for and attend telephonic hearing before Judge Dlott; review amended counterclaim | 1.60 |
| 3/1/01 | GSF | Telephone conference with Steven Snyder of Judge Dlott's chambers regarding telephonic hearing; prepare for and attend hearing by telephone before Judge Dlott on Mark and Lisa Hoop's motion for stay; prepare injunction order; telephone conference with bonding company | 2.60 |
| 3/12/01 | GSF | Telephone conference with office of Alfred Mangels regarding extension of time to respond to answer; telephone conference with Peter Keonig | 0.40 |
| 3/20/01 | GSF | Legal research regarding work for hire and other copyright defenses and counterclaims; prepare answer and affirmative defenses to amended complaint | 7.70 |
| 3/22/01 | HKL | Telephone conference with Steve Hoop and Jeffrey Hoop | 0.40 |
| 3/22/01 | GSF | Prepare answer to amended complaint, affirmative defenses and counterclaims | 3.30 |
| 3/23/01 | GSF | File and serve answer, affirmative defenses, and counterclaims to amended complaint | 1.40 |

**Rate Summary**

| | | | | |
|---|---|---|---|---|
| HKL | Hai K. Litchford | 2.00 hours at $ 250.00 /hr | $ 500.00 |
| GSF | G. Steven Fender | 15.40 hours at $ 185.00 /hr | $ 2,849.00 |

|  | TOTAL: | 17.40 hours | $3,349.00 |

**FEES FOR LEGAL SERVICES THROUGH  03/31/2001**                                  $3,349.00

**Costs**

| Photocopying | $ 44.25 |
|---|---|

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 425-4900                                                                    I.R.S. EIN 51-

Invoice No.   9031                                                                          Page:  2
04699/Hoop, Jeffrey W.                                                            March 31, 2001

|            |                                        |           |
| ---------- | -------------------------------------- | --------- |
|            | Long Distance Telephone Charges        | $ 17.62   |
|            | Telecopier Charges                     | $ 18.00   |
| 1/24/01    | Federal Express Delivery               | $ 12.17   |
| 1/26/01    | Federal Express Delivery               | $ 25.06   |
| 2/15/01    | Federal Express Delivery               | $ 16.18   |
| 2/16/01    | Kinko's, Inc. for color photocopies    | $ 23.69   |
| 2/16/01    | Federal Express Delivery               | $ 12.77   |
| 2/16/01    | Federal Express Delivery               | $ 38.70   |
| 2/23/01    | Federal Express Delivery               | $ 85.02   |
| 3/2/01     | Postage                                | $ 0.34    |
| 3/12/01    | Postage                                | $ 0.55    |
| 3/29/01    | Postage                                | $ 1.39    |

**COSTS ADVANCED THROUGH 03/31/2001**                                             $295.74

|                                    |             |
| ---------------------------------- | ----------- |
| PREVIOUS BALANCE                   | $32,701.74  |
| PAYMENTS AND CREDITS               | $.00        |
| CURRENT FEES                       | $3,349.00   |
| COSTS ADVANCED                     | $295.74     |
| INTEREST THIS MONTH                | $490.53     |
| NEW BALANCE AS OF 03/31/2001       | $36,837.01  |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802



MAY 0 ....

TELEPHONE 407) 422-6600                                                                  I.R.S. EIN 59-25-

April 30, 2001

Invoice No. 9204

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

| **Professional Fees** | | | **Hours** |
|---|---|---|---|
| 4/2/01 | GSF | Telephone conference with Stephen Hoop regarding status of injunction and Mark Hoop's recent ordering of parts; telephone conference with Christine McLeod regarding injunction | 0.20 |
| 4/2/01 | SNB | Conference with associated attorney; prepare subpoena for documents from non-parties | 1.00 |
| 4/3/01 | GSF | Correspondence by electronic mail with Stephen Hoffsis; receive and review notice of appeal; conference with associated attorney | 1.20 |
| 4/3/01 | SNB | Prepare subpoenas for documents to Accro-Cast Corporation, and Schulte Metal Finishing, and Brockmeyer & Wean Insurance Agency | 3.00 |
| 4/4/01 | GSF | Prepare document subpoenas for suppliers and insurance carrier; correspondence by electronic mail with Stephen Hoffsis | 2.00 |
| 4/4/01 | SNB | Prepare subpoenas for documents to Accro-Cast Corporation, and Schulte Metal Finishing, and Brockmeyer & Wean Insurance Agency | 1.50 |
| 4/5/01 | HKL | Telephone conference with Jeffrey Hoop; conference with associated attorney | 0.20 |
| 4/6/01 | GSF | Prepare correspondence with Alfred Mangels regarding stay pending appeal | 0.30 |
| 4/9/01 | GSF | Receive and review answer to amended counterclaims; receive and review correspondence from Alfred Mangels; prepare correspondence with Alfred Mangels | 0.90 |
| 4/10/01 | GSF | Telephone conference with Christine McLeod regarding copyright defenses and strategy | 0.20 |
| 4/12/01 | GSF | Telephone conference with Jeffrey Hoop | 0.30 |
| 4/13/01 | GSF | Receive and review acknowledgement of appeal | 0.10 |
| 4/16/01 | GSF | Receive and review correspondence from Alfred Mangels; conference with associated attorney regarding motion to dismiss appeal | 0.40 |
| 4/16/01 | SNB | Legal research regarding timely appeal of order granting injunction and standards | 5.50 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

STATEMENT

## LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                 I.R.S. SIN 59-2

Invoice No.   9204                                                       Page:  2
04699/Hoop, Jeffrey W.                                                   April 30, 2001

|          |      |                                                                                                                                                                                                                                                                                                                                   |      |
|----------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|          |      | for stay pending appeal; conference with associated attorney                                                                                                                                                                                                                                                                                 |      |
| 4/17/01  | GSF  | Receive and review motion for stay pending appeal; conference with court clerk regarding response; conference with associated attorneys; review court rules for deadline to respond                                                                                                                                                           | 1.50 |
| 4/17/01  | DGL  | Conference with associated attorney concerning strategy for responding to motion for stay pending appeal and motion to dismiss appeal for lack of jurisdiction                                                                                                                                                                                | 0.50 |
| 4/18/01  | DGL  | Conference with associated attorney; legal research concerning motions for stay pending appeal and appellate jurisdiction; review and analyze record to prepare response to motion for stay pending appeal and to prepare motion to dismiss appeal; prepare response to motion for stay pending appeal and motion to dismiss appeal for lack of jurisdiction | 6.10 |
| 4/18/01  | SNB  | Legal research regarding standards for stay of preliminary injunction pending appeal; prepare response in opposition to motion for stay of preliminary injunction pending appeal; legal research regarding appellate court jurisdiction for appeal of denial of stay of preliminary injunction pending appeal; conference with associated attorney; legal research regarding effect of district court denial of stay on appellate court motion for stay | 4.00 |
| 4/19/01  | DAC  | Prepare response in opposition to motion for stay of preliminary injunction pending appeal                                                                                                                                                                                                                                                   | 0.30 |
| 4/19/01  | SNB  | Legal research regarding standards for stay of preliminary injunction pending appeal; prepare response in opposition to motion for stay of preliminary injunction pending appeal; legal research regarding appellate court jurisdiction for appeal of denial of stay of preliminary injunction pending appeal; conference with associated attorney; legal research regarding effect of district court denial of stay on appellate court motion for stay | 2.50 |
| 4/20/01  | DGL  | Prepare response in opposition to motion for stay pending appeal; prepare motion to dismiss appeal; conference with associated attorney                                                                                                                                                                                                       | 4.50 |
| 4/21/01  | DGL  | Legal research concerning motions for stay pending appeal and appellate jurisdiction; prepare response in opposition to motion for stay pending appeal and motion to dismiss appeal                                                                                                                                                           | 6.50 |
| 4/23/01  | DGL  | Prepare response in opposition to motion for stay pending appeal and motion to dismiss appeal                                                                                                                                                                                                                                                | 2.20 |
| 4/24/01  | HKL  | Conference with associated attorney                                                                                                                                                                                                                                                                                                          | 0.30 |
| 4/24/01  | GSF  | Telephone conference with John Sellens regarding subpoena on Mark and Lisa Hoop's insurance agency; correspondence by electronic mail with Stephen                                                                                                                                                                                            | 6.40 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                    I.R.S FIN 59-

---

Invoice No.   9204                                                          Page:  3
04699/Hoop, Jeffrey W.                                              April 30, 2001

|        |     | Hoffsis regarding production of documents from supplier; prepare memorandum of law in opposition to motion for stay | |
|--------|-----|-----------------------------------------------------------------------------------------------------------------------|------|
| 4/25/01 | GSF | Telephone conference with John Sellens regarding document subpoena; file and serve opposition to Mark and Lisa Hoop's motion to stay injunction pending appeal; various telephone conferences with Federal Circuit clerk's office; prepare motion to dismiss appeal as untimely | 8.60 |
| 4/26/01 | GSF | File and serve motion to dismiss appeal as untimely | 2.80 |

**Rate Summary**

| Code | Name | Hours/Rate | Amount |
|------|------|-----------|--------|
| DAC | Dawn A. Cullen | 0.30 hours at $  75.00 /hr | $ 22.50 |
| HKL | Hai K. Litchford | 0.50 hours at $ 250.00 /hr | $ 125.00 |
| GSF | G. Steven Fender | 24.90 hours at $ 185.00 /hr | $ 4,606.50 |
| DGL | David G. Lerner | 19.80 hours at $ 200.00 /hr | $ 3,960.00 |
| SNB | Summer Nicole Boyd | 17.50 hours at $ 105.00 /hr | $ 1,837.50 |
| | Discretionary Billing Adjustment: | | -$5,000.00 |
| | **TOTAL:** | 63.00 hours | $5,551.50 |

**FEES FOR LEGAL SERVICES THROUGH 04/30/2001**                                  $5,551.50

**Costs**

|         |                                       |          |
|---------|---------------------------------------|----------|
|         | Photocopying                          | $ 879.75 |
|         | Long Distance Telephone Charges       | $ 15.07  |
|         | Telecopier Charges                    | $ 10.00  |
| 4/2/01  | Postage                               | $ 0.34   |
| 4/4/01  | Federal Express Delivery              | $ 26.54  |
| 4/5/01  | Postage                               | $ 15.80  |
| 4/6/01  | Postage                               | $ 0.68   |
| 4/9/01  | Postage                               | $ 0.97   |
| 4/9/01  | Postage                               | $ 0.68   |
| 4/16/01 | Computer Assisted Legal Research      | $ 102.12 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6800                                        I.R.S. EIN 59-250

---

Invoice No.   9204                                              Page:  4
04699/Hoop, jeffrey W.                                         April 30, 2001

| | | |
|---|---|---:|
| 4/24/01 | Computer Assisted Legal Research | $ 100.02 |
| 4/25/01 | Postage | $ 7.90 |
| 4/25/01 | Postage | $ 0.34 |
| 4/25/01 | Computer Assisted Legal Research | $ 66.64 |
| 4/26/01 | Postage | $ 3.54 |

**COSTS ADVANCED THROUGH 04/30/2001**                          $1,230.39

| | |
|---|---:|
| PREVIOUS BALANCE | $36,837.01 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $5,551.50 |
| COSTS ADVANCED | $1,230.39 |
| INTEREST THIS MONTH | $490.53 |
| NEW BALANCE AS OF 04/30/2001 | $44,109.43 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice

# STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                          I.R.S. EIN 59-25X

May 31, 2001

Invoice No. 9424

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

**Professional Fees**                                                    Hours

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 5/7/01 | GSF | Receive and review reply to opposition to motion for stay; receive and review opposition to motion to dismiss; telephone conference with Stephen Hoop regarding status of case | 0.80 |
| 3/8/01 | GSF | Telephone conference with Jeffrey Hoop regarding injunction | 0.20 |
| 5/10/01 | GSF | Legal research regarding reply to response to motion to dismiss | 2.30 |
| 5/11/01 | GSF | Prepare reply to Mark and Lisa Hoop's response to motion to dismiss appeal as untimely | 9.40 |
| 5/15/01 | GSF | Prepare counterdesignations for appendix and correspondence with Alfred Mangels | 0.90 |
| 5/18/01 | HKL | Telephone conference with Stephen Hoop and Jeffrey Hoop | 0.40 |

#### Rate Summary

| | | | |
|------|------------------|---------------------------|-----------|
| HKL | Hal K. Litchford | 0.40 hours at $ 250.00 /hr | $ 100.00 |
| GSF | G. Steven Fender | 13.60 hours at $ 185.00 /hr | $ 2,516.00 |

| | | | |
|---|---|---|---|
| | TOTAL: | 14.00 hours | $2,616.00 |

**FEES FOR LEGAL SERVICES THROUGH 05/31/2001**                        $2,616.00

**Costs**

| | | |
|------------|-------------------------------|----------|
| | Photocopying | $ 50.75 |
| | Long Distance Telephone Charges | $ 7.49 |
| | Telecopier Charges | $ 5.00 |
| 4/25/01 | Federal Express Delivery | $ 35.82 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                    I.R.S. E/N 55-??

---

Invoice No.   9424                                          Page: 2
04699/Hoop, Jeffrey W.                                      May 31, 2001

| Date | Description | Amount |
|------|-------------|-------:|
| 4/25/01 | Federal Express Delivery | $ 26.54 |
| 4/25/01 | Federal Express Delivery | $ 26.54 |
| 4/26/01 | Federal Express Delivery | $ 12.77 |
| 4/26/01 | Federal Express Delivery | $ 12.77 |
| 4/26/01 | Federal Express Delivery | $ 24.17 |
| 5/4/01 | Postage | $ 1.39 |
| 5/4/01 | Postage | $ 0.55 |
| 5/11/01 | Postage | $ 1.52 |
| 5/11/01 | Federal Express Delivery | $ 12.77 |
| 5/11/01 | Federal Express Delivery | $ 12.77 |
| 5/11/01 | Federal Express Delivery | $ 12.77 |
| 5/11/01 | Computer Assisted Legal Research | $ 71.69 |
| 5/14/01 | Postage | $ 0.76 |
| 5/14/01 | Legal Tenders of Ohio for service of process on Accro-Cast Corp., Schulte Metal Finishing, and Brockmeyer & Wean Ins. | $ 200.00 |
| 5/15/01 | Postage | $ 3.20 |
| 5/15/01 | Postage | $ 0.34 |
| 5/25/01 | Postage | $ 2.44 |

**COSTS ADVANCED THROUGH 05/31/2001**                        $522.05

| | |
|---|---:|
| PREVIOUS BALANCE | $44,109.43 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $2,616.00 |
| COSTS ADVANCED | $522.05 |
| INTEREST THIS MONTH | $646.93 |
| NEW BALANCE AS OF 05/31/2001 | $47,894.41 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-25

June 30, 2001

Invoice No. 9633

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

**Costs**

|  |  |  |
|---|---|---|
|  | Photocopying | $ 2.75 |
|  | Long Distance Telephone Charges | $ 2.20 |
|  | Telecopier Charges | $ 13.00 |
| 6/4/01 | Computer Assisted Legal Research | $ 14.17 |
| 6/7/01 | Postage | $ 0.55 |
| 6/14/01 | Postage | $ 0.34 |
| 6/18/01 | Postage | $ 2.23 |

**COSTS ADVANCED THROUGH 06/30/2001**                          $35.24

| | |
|---|---|
| PREVIOUS BALANCE | $47,894.41 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $.00 |
| COSTS ADVANCED | $35.24 |
| INTEREST THIS MONTH | $646.93 |
| **NEW BALANCE AS OF 06/30/2001** | $48,576.58 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION
*Attorneys and Counselors at Law*
POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                        I.R.S. EIN 59-25

July 31, 2001

Invoice No. 9842

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

**Professional Fees**                                                    Hours

| | | | |
|---|---|---|---|
| 7/13/01 | GSF | Prepare correspondence with Jeffrey and Steve Hoop regarding expert disclosure; prepare answer brief on appeal | 7.20 |
| 7/16/01 | GSF | Legal research to prepare answer brief on appeal | 2.30 |
| 7/17/01 | GSF | Prepare answer brief on appeal | 7.60 |
| 7/18/01 | GSF | Prepare answer brief on appeal | 7.90 |
| 7/19/01 | GSF | Prepare answer brief on appeal | 7.60 |
| 7/20/01 | GSF | Prepare answer brief on appeal | 3.90 |
| 7/20/01 | DAC | Prepare table of contents and table of authority for answer brief on appeal | 1.50 |

### Rate Summary

| | | | |
|---|---|---|---|
| GSF | G. Steven Fender | 36.50 hours at $ 185.00 /hr | $ 6,752.50 |
| DAC | Dawn A. Cullen | 1.50 hours at $ 75.00 /hr | $ 112.50 |

TOTAL:    38.00 hours                    $6,865.00

**FEES FOR LEGAL SERVICES THROUGH 07/31/2001**                    $6,865.00

**Costs**

| | | |
|---|---|---|
| | Long Distance Telephone Charges | $ 1.97 |
| | Telecopier Charges | $ 154.00 |
| | Photocopying | $ 199.25 |
| 7/13/01 | Postage | $ 0.34 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER

**PROFESSIONAL ASSOCIATION**

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                                          I.R.S. EIN 59 2

Invoice No.   9842                                                      Page:  2
04699/Hoop, Jeffrey W.                                                 July 31, 2001

| | | |
|---|---|---:|
| 7/16/01 | Postage | $ 0.34 |
| 7/20/01 | Postage | $ 3.50 |
| 7/20/01 | Postage | $ 5.85 |
| 7/24/01 | Pitney Bowes Management Services for copying and binding | $ 71.55 |

**COSTS ADVANCED THROUGH 07/31/2001**                                   $436.80

| | |
|---|---:|
| PREVIOUS BALANCE | $48,576.58 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $6,865.00 |
| COSTS ADVANCED | $436.80 |
| INTEREST THIS MONTH | $694.52 |
| NEW BALANCE AS OF 07/31/2001 | $56,572.90 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                  I.R.S. E.N 59-2!

SEP 04 2001

August 31, 2001

Invoice No. 10040

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

**Costs**

|          |                                    |          |
|----------|------------------------------------|----------|
|          | Long Distance Telephone Charges    | $ 4.44   |
|          | Photocopying                       | $ 255.50 |
| 7/19/01  | Computer Assisted Legal Research   | $ 43.60  |
| 7/20/01  | Federal Express Delivery           | $ 30.86  |
| 8/7/01   | Postage                            | $ 0.57   |
| 8/14/01  | Postage                            | $ 1.26   |

**COSTS ADVANCED THROUGH 8/31/2001**                                      $336.23

| | |
|---|---|
| PREVIOUS BALANCE | $56,572.90 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $.00 |
| COSTS ADVANCED | $336.23 |
| INTEREST THIS MONTH | $804.05 |
| NEW BALANCE AS OF 8/31/2001 | $57,713.18 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER
PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                                I.R.S. 5N 59-2

September 30, 2001

Invoice No. 10285

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

| **Professional Fees** | | | **Hours** |
|---|---|---|---|
| 9/13/01 | GSF | Prepare notice of substitution of counsel | 1.80 |
| 9/17/01 | GSF | Telephone conference with office of Stephen Hoffsis | 0.10 |
| 9/20/01 | GSF | Receive and review voice message from Stephen Hoffsis regarding notice of substitution; prepare correspondence with Jeffrey and Stephen Hoop | 0.20 |

### Rate Summary

| | | | |
|---|---|---|---|
| GSF | G. Steven Fender | 2.10 hours at $ 185.00 /hr | $ 388.50 |
| | Discretionary Billing Adjustment: | | -$238.50 |
| | | TOTAL: 2.10 hours | $150.00 |

**FEES FOR LEGAL SERVICES THROUGH 9/30/2001**                                          $150.00

**Costs**

| | | |
|---|---|---|
| | Long Distance Telephone Charges | $ 2.87 |
| | Photocopying | $ 2.25 |
| 8/28/01 | Federal Express Delivery | $ 40.57 |
| 9/14/01 | Postage | $ 0.34 |
| 9/20/01 | Postage | $ 1.14 |

**COSTS ADVANCED THROUGH 9/30/2001**                                                    $47.17

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

Invoice No.   10285
04699/Hoop, Jeffrey W.

Page:  2
September 30, 2001

| | |
|---|---:|
| PREVIOUS BALANCE | $57,713.18 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $150.00 |
| COSTS ADVANCED | $47.17 |
| INTEREST THIS MONTH | $804.05 |
| NEW BALANCE AS OF 9/30/2001 | $58,714.40 |

We appreciate the opportunity to be of service to you.

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

NOV 0 L 2001

TELEPHONE (407) 422-6600                                          I.R.S. EIN 59-8506?

October 31, 2001

Invoice No.  10478

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

| **Professional Fees** | **Hours** |
|---|---|
| 10/25/01  GSF    Telephone conference with Jeffrey Hoop | 0.20 |

| **Rate Summary** | | |
|---|---|---|
| GSF    G. Steven Fender | 0.20 hours at $ 185.00 /hr | $ 37.00 |
| TOTAL:    0.20 hours | | $37.00 |

**FEES FOR LEGAL SERVICES THROUGH 10/31/2001**                    $37.00

**Costs**

| | | |
|---|---|---|
| | Photocopying | $ 210.50 |
| | Long Distance Telephone Charges | $ 2.14 |
| 10/2/01 | Postage | $ 0.57 |
| 10/9/01 | Federal Express Delivery | $ 12.77 |
| 10/11/01 | Postage | $ 0.34 |
| 10/11/01 | Federal Express Delivery | $ 12.77 |
| 10/22/01 | Postage | $ 0.34 |

**COSTS ADVANCED THROUGH 10/31/2001**                            $239.43

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct unless you file ...

# STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                                                    I.R.S. EIN 59-25062

Invoice No.  10478                                                              Page: 2
04699/Hoop, Jeffrey W.                                            October 31, 2001

| | |
|---|---:|
| PREVIOUS BALANCE | $58,714.40 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $37.00 |
| COSTS ADVANCED | $239.43 |
| INTEREST THIS MONTH | $812.05 |
| NEW BALANCE AS OF 10/31/2001 | $59,802.88 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                I.R.S. EIN 59-28

November 30, 2001

Invoice No. 10771

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

| Professional Fees | | | Hours |
|---|---|---|---|
| 11/5/01 | GSF | Prepare for oral argument before Court of Appeal for the Federal Cicuit | 9.90 |
| 11/6/01 | GSF | Prepare for oral argument before Court of Appeal for the Federal Cicuit | 10.60 |
| 11/7/01 | GSF | Prepare for and attend oral argument before Court of Appeal for the Federal Cicuit in Charlotte, North Carolina | 9.60 |

### Rate Summary

| | | | | |
|---|---|---|---|---|
| GSF | G. Steven Fender | 30.10 hours at $ 185.00 /hr | $ 5,568.50 |
| | | TOTAL:   30.10 hours | $5,568.50 |

**FEES FOR LEGAL SERVICES THROUGH 11/30/2001**                       $5,568.50

### Costs

| | | |
|---|---|---|
| | Long Distance Telephone Charges | $ 2.44 |
| | Photocopying | $ 10.25 |
| 11/6/01 | Computer Assisted Legal Research | $ 361.84 |
| 11/6/01 | Travel Expense: Airfare to/from Greensboro, North Carolina | $ 158.50 |
| 11/6/01 | Travel Expense: Cab fare in Greensboro, North Carolina | $ 19.00 |
| 11/7/01 | Travel Expense: Hotel in Greensboro, North Carolina | $ 95.63 |
| 11/7/01 | Automobile Parking Expense: Airport parking during trip to Greensboro, North Carolina | $ 24.00 |
| 11/7/01 | Travel Expense: Cab fare in Greensboro, North Carolina | $ 20.00 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-251

Invoice No.   10771
04699/Hoop, Jeffrey W.

Page: 2
November 30, 2001

**COSTS ADVANCED THROUGH 11/30/2001**

$691.66

| | |
|---|---|
| PREVIOUS BALANCE | $59,802.88 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $5,568.50 |
| COSTS ADVANCED | $691.66 |
| INTEREST THIS MONTH | $816.20 |
| **NEW BALANCE AS OF 11/30/2001** | **$66,879.24** |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600

I.R.S. EIN 59-29...

December 31, 2001

Invoice No.  10917

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No.  04699
Hoop, Mark R. & Hoop, Lisa J.

**Costs**

| | |
|---|---|
| Long Distance Telephone Charges | $ 7.67 |

**COSTS ADVANCED THROUGH 12/31/2001**      $7.67

| | |
|---|---|
| PREVIOUS BALANCE | $66,879.24 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $.00 |
| COSTS ADVANCED | $7.67 |
| INTEREST THIS MONTH | $910.10 |
| NEW BALANCE AS OF 12/31/2001 | $67,797.01 |

We appreciate the opportunity to be of service to you.

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 30 days after the date of original invoice.

# STATEMENT

## LITCHFORD & CHRISTOPHER

PROFESSIONAL ASSOCIATION

*Attorneys and Counselors at Law*

POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802

TELEPHONE (407) 422-6600                                                          I.R.S. E/N 59-?

January 31, 2002

Invoice No. 11160

Jeffrey W. Hoop
P. O. Box 6509
Ocala, FL 33478

Matter No. 04699
Hoop, Mark R. & Hoop, Lisa J.

| **Professional Fees** | | | | **Hours** |
|---|---|---|---|---|
| 1/30/02 | GSF | Review and analyze opinion from the Federal Circuit affirming district court's entry of preliminary injunction; telephone conference with Jeffrey Hoop; conference with associated attorney | | 1.20 |

### Rate Summary

| | | | |
|---|---|---|---|
| GSF | G. Steven Fender | 1.20 hours at $ 200.00 /hr | $ 240.00 |

TOTAL:      1.20 hours                    $240.00

**FEES FOR LEGAL SERVICES THROUGH  1/31/2002**                               $240.00

Costs

| | |
|---|---|
| Long Distance Telephone Charges | $ 2.03 |
| Photocopying | $ 3.00 |
| Telecopier Charges | $ 80.00 |

**COSTS ADVANCED THROUGH 1/31/2002**                                         $85.03

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

## STATEMENT

### LITCHFORD & CHRISTOPHER

**PROFESSIONAL ASSOCIATION**

*Attorneys and Counselors at Law*

**POST OFFICE BOX 1549
ORLANDO, FLORIDA 32802**

TELEPHONE (407) 422-6400                                                    I.R.S. EIN 59-250

---

Invoice No.   11160                                              Page:  2
04699/Hoop, Jeffrey W.                                      January 31, 2002

| | |
|---|---:|
| PREVIOUS BALANCE | $67,797.01 |
| PAYMENTS AND CREDITS | $.00 |
| CURRENT FEES | $240.00 |
| COSTS ADVANCED | $85.03 |
| INTEREST THIS MONTH | $910.22 |
| NEW BALANCE AS OF 1/31/2002 | $69,032.26 |

**We appreciate the opportunity to be of service to you.**

Please review this statement carefully. It is the practice of our firm to bill currently for services rendered and for costs incurred. Statements are due and payable upon receipt. Interest at the rate of 1.5 percent per month will be charged on any balance outstanding 30 days after the date of original invoice. All amounts and items contained in this Statement shall be deemed reasonable and correct, unless our firm has been notified in writing of any objectionable or erroneous items within 20 days after the date of original invoice.

# SALIWANCHIK, LLOYD & SALIWANCHIK

A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Jeff Hoop
406 S.E. 24th Street
Ocala, FL 33470

Re: U.S. Design Patent Application Docket No. JFH-DP1
(Hoop, Hoop)
Application No. 29/114,110; filed 11/18/1999
Pair of Motorcycle Fairing Edge Guards

Invoice No.  22587
Invoice Date December 28, 1999

PROFESSIONAL SERVICES :

| | |
|---|---:|
| Received and reviewed prototype for design patent application; photographed prototype; digitally processed photographs for application drawings; prepared draft design application and formal papers; transmitted same to Mr. Hoop for review and execution; received and reviewed formal papers from Mr. Hoop; initiated preparation of transmittal letter to Patent and Trademark Office with respect to waiver of 37 USC 1.84(b)(1) and requirements regarding black and white photographs; finalized application and transmittal letter; transmitted application to U.S. Patent and Trademark Office for filing; updated case folder; transmitted application as filed to Mr. Hoop. | 750.00 |
| Total professional fees for this matter : | $    750.00 |

DISBURSEMENTS :

| | |
|---|---:|
| Express Mail to the Patent Office. | 11.75 |
| Patent Office charge for filing fees. | 155.00 |
| Total disbursements for this matter : | $    166.75 |
| Total charges for this matter : | $    916.75 |

**EXHIBIT**

tabbies

3

PAYMENTS RECEIVED :

| 11/17/1999 | Payment thank you -- Earl F. Hoop, Jr. Check No. 999 | | 1,000.00 |
| | Subtotal payment received : | $ | 1,000.00 |
| | Balance due : | $ | -83.25 |

THANK YOU.

**SALIWANCHIK, LLOYD & SALIWANCHIK**
A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Jeff Hoop
406 S.E. 24th Street
Ocala, FL 34470

Re: MISCELLANEOUS

Invoice No. 11081

Invoice Date January 20, 1999

PROFESSIONAL SERVICES:

| | |
|---|---:|
| Conducted office conference with Mr. Jeff Hoop and Mr. Steve Hoop regarding new invention; discussed patent procedure and search process; reviewed prototype; discussed scope of protection for design and utility patents and foreign protection. | 200.00 |
| Discussed drawing requirements with client for patent office in design and utility applications; contacted illustrator and provided contact information to client; discussed with client status of invention design. | 75.00 |
| Received and reviewed correspondence from L'Jean Graphics; prepared and transmitted letter to client with respect to the eagle illustration for subject mark; provided client with copy of USPTO rules for design patent drawings with comments. | 75.00 |

Total professional fees for this matter:                    $        350.00

Total charges for this matter:                              $        350.00

*PD CK # 963*
*EARL F. HOOP JR.*
*2-2-99*

Please remit by February 22, 1999.
THANK YOU.

# SALIWANCHIK, LLOYD & SALIWANCHIK
## A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Jeff Hoop
406 S.E. 24th Street
Ocala, FL 34470

Re: Patent Search for "MOTORCYCLE ACCESSORY"
(Hoop)

Invoice No. 11076

Invoice Date January 20, 1999

SERVICES:

Professional services and cash disbursements for discussing
with client the subject matter to be searched for patent
documents; preparing search strategy in accordance with
information provided by client; directing patent search;
conducting patent search by professional searcher; receiving and
reviewing search results; transmitting search results to the client
with comments.

Total charges for this matter:                          $        400.00

Payments Received

Transfer from trust account                               (    400.00)

Balance Due:                                             $          0.00

THANK YOU.

# SALIWANCHIK, LLOYD & SALIWANCHIK

A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Jeff Hoop
410 S.E. 41st Avenue
Ocala, Florida 34471

Re: U.S. Provisional Patent Application Docket No. JFH-100P
(Hoop, Hoop)
Application No. (not yet assigned); filed 05/05/2000
Motorcycle Fairing Edge Guards

Invoice No.  24539
Invoice Date May 11, 2000

SERVICES :

| | |
|---|---|
| Professional fees and cash disbursements attendant filing provisional patent application including: reviewed materials provided by Mr. Hoop; discussed with Mr. Hoop the technology and possibility of filing a patent application; initiated preparation of draft provisional application; revised draft provisional application; finalized draft provisional application; prepared small entity declaration; transmitted small entity declaration to Mr. Hoop for execution; finalized application; prepared formal papers for filing with application; filed application and formal papers in the Patent Office; prepared case folder and entered case into docketing system; transmitted copy of application to Mr. Hoop. | 1,000.00 |

PAYMENTS RECEIVED :

| | | |
|---|---|---|
| 05/11/2000    Payment thank you -- Transfer from trust | | 1,000.00 |
| Subtotal payment received : | $ | 1,000.00 |
| Balance due : | $ | 0.00 |

THANK YOU.

# SALIWANCHIK, LLOYD & SALIWANCHIK
A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

*AMY NEWNAN*

Mr. Jeff Hoop
P.O. Box 6509
Ocala, FL 34478-6509

Re: U.S. Provisional Patent Application Docket No. JFH-100P
(Hoop, Hoop)
Application No. 60/202,301; filed 05/05/2000
Motorcycle Fairing Edge Guards

Invoice No.  26099
Invoice Date August 30, 2000

PROFESSIONAL SERVICES :

| | |
|---|---:|
| Received postcard from the U.S. Patent Office acknowledging receipt of application and providing serial number; prepared and transmitted letter to Mr. Hoop informing of the preliminary assignment of the serial number for the subject application; updated case folder and docket. | 25.00 |
| Received and reviewed Official Filing Receipt; confirmed accuracy of information listed on Official Filing Receipt; updated case folder and docket; transmitted copy of the Official Filing Receipt to Mr. Hoop, with comments. | 50.00 |

Total professional fees for this matter :                                   $        75.00

*PD CK# 1013*
*9-5-2000*

Saliwanchik, Lloyd & Saliwanchik                                    Page: 2

Total charges for this matter :                        $        75.00

Please remit by September 29, 2000.
THANK YOU.

# SALIWANCHIK, LLOYD & SALIWANCHIK

A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Stephen E. Hoop
P.O. Box 6509
Ocala, FL 34478-6509

Re: U.S. Patent Application Docket No. JFH-100XC1
(Hoop)
Application No. 09/850,648; filed 05/07/2001
Motorcycle Fairing Edge Guard

Invoice No. 38524
Invoice Date June 12, 2002

PROFESSIONAL SERVICES :

| | |
|---|---:|
| Reviewed file and docket regarding outstanding Office Action; prepared and transmitted reminder to Mr. Hoop advising we are awaiting his comments for response. | 25.00 |
| Reviewed case folder; attempted to contact Mr. Hoop by telephone for final instructions. | 25.00 |
| Reviewed file; left voice mail message with Mr. Hoop regarding confirmation not to respond to office action. | 25.00 |
| Total professional fees for this matter : | $    75.00 |
| Discount: | -75.00 |
| Total charges for this matter : | $    0.00 |

Please remit by July 12, 2002.

THANK YOU.

# SALIWANCHIK, LLOYD & SALIWANCHIK

A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Jeff Hoop
406 S.E. 24th Street
Ocala, FL 33470

Re: U.S. Design Patent Application Docket No. JFH-DP1
(Hoop, Hoop)
Application No. 29/114,110; filed 11/18/1999
Pair of Motorcycle Fairing Edge Guards

Invoice No.  23252
Invoice Date February 28, 2000

PROFESSIONAL SERVICES :

| | |
|---|---:|
| Received and reviewed Official Filing Receipt; identified Patent Office errors; transmitted request to the Patent Office for correction of filing receipt; updated case folder; transmitted copy of the Official Filing Receipt to Mr. Hoop, with comments. | 50.00 |
| Total professional fees for this matter : | $    50.00 |

PAYMENTS RECEIVED:

| | | |
|---|---|---:|
| 11/17/1999 | Payment thank you -- Earl F. Hoop, Jr. Check No. 999 | 83.25 |
| | Subtotal payment received: | $    83.25 |
| | Balance due : | $    -33.25 |

THANK YOU.

# SALIWANCHIK, LLOYD & SALIWANCHIK

A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392

Mr. Jeff Hoop
410 S.E. 41st Avenue
Ocala, Florida 34474

Re: U.S. Design Patent Application Docket No. JFH-DP1
(Hoop, Hoop)
Application No. 29/114,110; filed 11/18/1999
Pair of Motorcycle Fairing Edge Guards

Invoice No.  23570
Invoice Date March 14, 2000

SERVICES :

| | |
|---|---|
| Professional services and cash disbursement attendant receipt, review, and transmittal of Notice of Allowance, preparation of documentation to effect payment of design issue fee and charge for copies of patent. | 420.00 |

PAYMENTS RECEIVED:

| | | |
|---|---|---|
| 11/16/1999 | Payment thank you -- Earl F. Hoop, Jr. Check No. 999 | 33.25 |
| | Subtotal payment received: | $ 33.25 |
| | Balance due : | $ 386.75 |

Please remit by April 13, 2000.
THANK YOU.

*PD CK#3*
*HOOPSTERS*
*4-20-2000*

# SALIWANCHIK, LLOYD & SALIWANCHIK
A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL 32606-6669
(352) 375-8100
59-3184392


Mr. Jeff Hoop
P.O. Box 6509
Ocala, FL  34478-6509


Re: U.S. Design Patent Application Docket No. JFH-DP1
(Hoop, Hoop)
Application No. 29/114,110; filed 11/18/1999
Pair of Motorcycle Fairing Edge Guards


Invoice No.  26101
Invoice Date August 30, 2000


PROFESSIONAL SERVICES :

| | |
|---|---:|
| Received and reviewed Notice of Allowance; reviewed case file; transmitted Notice of Allowance to Mr. Hoop. | 50.00 |
| Received and reviewed Issue Notification; reviewed case file; transmitted copy of Notification to Mr. Hoop; updated case folder. | 50.00 |
| Received and reviewed Official Grant from Patent Office; reviewed and updated case folder; transmitted Official Grant to Mr. Hoop with comments. | 100.00 |

Total professional fees for this matter :

$    200.00

*PD CK# 1013*

*9-5-2000*

**Saliwanchik, Lloyd & Saliwanchik**                                                Page:  2

Total charges for this matter :                                      $        200.00

Please remit by September 29, 2000.
THANK YOU.

# SALIWANCHIK, LLOYD AND SALIWANCHIK
A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL  32606-6669
(352) 375-8100
59-3184392

Statement

Hoop, Jeff
As of 06/13/2002

| Matter | Stmn Date | Stmn No. | AR Balance | Current | Over 30 | Over 60 | Over 90 |
|--------|-----------|----------|-----------|---------|---------|---------|---------|
| JFH-101XC1 | 09/28/2001 | 33535 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| JFH-101XC1 | 11/30/2001 | 34874 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| JFH-101XC1 | 12/13/2001 | 35066 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| | | | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |

# PAST DUE

# SALIWANCHIK, LLOYD AND SALIWANCHIK

A Professional Association
2421 N.W. 41st Street, Suite A-1
Gainesville, FL  32606-6669
(352) 375-8100
59-3184392

Statement

Stephen E. Hoop
As of 06/13/2002

| Matter | Stmn Date | Stmn No. | AR Balance | Current | Over 30 | Over 60 | Over 90 |
|--------|-----------|----------|------------|---------|---------|---------|---------|
| JFH-PL1 | 03/12/2001 | 29367 | 2,246.15 | 0.00 | 0.00 | 0.00 | 2,246.15 |
| JFH-PL2 | 04/11/2001 | 30001 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| JFH-100XC1 | 06/14/2001 | 31303 | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
| JFH-PL1 | 06/14/2001 | 31304 | 125.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| JFH-100XC1 | 07/31/2001 | 32101 | 225.00 | 0.00 | 0.00 | 0.00 | 225.00 |
| JFH-PL1 | 09/28/2001 | 33525 | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| JFH-PL1 | 11/30/2001 | 34873 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| JFH-PL1 | 01/09/2002 | 35583 | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| JFH-100XC1 | 02/28/2002 | 36559 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| | | | 3,146.15 | 0.00 | 0.00 | 0.00 | 3,146.15 |

# PAST DUE

## FEE AGREEMENT

We, Jeffrey W. Hoop, and Stephen E. Hoop, hereby retain Stella B. House, Attorney at Law ("Attorney"), to represent us in Civil Action No. C-1-00-869 pending in the United States District Court for the Southern District of Ohio Western Division styled *Mark R. Hoop and Lisa J. Hoop v. Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc.*

We authorize the Attorney to act upon our behalf in all matters relating to the above-mentioned civil action. However, no agreement with opposing counsel will be made without our approval.

We agree to pay the Attorney a "flat fee" of $10,000.00, plus "out-of-pocket" expenses. This is a "flat fee" and is the same regardless of whether the case goes to trial, is dismissed, or results in a negotiated settlement. We understand that this amount must be paid in full prior to any trial. We will pay all costs attendant to this civil action, including, but not limited to, court costs, investigations, photography, photocopying, long-distance telephone, subpoenas, reports, records, and expert witness consultations and testimony. If fees and costs are not paid according to this agreement or not timely paid, the Attorney may withdraw from this case.

This fee agreement specifically excludes our representation on any appeal by the Attorney, whether any such appeal is pretrial or post-trial or brought by opposing counsel or ourselves.

Our attorney has our express authority to employ investigators and expert witnesses who are required to assist before or during the trial. We understand our attorney-client privilege extends to any such people.

We agree to cooperate fully with the Attorney. Failure to so cooperate constitutes cause for the Attorney to withdraw from further representation. The Attorney may also withdraw if upon analysis of our case it appears that the facts are significantly different from our representation.

If any legal action is required by the Attorney to collect the fees or costs due under this agreement, we agree to additionally pay the reasonable expenses and attorney's fees for the time and the costs in any such action.

We acknowledge that we have read the above provisions, agree to all the terms and conditions, and have received a copy of this agreement.

Dated: February 20, 2002.

Clients:

_____          _____
JEFFREY W. HOOP                                          STEPHEN E. HOOP

Attorney:

Stella B. House
Attorney at Law, P.S.C.

By: _____
Stella B. House, J.D.

**EXHIBIT**
4