**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

|  |  |
|---|---|
| Mark R. Hoop and Lisa J. Hoop | CASE NO. C-100-869 |
| Plaintiffs/Counterclaim Defendants | JUDGE SUSAN J. DLOTT |
| v. |  |
| Jeffrey W. Hoop, Stephen Hoop and Hoopsters Accessories, Inc. |  |
| Defendants/Counterclaim Plaintiffs |  |

04 MAR 25 PM 1:03

FILED
JAMES BONINI
CLERK

**RESPONSE TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS' MOTION FOR
ORDER REQUIRING PRODUCTION OF DOCUMENTS**

Defendants/Counterclaim Plaintiffs Jeffrey Hoop, Stephen Hoop and Hoopsters

Accessories, Inc. have filed a Motion for Order Requiring Production of Documents. Defendants

contacted Fifth Third Bank requesting the bank produce banking records of Mark Hoop, Fine-

Tech Tooling, Inc. and American Aesthetics, Inc. Fifth Third Bank refused to provide records, if

they in fact exist, citing the Banking Privacy Act. Fifth Third Bank's refusal to provide records,

if they exist, was entirely appropriate.

Fine-Tech Tooling, Inc. and American Aesthetics, Inc. were not parties to this lawsuit.

There is no judgement against Fine-tech Tooling, Inc. and/or American Aesthetics, Inc.

Defendants have cited no authority for having any possible right to review any sort of records of

Fine-Tech Tooling, Inc. and American Aesthetics, Inc.

What the Defendants/Counterclaim Plaintiffs are proposing is preposterous. Were the

court to allow such a fishing expedition, it would be akin to subjecting every corporation in

America to producing financial records in the event one of the corporation's possible

shareholders has a judgement against them.  There simply is no basis in law for such a

proposition.  If there was, I am sure the Fortune 500 corporations of America would like to hear

about it.

Fifth Third Bank's response to Jeffrey Hoop was entirely appropriate.  For Fifth Third to

have acted otherwise would have subjected the bank to liability under a number of legal theories.

Defendants simply have no right to any such record.  Their Motion Requiring Production of

Documents must be denied.

Respectfully Submitted,

TIMOTHY A. MAGEE, ESQ
#0066023
347 N. Main Street, Suite #3
Bowling Green, Ohio 43402
Ph.  (419) 353-1856
Fax (419) 353-1858
Counsel for Plaintiffs/
Counterdefendants

**Certificate of Service**.

This is to hereby certify that a copy of the forgoing was served upon the following parties, via ordinary U.S. mail, this _22_ day of _March_, 2004:

STELLA HOUSE, J.D.
Post Office Box 422
Manchester, Kentucky 40962-0422


FIFTH THIRD BANK
Attn: Legal Department
38 Fountain Square
Cincinnati, Ohio 45263

SPENGLER NATHANSON P.L.L.
Attn: Laurie J. Pangle
P.O. Box 2027
Toledo, Ohio 4360 3-2027

_____
TIMOTHY A. MAGEE, ESQ.