FILED
JAMES BONINI
CLERK

04 APR -8 PM 1:44

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

| | |
|---|---|
| MARK R. HOOP and<br>LISA J. HOOP | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |
| V.   **REPLY TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO**<br>**DEFENDANTS' MOTION REGARDING NOTICES TO**<br>**PATENT AND COPYRIGHT OFFICES** | |
| JEFFREY W. HOOP, STEPHEN E. HOOP, and<br>HOOPSTERS ACCESSORIES, INC. | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

Defendants/Counterclaim Plaintiffs ("Defendants"), by counsel, reply to Plaintiffs/Counterclaim Defendants' ("Plaintiffs") Memorandum in Opposition to Defendants' Motion Regarding Notices to Patent and Copyright Offices, as follows:

If the requested Order is inappropriate pending a ruling by the Court on Plaintiff's Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment, then Defendants respectfully request the Court to reserve its ruling on Defendants' Motion Regarding Notices to Patent and Copyright Offices pending its ruling on Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment.

**WHEREFORE**, Defendants, by counsel, respectfully request that Defendants' Motion Regarding Notices to Patent and Copyright Offices be **GRANTED**.

Stella B. House
STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
Trial Attorney for Defendants/
Counterclaim Plaintiffs

By: *Stella B. House, jd.*
Stella B. House, J.D.
Kentucky Bar No. 81805

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Reply to Plaintiffs' Memorandum in Opposition of Defendants' Motion Regarding Notices to Patent and Copyright Offices was mailed to Alfred J. Mangels, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on April 2, 2004.

STELLA B. HOUSE
ATTORNEY AT LAW, P.S.C.

By: *Stella B. House, jd.*
Stella B. House, J.D.
Trial Attorney for Defendants/
Counterclaim Plaintiffs

cc:   dlott_chambers@ohsd.uscourts.gov
      alyson_stang@ohsd.uscourts.gov