FILED
JAMES BONINI
CLERK

04 APR 12 PM 2:05

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and                                                       PLAINTIFFS/
LISA J. HOOP                                              COUNTERCLAIM DEFENDANTS

V.       **MOTION FOR LEAVE TO FILE MEMORANDUM
IN SUPPORT OF RESPONSE TO PLAINTIFFS' RENEWED MOTION
FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE,
FOR A NEW TRIAL OR AMENDMENT OF THE JUDGMENT**

(proposed order + proposed memo attached)

JEFFREY W. HOOP, STEPHEN E. HOOP, and                DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                      COUNTERCLAIM PLAINTIFFS

       Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc. ("Defendants"), by counsel, move the Court for leave to file a Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment, which is tendered herewith. As grounds for this Motion for Leave to File Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment, Defendants, by counsel, state that the information in the Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment will be beneficial to the Court and supportive of the Defendants' Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment.

       **WHEREFORE**, Defendants, by counsel, respectfully request the Court for leave to file the Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment tendered herewith.

STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
(606) 598-1485

By: *Stella B. House* /s/
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs
Kentucky Bar No. 81805

## NOTICE

The foregoing Motion for Leave will be heard at the convenience of this Honorable Court.

STELLA B. HOUSE
ATTORNEY AT LAW, P.S.C.

By: *Stella B. House* /s/
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Motion for Leave to File Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment was sent to Alfred J. Mangels, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on April 8, 2004.

STELLA B. HOUSE
ATTORNEY AT LAW, P.S.C.

By: *Stella B. House* /s/
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs

cc:  dlott_chambers@ohsd.uscourts.gov
     alyson_stang@ohsd.uscourts.gov