IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and                                               PLAINTIFFS/
LISA J. HOOP                                        COUNTERCLAIM DEFENDANTS


V.                              **ORDER**


JEFFREY W. HOOP, STEPHEN E. HOOP, and                          DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                         COUNTERCLAIM PLAINTIFFS

This matter is before the Court on Defendants/Counterclaim Plaintiffs' Motion for Leave to File Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment.

**IT IS HEREBY ORDERED THAT** Defendants/Counterclaim Plaintiffs' Motion for Leave to File Memorandum in Support of Response to Plaintiffs' Renewed Motion for Judgment as a Matter of Law or, In the Alternative, for a New Trial or Amendment of the Judgment is GRANTED.

Dated: _____, 2004.

_____
JUDGE, UNITED STATES DISTRICT COURT

**Tendered By:**

Stella B. House, J.D.
STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422

_____
Stella B. House, J.D.
CO-COUNSEL FOR DEFENDANTS/
COUNTERCLAIM PLAINTIFFS