IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 MAY -3 PM 12: 53

CIVIL ACTION NO. C-1-00-869

| | |
|---|---|
| MARK R. HOOP and<br>LISA J. HOOP | PLAINTIFFS/<br>COUNTERCLAIM DEFENDANTS |
| V.   **MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS'<br>MEMORANDUM IN OPPOSITION TO DEFENDANTS'<br>CONTEMPT MOTION** | (proposed reply attached) |
| JEFFREY W. HOOP, STEPHEN E. HOOP, and<br>HOOPSTERS ACCESSORIES, INC. | DEFENDANTS/<br>COUNTERCLAIM PLAINTIFFS |

Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc. ("Defendants"), by counsel, move the Court for leave to file a Reply to Plaintiffs' Memorandum in Opposition to Defendants' Contempt Motion ("Reply"), which is tendered herewith. As grounds for this Motion, Defendants, by counsel, state that the information in the Reply will be beneficial to the Court and supportive of the Defendants' Motion for Order Holding Plaintiffs/Counterclaim Defendants in Contempt.

**WHEREFORE**, Defendants, by counsel, respectfully request the Court for leave to file the Reply to Plaintiffs' Memorandum in Opposition to Defendants' Contempt Motion tendered herewith.

STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
(606) 598-1485

By: _Stella B. House_
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs
Kentucky Bar No. 81805

## NOTICE

The foregoing Motion for Leave to File a Reply to Plaintiffs' Memorandum in Opposition to Defendants' Contempt Motion will be heard at the convenience of this Honorable Court.

> STELLA B. HOUSE
> ATTORNEY AT LAW, P.S.C.
>
> By: *Stella B. House*
> Stella B. House, J.D.
> Counsel for Defendants/
> Counterclaim Plaintiffs

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Motion for Leave to File a Reply to Plaintiffs' Memorandum in Opposition to Defendants' Contempt Motion was sent to Alfred J. Mangels, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on April 29, 2004.

> STELLA B. HOUSE
> ATTORNEY AT LAW, P.S.C.
>
> By: *Stella B. House*
> Stella B. House, J.D.
> Counsel for Defendants/
> Counterclaim Plaintiffs