OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

**JAMES BONINI**  
**CLERK**  
(513) 564-7500

324 POTTER STEWART COURTHOUSE  
100 E. FIFTH STREET  
CINCINNATI, OH 45202

May 20, 2004

The document is being returned to you:

| | |
|---|---|
| Case Number: | 1:00cv869 |
| Case Caption: | Mark Hoop, et al v. Jeffrey Hoop, et al |
| Document Number: | |
| Document Caption: | Reply to defendant's memorandum in support of response to plaintiff's renewed motion for judgment as a matter of law, or, in the alternative, for a new trial or amendment of the judgment |

The document that you submitted is in violation of the following:

### 7.2 MOTIONS AND OTHER PAPERS

**(a) Legal Memoranda.**

**(1) Supporting Memorandum and Certificate of Service.** All Motions and applications tendered for filing shall be accompanied by a memorandum in support thereof which shall be a brief statement of the grounds, with citation of authorities relied upon. Except in the case of a motion or application permitted by law to be submitted *ex parte*, a certificate of service in accordance with S.D. Ohio Civ. R. 5.2 shall accompany all such papers.

**(2) Opposing and Reply Memoranda.** Any memorandum in opposition shall be served within twenty-one (21) days from the date of service set forth in the certificate of service attached to the Motion. Failure to file a memorandum in opposition may be cause for the Court to grant any Motion, other than one which would result directly in entry of final judgment or an award of attorney fees. A reply memorandum may be served within eleven (11) days after the date of service of the memorandum in opposition. No additional memoranda beyond those enumerated will be permitted except upon leave of court for good cause shown.

James Bonini, Clerk  
Steve Snyder, Deputy Clerk