IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

Granted
Susan J. Dlott
6/9/04

| | | |
|---|---|---|
| Mark R. Hoop, et al., | ) | |
| | ) | Case No. 1:00cv869 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | District Judge Susan J. Dlott |
| Jeffrey W. Hoop, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY**

Plaintiffs respectfully move the Court for leave to file their reply to DEFENDANTS' MEMORANDUM IN SUPPORT OF RESPONSE TO PLAINTIFFS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL OR AMENDMENT OF THE JUDGMENT, which was entered in this action on April 15, 2004 (Docket Entry 137). A copy of Plaintiffs' Reply that was previously offered for filing on April 26, 2004, but was returned as in violation of Local Rule 7.2, is attached to the accompanying Memorandum in Support of this motion.

Respectfully submitted,

s/ Alfred J. Mangels
Alfred J. Mangels  Bar No.: 0015981
Attorney for Plaintiffs
Alfred J. Mangels
4729 Cornell Road
Cincinnati, Ohio 45241
Tel.: (513) 469-0470
Fax: (513) 489-6030
e-mail: amangels@fuse.net

Of Counsel:
Timothy A. Magee, Esq.