IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mark Hoop, et al., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv869 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Jeffrey Hoop, et al., : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office: Excerpts of proceedings from testimony of Jeffrey Hoop from day 4 of trial on 2/10/04.

8/3/04                                          JAMES BONINI, CLERK



                                            ___s/William Miller_____
                                            Deputy Clerk