IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mark R. Hoop *et al.* | : |
| | :    Case No. C-1-00-869 |
|     Plaintiffs/ | : |
|     Counterclaim Defendants | :    District Judge Susan J. Dlott |
| | : |
| v. | :    ORDER DENYING |
| | :    DEFENDANTS' MOTIONS FOR |
| Jeffrey W. Hoop *et al.* | :    CONTEMPT AND FOR LEAVE |
| | :    TO FILE REPLY |
|     Defendants/ | : |
|     Counterclaim Plaintiffs | : |

    This matter comes before the Court on Defendants Jeffrey W. Hoop, Stephen E. Hoop and Hoopsters Accessories, Inc. (collectively, "the Hoopsters")'s Motion for Order Holding Plaintiffs/Counterclaim Defendants in Contempt (doc. #122) and their Motion for Leave to File Reply to Plaintiffs' Memorandum in Opposition to Defendants' Contempt Motion (doc. #138). The Court **DENIES** the Hoopsters' motion for leave to file a reply out of time (doc. #138) because the Hoopsters offer no explanation as to why they did not request an extension before the deadline for filing a reply. With respect to the motion for contempt, while civil contempt is one mechanism by which a court may enforce its orders, it is a severe remedy, and the movant bears a heavy burden. See Preemption Devices, Inc. v. Minn. Mining & Manuf. Co., 803 F.2d 1170, 1172-73 (Fed. Cir. 1986). The Court finds that the Hoopsters have not met that burden and **DENIES** the motion for contempt (doc. #122).

    IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Susan J. Dlott
                                                  United States District Judge