IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mark R. Hoop *et al.* | : | |
| | : | Case No. C-1-00-869 |
| Plaintiffs/ | : | |
| Counterclaim Defendants | : | District Judge Susan J. Dlott |
| | : | |
| v. | : | ORDER DENYING |
| | : | DEFENDANTS' MOTION FOR |
| Jeffrey W. Hoop *et al.* | : | PRODUCTION OF |
| | : | DOCUMENTS AND MOTION |
| Defendants/ | : | FOR LEAVE TO FILE REPLY IN |
| Counterclaim Plaintiffs | : | SUPPORT |

This matter comes before the Court on Defendants Jeffrey W. Hoop, Stephen E. Hoop and Hoopsters Accessories, Inc. (collectively, "the Hoopsters")'s Motion for Order Requiring Production of Documents (doc. #123) and Motion for Leave to File Reply to Plaintiffs' Memorandum in Opposition to that motion (doc. #141).

More than seven weeks after the deadline for filing a reply in support of their motion for an order requiring production of documents, the Hoopsters filed a motion for leave to file a reply out of time, stating as grounds only that the reply would be helpful to the Court. As the Hoopsters did not ask for additional time in advance of the deadline for filing a reply and have not offered sufficient reason for being granted leave to file a reply seven weeks out of time, the Court **DENIES** the Hoopsters' Motion for Leave to File Reply (doc. #141).

In their motion for an order requiring production of documents, the Hoopsters request the Court to order Fifth Third Bank to produce the bank records of Plaintiff Mark Hoop "a/k/a Mark

R. Hoop d/b/a Fine-Tech Tooling, and/or Fine-Tech Tooling, Inc., and/or American Aesthetics and/or American Aesthetics Mfg., Inc." The Hoopsters cite no basis for this Court's authority to issue such an order in these circumstances, and the Court is aware of none. The Hoopsters' Motion for Order Requiring Production of Documents (doc. #123) is therefore **DENIED**.

    IT IS SO ORDERED.

                                            ___s/Susan J. Dlott_____
                                            Susan J. Dlott
                                            United States District Judge