IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. C-1-00-869

MARK R. HOOP and                                                               PLAINTIFFS/
LISA J. HOOP                                                            COUNTERCLAIM DEFENDANTS

V.                   **MOTION FOR HEARING DATE**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                   DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                         COUNTERCLAIM PLAINTIFFS

Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters Accessories, Inc. ("Defendants"), by counsel, move the Court for an Order setting a hearing date on all pending motions in this civil action, including, without limitation, Defendants' Motion for Order Holding Plaintiffs/Counterclaim Defendants in Contempt; Motion for Interest, Costs, and Exemplary Damages; Motion for Order Awarding Interest, Costs, Expenses, Attorney's Fees, and Exemplary Damages; Motion for Order Requiring Production of Documents; Motion Regarding Notice to Patent and Copyright Offices <u>and</u> Plaintiffs' Renewed Motion for New Trial Date or Amendment of Judgment.

**WHEREFORE**, Defendants, by counsel, respectfully request the Court for an Order setting a hearing date on all pending motions in this civil action.

                                                  STELLA B. HOUSE,
                                                  ATTORNEY-AT-LAW, P.S.C.
                                                  Post Office Box 422
                                                  Manchester, Kentucky 40962-0422
                                                  (606) 598-1485

                                                  By: _Stella B. House, cpo_ (signature)
                                                      Stella B. House, J.D.
                                                      Counsel for Defendants/
                                                      Counterclaim Plaintiffs
                                                      Kentucky Bar No. 81805

## NOTICE

The foregoing Motion for Hearing Date will be decided on the record or heard at the convenience of this Honorable Court.

                                STELLA B. HOUSE
                                ATTORNEY AT LAW, P.S.C.

By: _____
      Stella B. House, J.D.
      Counsel for Defendants/
      Counterclaim Plaintiffs

## CERTIFICATE OF SERVICE

I certify that an accurate copy of the Motion for Hearing Date was sent to Alfred J. Mangels, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 4729 Cornell Road, Cincinnati, Ohio 45241, and Timothy A. Magee, Esq., Co-Counsel for Plaintiffs/Counterclaim Defendants, 130 Sherman Drive, Findlay, Ohio 45840, by United States mail, postage prepaid, on August 16, 2004.

                                STELLA B. HOUSE
                                ATTORNEY AT LAW, P.S.C.

By: _____
      Stella B. House, J.D.
      Counsel for Defendants/
      Counterclaim Plaintiffs