### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

*04 AUG 18 PH 2: 44*

**CIVIL ACTION NO. C-1-00-869**

MARK R. HOOP and                                                                 PLAINTIFFS/
LISA J. HOOP                                                      COUNTERCLAIM DEFENDANTS

V.                          **MOTION FOR HEARING DATE**

JEFFREY W. HOOP, STEPHEN E. HOOP, and                                DEFENDANTS/
HOOPSTERS ACCESSORIES, INC.                              COUNTERCLAIM PLAINTIFFS

Defendants/Counterclaim Plaintiffs, Jeffrey W. Hoop, Stephen E. Hoop, and Hoopsters

Accessories, Inc. ("Defendants"), by counsel, move the Court for an Order setting a hearing date on

all pending motions in this civil action, including, without limitation, Defendants' Motion for Order

Holding Plaintiffs/Counterclaim Defendants in Contempt; Motion for Interest, Costs, and Exemplary

Damages; Motion for Order Awarding Interest, Costs, Expenses, Attorney's Fees, and Exemplary

Damages; Motion for Order Requiring Production of Documents; Motion Regarding Notice to

Patent and Copyright Offices and Plaintiffs' Renewed Motion for New Trial Date or Amendment

of Judgment.

**WHEREFORE,** Defendants, by counsel, respectfully request the Court for an Order setting

a hearing date on all pending motions in this civil action.

*DENIED*
*Susan J. Dlott*
*8/23/04*

STELLA B. HOUSE,
ATTORNEY-AT-LAW, P.S.C.
Post Office Box 422
Manchester, Kentucky 40962-0422
(606) 598-1485

By: _Stella B. House, CPA_
Stella B. House, J.D.
Counsel for Defendants/
Counterclaim Plaintiffs
Kentucky Bar No. 81805