```
Tue Sep  7 14:56:41 2004

    UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.    100 424078
Cashier          sjl

Check Number:  2324

DO Code    Div No
 4661        1

Sub Acct Type Tender      Amount
1:086900  N      2        105.00
2:510000  N      2        150.00

Total Amount        $     255.00

ALFRED J MANGELS

NOTICE OF APPEAL 1:00CV869




Tue Sep  7 14:56:41 2004

Check No.  2324
Amount$    255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```