| District Court  Southern District of Ohio (Cincinnati) | District Court Docket Number 1:00-cv-00869-SJD |
|---|---|

Short Case Title ___Hoop, et al. v. Hoop, et al.___

Date Notice of Appeal Filed by Clerk of District Court __September 7, 2004__        COA# _____

FILED
JAMES BONINI
CLERK

**PART I.** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).

04 SEP 14 PM 2: 38

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in District Court Clerk's Office

☒ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

SOUTH DIST OHIO
WEST DIV CINCINNATI

|  | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|

Pre-trial proceedings _____

Testimony (specify witnesses) __All testimony given and all sidebar conferences, except direct and cross of Charles Robert Hoop (day 3 of trial); direct and cross of Jeffrey Hoop (day 4 of trial); and proffered testimony of Richard Luther (day 2 of trial).__

Other (specify) __Witnesses - Mark Hoop, Lisa Hoop, Richard LUther, M. Bradley Hammond,Mark__

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

Voir Dire ☐;   Opening statement of plaintiff ☐  defendant ☐;   __Hershberger (including voir dire), Betty Hoop,__

Closing argument of plaintiff ☐  defendant ☐;         __Junior Mosely, and Stephen Hoop.__

Jury instructions ☒ ;

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED,**
**OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT,**
**ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

☐ Criminal Justice Act (Attach copy of CJA from 24)

☒ Private funds     Date __9/14/4__

Signature _____  Print Name __Alfred J. Mangels__  Counsel for __Plaintiffs__

Address __4729 Cornell Road, Cincinnati, Ohio 45241__        Telephone __(513) 469-0470__

**ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL**
**DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**        COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; If not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____

☐ Arrangements for payment have not been made pursuant to FRAP (10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

**PART III.**        NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages                    _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|