IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 SEP 14 PM 2:30

| | | |
|---|---|---|
| Mark R. Hoop | ) | |
| and | ) | CASE NO. C-1-00-869 |
| Lisa J. Hoop, | ) | |
|     Plaintiffs/ | ) | |
|     Counterclaim Defendants, | ) | District Judge Susan J. Dlott |
| v. | ) | |
| Jeffrey W. Hoop | ) | |
| and | ) | |
| Stephen E. Hoop | ) | **NOTICE OF PLACEMENT OF TRANSCRIPT ORDER** |
| and | ) | |
| Hoopsters Accessories, Inc., | ) | |
|     Defendants/ | ) | |
|     Counterclaim Plaintiffs. | ) | |

Notice is hereby given that a transcript of the testimony in this matter has today been ordered from the Court Reporter on the attached Transcript Order form. The order form is directed to those portions of the trial testimony and sidebar conferences that were not previously ordered or filed. The transcript material noted

-2-

as exceptions (the trial testimony of Jeffrey Hoop and Charles Robert Hoop has already been transcribed, as has the proffered testimony of Richard Luther filed as Docket Entry No. 147) has already been transcribed, and consequently the material identified in the Transcript Order together with the material noted as exceptions constitutes the entire transcript of the testimony and sidebar conferences.

Of Counsel:
Timothy A. Magee (0066023)
130 Sherman Drive
Findlay, Ohio 45840

Alfred J. Mangels
Ohio Bar No. 0015981
4729 Cornell Road
Cincinnati, Ohio 45241
Tel.: (513) 469-0470
Trial Attorney for Plaintiffs

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing NOTICE OF PLACEMENT OF TRANSCRIPT ORDER was served upon counsel for Defendants this 14th day of September 2004, by mailing a copy of the same by first-class mail, postage prepaid, in an envelope addressed as follows:

>Stella B. House, Esq.
>STELLA B. HOUSE, ATTORNEY-AT-LAW, P.S.C.
>Post Office Box 422
>Manchester, Kentucky 40962-0422

_Sept. 14, 2004_
Date

_Alfred J. Mangels_
Trial Attorney for Plaintiffs