# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

04-1599

MARK R. HOOP and LISA J. HOOP,

Plaintiffs-Appellants,

v.

JEFFREY W. HOOP, STEPHEN E. HOOP,
and HOOPSTERS ACCESSORIES, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the Southern District of Ohio in case no. 1:00-CV-00869, Judge Susan J. Dlott.

Authorized Abbreviated Caption[2]

HOOP V HOOP, 04-1599

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.