# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

NOTICE OF DOCKETING

04-1599 - HOOP V HOOP

09/23/04
(Date of Docketing)

Appeal from DCT NO. 1:00-CV-00869

United States District Court / Southern District of Ohio

Name of appellant(s): MARK R. HOOP and LISA J. HOOP

Critical dates for counsel, pro se parties, and the court include:

> Date of docketing, as above (Rules 12 & 15)
> Entry of appearance due (Rule 47.3)
> Certificate of interest due (Rule 47.4)
> **Briefs due (Rule 31) "You will not receive a separate briefing schedule from the Clerk's Office".**
> Joint Statement of Compliance with Fed Cir. R. 33.
> **Calendar for oral argument or submission on briefs (Rule 34 & Practice Note) - Please notify the Clerk's Office of any possible conflicts as soon as possible.**

Pro se parties should refer to the GUIDE FOR PRO SE PETITIONERS AND APPELLANTS.

Attachments (with recipients noted) to this notice include:

> Official caption (All)
> Rules of Practice (pro se parties - attorneys must return the form below)
> Entry of appearance form (All counsel and pro se parties)
> Informal brief form (Pro se parties)
> Transcript Purchase Order form (Rule 3 appellants)
> Motion and Affidavit for Leave to Proceed in Forma Pauperis form (parties owing the docketing fee)

JAN HORBALY, Clerk

cc:  USDC SD/OH
     Alfred J. Mangels
     Stella B. House

The Federal Circuit's Rules of Practice are available by calling (202) 633-6550, and the Rules are likewise available for downloading at www.fedcir.gov.