IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Mark Hoop, et al., : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv869 |
| vs. : | |
| : | District Judge Susan J. Dlott |
| Jeffrey Hoop, et al., : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office: Transcript of proceedings from day 3 of trial (vol.#3) on 2/5/04 before Judge Susan J. Dlott.  Betty Schwab court reporter (Official).


11/12/04                                                           JAMES BONINI, CLERK



                                                                   ___s/William Miller_____
                                                                   Deputy Clerk