**READ INSTRUCTIONS AT THE BOTTOM OF THIS FORM**

## TRANSCRIPT ORDER

| District Court  U.S. District Court, Southern District | District Court Docket Number  C-1-00-869 |
|---|---|

Short Case Title  Hoop v. Hoop

Date Notice of Appeal Filed by Clerk of District Court ___09/07/04___   COA# _Federal Circuit 04-1599_

---

**PART I.** (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDER)

**A. Complete one of the following:**
- ☐ No Hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in District Court Clerk's Office
- ☒ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

*(stamped sideways: 05 JAN 27)*

| | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | Dlott | 02-02-04 | |

Testimony (specify witnesses) ___I need Judge Dlott's ruling on my motion in limine. See attached copy of my motion.___

Other (specify) _____

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24

Voir Dire ☐;   Opening statement of plaintiff ☐   defendant ☐;
Closing argument of plaintiff ☐   defendant ☐;
Jury instructions ☐;

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

**B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. This method of payment will be:**
- ☐ Criminal Justice Act (Attach copy of CJA from 24)
- ☒ Private Funds
- Date ___01/24/05___

Signature _Stella B. House_   Print Name _Stella B. House_   Counsel for _Jeff & Steve Hoop_

Address _PO Box 422, 221 Old Highway 421, Manchester, KY 40962_   Telephone _(606) 598-1485_

**ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.   COURT REPORTER ACKNOWLEDGMENT** (TO be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP (10(b)

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

---

**PART III.   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

6CA-30