MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat

 Search

Home | Advanced Search | Preferences | Submit a Site | Help

EAGLE MOTORCYCLE FAIRING GUARDS    Web ▼   Search    Popular Search

Results 1-15 of about 431 containing "**EAGLE MOTORCYCLE FAIRING GUARDS**"    NEXT >>

### FindLaw for Legal Professionals - Case Law, Federal and State Resources, Forms, and Code
... brothers") conceived of a pair of **eagle**-shaped **motorcycle fairing guards**. **Fairings** are clear glass or plastic ... reduce wind drag. The **eagle**-shaped **guards** attach to the **fairings** to ...
laws.lp.findlaw.com/fed/011288.html

### Total Links
... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mfg. Inc. - Original die cast metal eagle fairing guards ... aftermarket motorcycle parts ...
www.harleythunder.150m.com/links.htm

### Goldwing motorcycle parts and accessories
... Goldwing **motorcycle** parts and accessories ... fit case and engine **guards**, custom-fit chrome-plated case ... kit with **fairing**-mount skirt, illuminated gold-plated **eagle** emblems, LED mirror ...
www.bikersbonanza.com/goldwing_accessories.htm

### Open Directory - Shopping: Vehicles: Motorcycles: Parts and Accessories: American: Harley Davidson
... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mfg. Inc. - Original die cast metal eagle fairing guards ... Eagle Motorcycle.com ...
dmoz.org/Shopping/Vehicles/Motorcycles/Parts_and_Accessories/American/...

### Motorcycle City's Discount Chrome Accessories
Handlebars, Harley Dash Cover and Switch Replacement. Also foot pegs, custom mirrors, parts and accessories for all makes and models from JC Whitney & Motorcycle City! Espa_ol, Deutsch, Fran_ais, Italiano, Portugu_s! ... Parts & Accessories. Motorcycle City Parts Finder ... color eagle. Mounts to any flat surface (saddlebag travel trunk fairing or ... replacement engine guards and case guards Clamps have ...
www.motorcyclecity.com/Parts/decorative.htm

### Harley Davidson motorcycle parts and accessories. -Motorcycle Parts Depot
... Harley Davidson **motorcycle** parts and accessories. ... universal-mount or custom **fairing**-mount lighter Applications: All Makes ... CHROME-PLATED **EAGLE** TIRE VALVE CAPS Chromed die-cast metal ...
www.motorcycle-parts-depot.com/harley/index4.htm

### Motorcycle Parts, Motorcycle Accessories, ATV parts, ATV Accessories
... **Motorcycle** Parts, **Motorcycle** Accessories, ATV parts, ATV Accessories ... White Standard Upper **Fairing** A. **Motorcycle** Accessories (12) ... Ace Leather Silver **Eagle** Slant Bags. Heavy leather ...
www.online-motorcycle-parts.com

### Automobile, Truck & Motorcycle: Parts & Accessories
JC Whitney, your source for everything automotive invites you to shop the largest online selection of parts and accessories for your car, pickup, **motorcycle**, Jeep, SUV and more. ... DAEWOO DAIHATSU DODGE DUCATI **EAGLE** FIAT FORD GEO GMC HARLEY ... OXLITE® CV JOINT AND BOOT BRUSH **GUARDS**. Protects costly CV ... LOW-PROFILE STREET TREAD **MOTORCYCLE** TIRE (TUBELESS) Computer ...
www.jcwhitney.com/autoparts/EndecaCategoryView/c-10101/Ne-100096773/N-...

### Open Directory - Shopping: Vehicles: Motorcycles: Parts and Accessories: Bodywork Fairings and Fibreglass
... atv, and bmx. **Eagle** Screens - Replacement screens for road ... and **guards**, seats and side covers. O... Located in South Australia. Rifle Fairings - **Motorcycle fairing** and ...
dmoz.org/Shopping/Vehicles/Motorcycles/Parts_and_Accessories/Bodywork%...

EXHIBIT A

### Chrome Crazy Super Store - **Motorcycle** Accessories
Choose A Category GL1100/GL1200 GL1500 GL1800 Air Rider Electronics Gel Pad Seating Cruisers Other Goodies Specials & Closeouts ... Screaming Eagle flat emblem#DS287569. Our Price: $23.95. Snap-in Chrome Fairing Vent ... Show Chrome Fairing Skirt GL1200 84-87 ... Case Guards, three point guard fits ...
www.chromecrazy.net/category.php?cookiecheck=true&cat=31

### HighIndex - Shopping: Vehicles: Motorcycles: Parts and Accessories: American: Harley Davidson
... All American **Motorcycle** Accessories. Custom manufacturer of light bars and cargo racks ... **Original die cast metal eagle fairing guards**. Protect your Harley Davidson wing tips with ...
www.highindex.com/Shopping/Vehicles/Motorcycles/Parts_and_Accessories/...

### Accessories presented by **Motorcycle** Mall, Inc.
Browse, shop and purchase products from **Motorcycle** Mall, Inc. ... and GAS. ride a **MOTORCYCLE** ... WILLIE & MAX EAGLE MAX PAX - NEW ... SCOTT "BEAK" NOSE GUARDS. HIGH VOLTAGE TRANSLUCENT NOSE GUARDS ...
www.motorcyclemall.com/dlrindexsend_pg_catit_catalog_754-Tucker+Rocky+...

### Accessories presented by Bromley **Motorcycle** Sales
Browse, shop and purchase products from Bromley **Motorcycle** Sales ... SLIKSTER BLACK **MOTORCYCLE** SHIRT. SLIKSTER FLAMES BEANIE ... WILLIE & MAX EAGLE MAX PAX - NEW ... SCOTT "BEAK" NOSE GUARDS. HIGH VOLTAGE TRANSLUCENT NOSE GUARDS ...
www.bromleys.com/dlrindexsend_pg_catit_catalog_754-Tucker+Rocky+Motorc...

### Accessories presented by Concord **Motorcycle** Shop
Browse, shop and purchase products from Concord **Motorcycle** Shop ... SLIKSTER BLACK **MOTORCYCLE** SHIRT. SLIKSTER FLAMES BEANIE ... WILLIE & MAX EAGLE MAX PAX - NEW ... SCOTT "BEAK" NOSE GUARDS. HIGH VOLTAGE TRANSLUCENT NOSE GUARDS ...
www.concordmotorcycle.com/dlrindexsend_pg_catit_catalog_754-Tucker+Roc...

### Accessories presented by Hinshaw's **Motorcycle** Store
Browse, shop and purchase products from Hinshaw's **Motorcycle** Store ... SLIKSTER BLACK **MOTORCYCLE** SHIRT. SLIKSTER FLAMES BEANIE ... WILLIE & MAX EAGLE MAX PAX - NEW ... SCOTT "BEAK" NOSE GUARDS. HIGH VOLTAGE TRANSLUCENT NOSE GUARDS ...
www.hinshawsmotorcyclestore.com/dlrindexsend_pg_catit_catalog_754-Tuck...

- Not satisfied with your results? Help us improve.

Results 1-15 of about 431 containing "**EAGLE MOTORCYCLE FAIRING GUARDS**"    NEXT >>

| EAGLE MOTORCYCLE FAIRING GUARDS | Web | Search |

Popular Search

MSN Search is hiring! Learn about job opportunities.
MSN Search is improved! Check it out.

Try MSN Internet Software for FREE!
MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat    Feedback | Webmasters | Help
©2004 Microsoft Corporation. All rights reserved. Terms of Use  Advertise  TRUSTe Approved Privacy Statement  GetNetWise  Anti-Spam Policy

**Free Web Hosting** | Web Hosting | Free Web Space | Web Hosting

| **Discount on HD Stuff 20%** | **Harley Davdison Accessory** | **Harley Davidson Parts** | **The Motorcycle Zone** |
|---|---|---|---|
| Genuine Harley Parts & Accessories Any Item From a Harley Catalog | Airhorns, seat pads, engine guards, Boot Dr, flags & mounts, Marquis | Compare prices on millions of items Search over 200,000 stores! | Motorcycle Parts, Apparel Accessories at an Afforda |

Ads by (



# Total Links

- Accutronix - Billet aluminum forward controls, triple trees, and footpegs.
- A.I.M.S. Fog Hollow - Aftermarket new parts and salvage.
- All American Motorcycle Accessories - Custom manufacturer of light bars and cargo racks.
- ~~American Aesthetics Mfg. Inc. - Original die cast metal eagle fairing guards. Protect your Harley Davidson wing tips with chrome or brass sturdy bivalt.~~
- American Air-Cooled Cylinders - Manufacturers of cylinders and pistons.
- American Custom Products Inc. - Manufacturer and retailer of custom billet aluminum parts for Harley Davidson motorcycles including the well known Billet-Cool oil cooler.
- American Legend Motorcycles Inc. - Custom aftermarket motorcycle parts and accessories.
- American Made - Aftermarket Harley-Davidson motorcycle parts.
- American Motorcycle Center - Wholesale and retail sales of parts and accessories.
- American Performance Cycle - Offers parts and accessories.
- Andrews Products - Makers of high performance gears,cams,pushrods and valve springs.
- Arlen Ness Enterprises - Unique custom parts,including handlebar controls and mirrors.
- 2 Arm Cycle Works - After market Harley accessories.chrome flag holders with flags. also custom made to order flags available.
- Atomized Fuel Technologies, Inc. - Manufacturer of high performance carburetors for Harley-Davidsons.
- Axtell - High performance pistons and cylinders.
- B and L Motorcycle - Dealer of aftermarket motorcycle parts and accessories.
- Bad Ass Productions - Manufacturer of high quality parts, accessories and cleansers for American motorcycles.
- Balance Masters - Active balancing systems for Harley flywheels.
- Bargain Barn Cycle - Provides parts and accessories for Harley Davidson motorcycles.
- Barnett Tool and Engineering - Manufacturer of performance clutches and cables.
- Barrys Custom Motorcycles - Aftermarket parts for American V-Twin motorcycles.
- Battistinis Custom Cycle - Glasgow,Scotand based workshop focused on bike building,design and manufacture of own brand products,and general custom bike design.
- Bears Bike Barn - Huge inventory, friendly service and low prices through this online catalog of Harley Davidson parts and accessories, including custom and hard-to-find parts.
- Belt Drives Ltd. - Manufacturers of aftermarket belt drives.
- Big Boar Products - Your place for Harley Davidson motorcycle parts, batteries,and upgraded FXR frames.
- Biker Decals - Decals and Stickers for motorcycle riders, great for helmets.
- Bikers Discounts - Parts and supplies for Harley Davidson motorcycles.
- Bikers Dream Atlanta - Offers the largest selection of motorcycles, parts, accessorie
- Bikers Dream Superstore - Offers the largest selection of motorcycles, parts, access apparel through the internet.



EXHIBIT
B

Google Search: eagle fairing guards
Case 1:00-cv-00869-SJD   Document 169-2   Filed 04/04/2005   Page 4 of 9
Page 1 of 2

What is this page?

[eagle fairing guards] [Search] powered by Google

---

**Ads by Google**                                                See your message here...

**Eagle Parts**
www.JCWhitney.com    Shop Our Entire Catalog Online - Great Deals to Meet All Your Needs

**MotorcycleUSA Superstore**
www.motorcycle-superstore.com    Sportbike, Cruiser, Dirtbike, ATV Lowest Price Guarantee

**Street and Race Fairings**
www.hyperformanceparts.com    Motorcycle body kits, Save 10-15% Complete **Fairing** Sets at $472.50

**eBay: Eagle Guards**
ebaymotors.com    Great deals on hard to find items. Free & easy registration! Aff.

---

**Web**                          Results 1 - 10 of about 341 for **eagle fairing guards**. (0.26 seconds)

powered by Google

**FindLaw for Legal Professionals - Case Law, Federal and State ...**
... The facts are undisputed that the Hoop brothers were the first to conceive of the **eagle**-shaped **fairing guards**, and brought the concept to Mark and Lisa for ...
caselaw.lp.findlaw.com/cgi-bin/ getcase.pl?court=Fed&navby=case&no=011288 -
Similar pages

**WINDSHIELDS.**
... above windshield features maximum wind and weather protection rivaling a frame mounted **fairing** w/o ... I have enclosed a picture of my Moto Guzzi and **Eagle** Side Car ...
www.harpermotoguzzi.com/windshie.htm - Similar pages

**Google Directory - Shopping > Vehicles > Motorcycles > Parts and ...**
... accessories. American Aesthetics Mfg. Inc. - http://www.mybadmotorscooter.com Original die cast metal **eagle fairing guards**. USKooLines ...
directory.google.com/Top/Shopping/Vehicles/
Motorcycles/Parts_and_Accessories/American/Harley_Davidson/ - Similar pages

**Best Prices on BMW Tires**
... BMW R Models CUSTOM-STYLED **FAIRING** WINDSHIELD Improves ... Tools/Hardware BMW Bumper **Guards** FAIRCHILD INDUSTRIES ... Covers Land Rover Alarm System **Eagle** Bumper **Guards** ...
www.route2000.co.uk/BMW-Tires.html - Similar pages

    **Best Prices on Alfa Romeo Exhaust**
    ... BMW Keyless Entry Volkswagen Horns **Eagle** Keyless Entry ... **Guards** Soff Seal Mazda Car Covers Cadillac ... Alfa Romeo Compasses Geo Body Parts **Fairing** Windshields CUSTOM ...
    www.route2000.co.uk/Alfa-Romeo-Exhaust.html - Similar pages
    [ More results from www.route2000.co.uk ]

**Accessories, Parts and Performance Parts for Thousands of Autos ...**
Basic Search, Advanced Search, Translate Page. Search, Select a Vehicle Vehicle, ...
www.team-performance.com/vehiclemakes.cfm - Similar pages

[PDF] **2014 briefs**

File Format: PDF/Adobe Acrobat - View as HTML
... Circuit agreed. In 1998 the Hoop brothers conceived an idea for a pair of eagle- shaped motorcycle fairing guards. They hired their ...
www.ipmvs.com/index.cfm/fuseaction/ getPubArchive/pubtype/briefs/PubIndex/1.cfm -
Similar pages

**Vehicles - Motorcycles - Parts And Accessories - American - Harley ...**
... American Aesthetics Mfg. Inc. Original die-cast metal eagle fairing guards. American Custom Products Inc. Offering custom billet aluminum parts. ...
mgrcentral.com/vehicles/Motorcycles/Parts-and-Accessories/ American/Harley-Davidson/partner-sites.aspx - Similar pages

Automobile, Truck & Motorcycle: Parts & Accessories
... Engine Accents. Engine Case **Guards** & Chain Guard. ... INFO/BUY. **FAIRING**-MOUNT FLYING **EAGLE** EMBLEM For all '84-2000 GL1200 and GL1500 models. $14.99 (2 items).
...
www.jcwhitney.com/.../tf-EndecaCategoryView/ sct-body/s-10101/th-StoreCatalogDisplay/ss-10111 - Similar pages

Lightning Light - Kart Bodies - Accessories
... The Graphic **Guards** cover the vertical sides of your side panels. They measure: 8" x 24".
... Get the wind out of your face with a Lightning Light **fairing**. ...
www.lightninglight.com/acc.shtml - Similar pages

**Ads by Google**                                         See your message here...

**Discount Fairing**
www.ebay.com    Fairing for sale  Check out the deals now! aff

**Eagle Parts**
www.RockAuto.com    Shop at RockAuto and you will find  a huge selection with low prices.

**Eagle Parts**
autopartsgiant.com    Import and Domestic - Full catalog  Low Prices, Fast free Delivery.

**Fairing**
www.eBay.com    Great deals on new and used items.  Search for fairing now! -aff

**Plastic Fairings Repaired**
www.ConceptCustoms.com    Save big and get customized with us  Plastic welding-custom paint/decals

Result Page: 1 2 3 4 5 6 7 8 9 10 Next

[ eagle fairing guards ]  Search

Search within results | Search Tips

©2005 Google

http://www.google.com/custom?q=eagle+fairing+guards&sa=Search&client=pub-1541443...   1/10/2005



**Our guarantee:**
We offer a 100% Satisfaction Guarantee. If you are not completely satisfied with your purchase, simply return the item or unused portion within 30 days of receipt for credit or full refund. Sorry, we cannot refund shipping and handling charges, or return postage.

**Contact Us:**
email us: info@mybadmotorscooter.com
or phone: (513) 761-1741

**Shipping restrictions:**
We ship anywhere in the continental United States. For orders out of the continental United States, please contact us at info@mybadmotorscooter.com

**Return policy:**
When returning merchandise, please use the original shipping box and packing materials. For your protection, we recommend that you return the merchandise via U.S. Mail or UPS, prepaid and insured. Mail to the following address: American Aesthetics, 230 Oakmont Unit C • Cincinnati, Ohio 45216

**Payment options:**
We gladly accept major credit cards (MC, Visa, Discover) for online orders. For phone orders, we accept checks, money orders, or C.O.D. For checks, the merchandise will be sent out when the check clears.

**Is it safe to use my credit card?**
Keeping your information secure is a top priority for us. When you place orders through our site, you will transmit your order information, including your credit card number, to our secure server. Our secure server uses Secure Sockets Layer software (SSL) which allows us to



EXHIBIT
C

http://mybadmotorscooter.com/customersrv.html          1/10/2005

receive information that your Web browser encrypts and transmits to us. SSL encryption technology is designed to prevent the unauthorized viewing and downloading of your order information.

**At what point will my credit card be billed?**
Your credit card will be charged when your order has been shipped.

**Does American Aesthetics share my information with other companies?**
The American Aesthetics will not trade, rent or sell your personal information. Period. We respect your privacy.

**Warranty:**
Fairing Guards and Fork Tube Extensions: American Aesthetics warrants its products to be free of manufacturer defect. The attachment of this product is critical and beyond the control of American Aesthetics. Therefore, American Aesthetics is not responsible for the attachment or installation. It neither guarantees nor will it be liable for any damage resulting from improper attachment or improper use of the product. The liability of this product is limited to its purchase price if it proves to be defective in material and or workmanship. Warranty becomes void if product is damaged or worn.

Customer Service | Fork Extensions | Dirt Eliminator | Shield | Cleaning Kit | Home | Store Front

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al, :
:
    Plaintiff(s) :
: Case Number: 1:00cv869
vs. :
: District Judge Susan J. Dlott
JEFFREY W. HOOP, et al, :
:
    Defendant(s) :

### JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

. . . that the Court DENIES plaintiffs' renewed motion for judgment as a matter of law or, in the alternative, for a new trial or amendment of the judgment (Doc. 149)

. . . that the Court GRANTS IN PART AND DENIES IN PART Defendants Jeffrey W. Hoop, Stephen E. Hoop and Hoopsters Accessories, Inc.'s Motion for Order Regarding Notice by/to U.S. Patent and Trademark and Copyright Offices. (Doc. #124.) The Court DECLARES that United States Design Patent No. Des. 431,211 is invalid and unenforceable; DECLARES that Jeffrey W. Hoop and Stephen E. Hoop are the true and sole inventors of the ornamental design and invention claimed, described and shown in United States Design Patent Nos. 431,211 and 428,831; **permanently ENJOINS Plaintiffs Lisa Hoop and Mark Hoop, together with their agents, attorneys, employees, representatives, and servants, as well as any other entity or individual in active concert or participation with them, from infringing United States Design Patent No. Des. 428,831**; and DECLARES to be invalid Lisa Hoop and Mark Hoop's copyrights regarding and/or relating to the eagle design, whether individually and/or jointly, including, without limitation, United States Copyright Registration Nos. Vau 490-992 and 494-540. The Court DENIES the other relief requested by the Motion for Order Regarding Notice by/to U.S. Patent and Trademark and Copyright Offices. (Doc. 150)

. . . that the Court finds that the defendants have not met the burden and DENIES the motion for contempt (Doc. 151).

. . . that the defendants' motion for order requiring production of documents is DENIED.
. . . that the the Court GRANTS IN PART AND DENIES IN PART Defendants Jeffrey W.

Hoop, Stephen E. Hoop and Hoopsters Accessories, Inc.'s Motion for Order Awarding Interest, Costs, Expenses, Attorney's Fees, and Exemplary Damages (doc. #121), DENIES their Motion for Order Awarding Attorney's Fees (doc. #125), and DENIES their Motion for Leave to File Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion for Costs, Expenses, Attorneys Fees and Exemplary Damages (doc. #139). The Court awards Defendants Jeffrey W. Hoop, Stephen E. Hoop and Hoopsters Accessories, Inc. prejudgment interest on the $10,800 patent infringement damages award and finds that they are entitled to seek costs by filing a bill of costs with the Clerk. However, the Court denies their requests for expenses, attorney fees and exemplary damages.

8/9/04                                                         JAMES BONINI, CLERK


                                                               ___s/Stephen Snyder___
                                                               Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.