## AFFIDAVIT

### Statement by Charles R. Hoop

I, Charles R. Hoop, of Adams County, Peebles, Ohio 45660 makes the following statement regarding Eagle Guards (2) found on the property of 230 Oakmont Street, Cincinnati, Ohio 45216.

Due to a flooding problem, Kevin Scott was hired to do the renovation and was assisted by Charles R. Hoop approximately the first two weeks of November, 2004. While removing contents of the office into a storage POD, two (2) eagle fairing guards were discovered behind a large filing cabinet. These guards were unfinished, cracked and NOT A SET. I observed no other eagle fairing guards.

Charles R. Hoop made the comment once these guards were discovered, " Oops ! You are not supposed to have these." Mark's comment was, " I'll set these aside and turn them over to my attorney".

Signed: *Charles R. Hoop*
Charles R. Hoop

Date: April 7, 2005.


April 7, 2005

State of Ohio
County of Adams; ss

Before me, a Notary Public, in and for the said State, personally appeared, this date, the above named Charles R. Hoop, who acknowledges the aforesaid statements are true and he did sign the foregoing instrument as his free act and will.

IN TESTIMONY WHEREOF, I have hereunto fixed my name and official seal at West Union, (Peebles), Ohio this 7th. day of April, 2005.

Notary Public

BETTY J. HOOP
NOTARY PUBLIC, State of Ohio
My Commission Expires Nov. 30, 2009