

Store Front | Account | Search | Product List | Basket Contents | Checkout

Sign In
Bike Wash
Wax Protectant
Combo Kit
Complete Cleaning Kit
Super Absorbent Shammy
Fork Extensions

Welcome to American Aesthetic Store. Please select from the products below.


Dirt Eliminator 32 FL. OZ.


Shield 16 FL. OZ.


Dirt Eliminator & Shield Combo


Complete Cleaning Kit


Super Absorbent Shammy


Fork Extensions

# American Aesthetics
## Just For The Looks

Store Front | Customer Service | Fork Extensions

### Dirt ELIMINATOR — Advanced Technology Cleaner (NEW)




- OUT PERFORMS S-100
- NO WHITE SPOTS or Harsh Chemicals
- Superior cleaning for all bike surfaces
- Removes grease, ground-in dirt and road grime
- Eliminates hand detailing those hard to reach areas

The advanced formula of detergents and bacterial enzymes give superior cleaning properties that contain no harsh chemicals or corrosive agents. Dirt Eliminator is safe for all surfaces (paint, plastic, vinyl, glass, chrome, aluminum, tires) and is a total bike wash.

SAVE! Available In Refill Gallon Size.

Click Here To Order

### Fork Tube Extensions



Need a lift for your Harley but don't want the expense of new fork tubes? Look no farther. Our Fork Tube Extensions are easy to install, saving you time and money!

Learn More

### SHIELD — Quick One Step Application — UV BLOCKER Protection!



Beautifies all surfaces with only one product. Can be used as a waterless bike cleaner.
- CLEANS - plastic, glass, Plexiglass® mirrors
- POLISHES - chrome, aluminum, stainless steel
- WAXES - paint, vinyl, rubber, finished leather
- PROTECTS - surfaces with UV Blocker

Shield's water repellent carnauba wax formula is non-abrasive so it is safe and effective on the softer clear-coat finishes. Helps protect against damaging oxidation. Shield's anti-static property is ideal for treating vinyl, rubber, plastic and finished leather. Leaves NO oily film to attract dust and dirt. Dries clear in those hard to reach areas around trim and molding. No white powdery residue.

Click Here To Order

### Get it all, in our cleaning kit.



- Everything you need to get your bike showroom clean.
- No need to run to the stores, with all in one cleaning kit.

Click Here To Order

Cleaning Kit includes:
1 - 32 oz. Dirt Eliminator Total Bike Wash, 1 - 16 oz. Shield Wax Protectant
1 - Super Absorbent Shammy,
1 - 4" x 4" Micro Fiber Sponge (Use for applying Shield Wax Protectant)
1 - 13" x 13" micro-fiber polishing and cleaning cloth
    (Use to buff area where Shield Wax Protectant has been applied)

Customer Service | Fork Extensions | Dirt Eliminator | Shield | Cleaning Kit | Store Front

Store Front  Account  Search  Product List  Basket Contents                Checkout

Sign In

Bike Wash
Wax Protectant
Combo Kit
Complete Cleaning Kit
Super Absorbent Shammy
Fork Extensions

### Dirt Eliminator 32 FL. OZ.



Quantity in Basket: *none*
Code: **DE3FO**
Price: **$10.75**

Shipping Weight: **2.00** pounds

Quantity: [1]   Add To Basket

Dirt Eliminator, the Total Bike Wash. OUT PERFORMS LEADING BRANDS. Leaves NO WHITE SPOTS. No harsh chemicals. Latest technology detergents and oil consuming enzymes. Superior cleaning for all bike surfaces. Removes bug guts, oil, ground-in dirt and road grime. Eliminates hand detailing those hard to reach areas.

**Related Item(s)**

| Code | Name | Price | |
|---|---|---|---|
| DE1GR | Dirt Eliminator 1 Gallon Refill | $24.00 | Add One to Basket |

# American Aesthetics
## Just For The Looks

Store Front | Customer Service | Fork Extensions

## Fork Extensions



**Fork Tube Extention Kit.**
*Fits Harley Davidson Fork tubes only.*

Until now, the only option would be to replace the upper fork tubes. This required tearing down the front end, ordering new upper tubes and about 6 hours of labor costing hundreds of dollars.

With our new fork extensions, installation is easy and cost effective. They are design to increase frame ground clearance with installation taking less than an hour with no tear down, saving you hundreds of dollars.

2 sizes and 2 different lengths:

41mm - 1-1/2" or 2"
39mm - 1-1/2" or 2"

*American Aesthetics Fork Extensions gave me the lift I needed, and saved me a bundle. Great service too.*

Greg
Middletown Ohio



Home | Customer Service | Fork Extensions | Dirt Eliminator | Shield | Cleaning Kit | Store Front

  

Store Front | Account | Search | Product List | Basket Contents | Checkout

Sign In

Bike Wash
Wax Protectant
Combo Kit
Complete Cleaning Kit
Super Absorbent Shammy
Fork Extensions

### Shield 16 FL. OZ.



Quantity in Basket: *none*
Code: **S1FO**
Price: **$11.75**

Shipping Weight: **1.00** pounds

Quantity: [1]   Add To Basket

SHIELD Beautifies all surfaces with only one product. Can be used as a waterless bike cleaner. CLEANS plastic, glass, Plexiglass® mirrors. POLISHES chrome, aluminum, stainless steel. WAXES paint, vinyl, rubber, finished leather. PROTECTS surfaces with UV Blocker. Leaves NO oily film. Dries clear, no white powdery residue.

Store Front | Account | Search | Product List | Basket Contents | Checkout

Sign In

Bike Wash
Wax Protectant
Combo Kit
Complete Cleaning Kit
Super Absorbent Shammy
Fork Extensions

### Complete Cleaning Kit



Quantity in Basket: *none*
Code: **CCK**
Price: **$38.00**

Shipping Weight: **4.00** pounds

Quantity: 1
Add To Basket

Our Complete Cleaning Kit has top quality products to get your bike looking great and is our best value. Buy it for your self, or give it as a gift to that person that loves their bike. The kit has everything you need, and contains the following: 1 - 32 oz. Dirt Eliminator Total Bike Wash, 1 - 16 oz. Shield Wax Protectant, 1 - Super Absorbent Shammy, 1 - 4" x 4" Micro Fiber Sponge, (Use for applying Shield Wax Protectant), 1 - 13" x 13" micro-fiber polishing and cleaning cloth (Use to buff area where Shield Wax Protectant has been applied).

Store Front | Account | Search | Product List | Basket Contents | Checkout

Sign In

Bike Wash
Wax Protectant
Combo Kit
Complete Cleaning Kit
Super Absorbent Shammy
Fork Extensions

**Super Absorbent Shammy**



Quantity in Basket: *none*
Code: **SAS**
Price: **$7.50**

Shipping Weight: **1.00** pounds

Quantity: 1

Add To Basket

Top quality PVA shammy. Super Absorbent, machine washable and will last for years with correct care.