Store Front | Account | Search | Product List | Basket Contents | Checkout

| Code | Name | Price | | |
|---|---|---|---|---|
| DE3FO | Dirt Eliminator 32 FL. OZ. | $10.75 | Add One to Basket | Buy One Now |
| S1FO | Shield 16 FL. OZ. | $11.75 | Add One to Basket | Buy One Now |
| DESC | Dirt Eliminator & Shield Combo | $22.00 | Add One to Basket | Buy One Now |
| CCK | Complete Cleaning Kit | $38.00 | Add One to Basket | Buy One Now |
| SAS | Super Absorbent Shammy | $7.50 | Add One to Basket | Buy One Now |
| DE1GR | Dirt Eliminator 1 Gallon Refill | $24.00 | Add One to Basket | Buy One Now |
| FE | Fork Tube Extensions | $60.00 | Add One to Basket | Buy One Now |

Store Front | Account | Search | Product List | Basket Contents | Checkout

**Search For The Following Word(s):** eagle

[Search]

*No products matched your search criteria*

Store Front | Account | Search | Product List | Basket Contents | Checkout

**Search For The Following Word(s):** fairing

Search

*No products matched your search criteria*

Store Front | Account | Search | Product List | Basket Contents | Checkout

**Search For The Following Word(s):** guard

Search

*No products matched your search criteria*

Store Front | Account | Search | Product List | Basket Contents | Checkout

Create New Account

**Login to Existing Account:**

Login: [          ]

- ● Password: [          ]
- ○ Please Email Me My Password

[Login]

Store Front | Account | Search | Product List | Basket Contents | Checkout

Your shopping basket is currently empty.



**Our guarantee:**
We offer a 100% Satisfaction Guarantee. If you are not completely satisfied with your purchase, simply return the item or unused portion within 30 days of receipt for credit or full refund. Sorry, we cannot refund shipping and handling charges, or return postage.

**Contact Us:**
email us: info@mybadmotorscooter.com
or phone: (513) 761-1741

**Shipping restrictions:**
We ship anywhere in the continental United States. For orders out of the continental United States, please contact us at
info@mybadmotorscooter.com

**Return policy:**
When returning merchandise, please use the original shipping box and packing materials. For your protection, we recommend that you return the merchandise via U.S. Mail or UPS, prepaid and insured. Mail to the following address: American Aesthetics, 230 Oakmont Unit C • Cincinnati, Ohio 45216

**Payment options:**
We gladly accept major credit cards (MC, Visa, Discover) for online orders. For phone orders, we accept checks, money orders, or C.O.D. For checks, the merchandise will be sent out when the check clears.

**Is it safe to use my credit card?**
Keeping your information secure is a top priority for us. When you place orders through our site, you will transmit your order information, including your credit card number, to our secure server. Our secure server uses Secure Sockets Layer software (SSL) which allows us to receive information that your Web browser encrypts and transmits to us. SSL encryption technology is designed to prevent the unauthorized viewing and downloading of your order information.

**At what point will my credit card be billed?**
Your credit card will be charged when your order has been shipped.

**Does American Aesthetics share my information with other companies?**
The American Aesthetics will not trade, rent or sell your personal information. Period. We respect your privacy.

**Warranty:**
Fairing Guards and Fork Tube Extensions: American Aesthetics warrants its products to be free of manufacturer defect. The attachment of this product is critical and beyond the control of American Aesthetics. Therefore, American Aesthetics is not responsible for the attachment or installation. It neither guarantees nor will it be liable for any damage resulting from improper attachment or improper use of the product. The liability of this product is limited to its purchase price if it proves to be defective in material and or workmanship. Warranty becomes void if product is damaged or worn.

Customer Service | Fork Extensions | Dirt Eliminator | Shield | Cleaning Kit | Home | Store Front