Yahoo!   My Yahoo!   Mail   Welcome, Guest [Sign In]                           Search Home   Help

| Web | Images | Video | Directory | Local | News | Products |

**YAHOO! SEARCH** | EAGLE MOTORCYCLE FAIRING GUARDS | Search

My Web BETA                                      Shortcuts   Advanced Search   Preferences
**Search Results**   Results **1 - 10** of about **733** for **EAGLE MOTORCYCLE FAIRING GUARDS** - 0.15 sec. (A

1. MARK R. HOOP v. Jeffrey Hoop
   ... brothers") conceived of a pair of **eagle**-shaped **motorcycle fairing guards**. **Fairings** are clear glass or drag. The **eagle**-shaped **guards** attach to the **fairings** to ...
   ll.georgetown.edu/federal/.../fed/opinions/01opinions/01-1288.html - 48k - Cached - More from this site

2. United States Court of Appeals for the Federal Circuit **(PDF)**
   ... brothers") conceived of a pair of **eagle**- shaped **motorcycle fairing guards**. **Fairings** are clear glass of the **eagle**-shaped **fairing**. **guards**, and brought the concept ...
   ll.georgetown.edu/federal/judicial/fed/opinions/01opinions/01-1288.pdf - 151k - View as html - More from t

3. http://www.law.umaryland.edu/faculty/lsung/documents/2002/020131a.pdf **(PDF)**
   ... 428,831, which relates to. **eagle**-shaped **motorcycle fairing guards** mounted above the handlebars to conceive of the **eagle**-shaped **fairing**. **guards**, and brought the concept to ...
   www.law.umaryland.edu/faculty/lsung/documents/2002/020131a.pdf - 20k - View as html - More from this

4. Total Links
   ... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mf die cast metal **eagle fairing guards** ... aftermarket **motorcycle** parts ...
   www.harleythunder.150m.com/links.htm - 32k - Cached - More from this site

5. **Motorcycle** City's Discount Chrome Accessories
   Handlebars, Harley Dash Cover and Switch Replacement. Also foot pegs, custom mirrors, parts and acce makes and models from JC Whitney & **Motorcycle** City! Español, Deutsch, Français, Italiano, Português! Accessories. **Motorcycle** City Parts Finder ... color **eagle**. Mounts to any flat surface (saddlebag travel tru replacement engine **guards** and case **guards** Clamps have ...
   motorcyclecity.com/Parts/decorative.htm - 37k - Cached - More from this site

6. Goldwing **motorcycle** parts and accessories
   ... Goldwing **motorcycle** parts and accessories ... fit case and engine **guards**, custom-fit chrome-plated c **fairing**-mount skirt, illuminated gold-plated **eagle** emblems, LED mirror ...
   www.bikersbonanza.com/goldwing_accessories.htm - 18k - Cached - More from this site

7. WebComics - : Shopping : Vehicles : Motorcycles : Parts and Accessories : American : I Davidson : web sites
   ... Inc. - Original die cast metal **eagle fairing guards** ... leather bags, tools, gloves, caps, and **motorcycle Motorcycle**.com - Clothing, as well as a wide range of ...
   webcomics.com/top/index.php/Shopping/Vehicles/**Motorcycles**/... - 60k - Cached - More from this site

8. books : /Shopping/Vehicles/Motorcycles/Parts_and_Accessories/American/Harley_Davi
   ... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mf die cast metal **eagle fairing guards** ... **Eagle Motorcycle**.com ...
   all4books.com/books.php/Shopping/Vehicles/**Motorcycles**/... - 34k - Cached - More from this site

9. Ay-Up.com Search Engine
   ... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mf die cast metal **eagle fairing guards** ... **Eagle Motorcycle**.com ...
   ay-up.com/ods/dir/index.php?c=/Shopping/Vehicles/**Motorcycles**/... - ... - ... this site

EXHIBIT A

http://search.yahoo.com/search?fr=slv1-wave&p=EAGLE+MOTORC...                5/6/2005

10. eBay Stores - **Motorcycle** Body Parts, carbon fiber **motorcycle** part, **Motorcycle** Fairir Motors items at low ...
... British & European> **Motorcycle** Parts> Parts & Accessories ... **motorcycle** parts and accessories for undertails, tire huggers, chain **guards**, heel **guards** ... Northern **Eagle** Cycle ...
motors.stores.ebay.com/British-European_Body-Parts_W0QQcatZ35605QQtZlw - 46k - Cached - More fr

**Results Page:**
1 2 3 4 5 6 7 8 9 10 ▶ **Next**

**Web**   Images   Video   Directory   Local   News   Products
Your Search: EAGLE MOTORCYCLE FAIRING GUARDS    Search

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site - Job Openings

Case 1:00-cv-00869-SJD   Document 171-2   Filed 05/16/2005   Page 3 of 6

Yahoo!  My Yahoo!  Mail    Welcome, **Guest** [Sign In]                    Search Home  Help

**YAHOO! SEARCH**    Web  Images  Video  Directory  Local  News  Products
EAGLE MOTORCYCLE FAIRING GUARDS                    Search

**My Web** BETA                             Shortcuts   Advanced Search   Preferences
**Search Results**      Results **1 - 1** of about **1** for **EAGLE MOTORCYCLE FAIRING GUARDS** - 0.10 sec. (About

(*) Your search was restricted to "**www.harleythunder.150m.com**". For more matches, try searching the Web

1. Total Links
   ... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mf die cast metal **eagle fairing guards** ... aftermarket **motorcycle** parts ...
   www.harleythunder.150m.com/links.htm - 32k - Cached

        Web  Images  Video  Directory  Local  News  Products
Your Search: EAGLE MOTORCYCLE FAIRING GUARDS                Search

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site - Job Openings

Yahoo! Search Results for EAGLE MOTORCYCLE FAIRING GUARDS       Page 1 of 1

Case 1:00-cv-00869-SJD    Document 171-2    Filed 05/16/2005    Page 4 of 6

Yahoo! My Yahoo! Mail   Welcome, **Guest** [Sign In]                              Search Home  Help

**YAHOO! SEARCH**     Web  Images  Video  Directory  Local  News  Products
                       EAGLE MOTORCYCLE FAIRING GUARDS                 Search

My Web BETA                                        Shortcuts   Advanced Search   Preferences
**Search Results**       Results **1 - 2** of about **2** for **EAGLE MOTORCYCLE FAIRING GUARDS** - 0.11 sec. (About

Your search was restricted to "**www.all4books.com**". For more matches, try searching the Web instead.

1. books : /Shopping/Vehicles/Motorcycles/Parts_and_Accessories/American/Harley_Davi
   ... **Motorcycle** Accessories - Custom manufacturer of light bars and cargo racks. American Aesthetics Mf
   die cast metal **eagle fairing guards** ... **Eagle Motorcycle**.com ...
   all4books.com/books.php/Shopping/Vehicles/**Motorcycles**/... - 34k - Cached

2. books : /Shopping/Vehicles/Motorcycles/Parts_and_Accessories/Bodywork,_Fairings_a
   ... and bmx. **Eagle** Screens - Replacement screens for road ... and **guards**, seats and side covers. Online
   in South Australia. Rifle **Fairings** - **Motorcycle fairing** and ...
   all4books.com/books.php/Shopping/.../Bodywork,_**Fairings**_and_Fibreglass - 22k - Cached

                    Web  Images  Video  Directory  Local  News  Products
Your Search: EAGLE MOTORCYCLE FAIRING GUARDS                    Search

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site - Job Openings



Web | Images | Groups | News | Froogle | Local New! | more »

eagle fairing guards                    Search | Advanced Search / Preferences

**Web**                        Results 1 - 10 of about **802** for eagle fairing guards. (0.15 seconds)

FindLaw for Legal Professionals - Case Law, Federal and State ...
... conceived of a pair of **eagle**-shaped motorcycle **fairing guards**. ... that the Hoop brothers were the first to conceive of the **eagle**-shaped **fairing guards**, ...
caselaw.lp.findlaw.com/cgi-bin/ getcase.pl?court=Fed&navby=case&no=011288 - 44k - Cached - Similar pages

FindLaw Legal News
... In 1998, Jeffrey and Stephen Hoop ("Hoop brothers") conceived of a pair of **eagle**-shaped motorcycle **fairing guards**. Fairings are clear glass or plastic ...
caselaw.lp.findlaw.com/scripts/ printer_friendly.pl?page=fed/011288.html - 21k - Cached - Similar pages

Motorcycles : American : Harley Davidson at feXweb - The Search ...
... The original die cast metal **eagle fairing guards**. Protect your Harley **fairing** with our chrome or br http://www.mybadmotorscooter.com ...
www.fexweb.com/fexit/Motorcycles/ American/Harley_Davidson/ - 22k - Cached - Similar pages

WINDSHIELDS,
... wind and weather protection rivaling a frame mounted **fairing** w/o the extra weight. ... I have enclosed a picture of my Moto Guzzi and **Eagle** Side Car. ...
www.harpermotoguzzi.com/windshie.htm - 41k - Cached - Similar pages

Harley Davidson Parts & Accessories plus Metric Aftermarket Parts.
... Original die cast metal **eagle fairing guards**. Protect your Harley Davidson wing tips with chrome or brass sturdy birds. ...
www.bikenight.net/parts.htm - 82k - Cached - Similar pages

Google Directory - Shopping > Vehicles > Motorcycles > Parts and ...
... Original die cast metal **eagle fairing guards**. Crossroads Performance - http://www.nvo.com/crossroads/ Includes handle bars, toe pegs, fender conversion ...
directory.google.com/Top/Shopping/Vehicles/ Motorcycles/Parts_and_Accessories/American/Harley_Davidson/ - 76k - Cached - Similar pages

Harley Davidson **Fairing** Accessories
... American Aesthetics - Original die cast metal **eagle fairing guards**. Motorcycle Fairings from Dragonfly Cycle Concepts - Harley Davidson. ...
www.motorcycle-advisor.com/ harley-davidson-fairing-accessories.html - 12k - Cached - Similar pages

[PDF] 2014 briefs
File Format: PDF/Adobe Acrobat - View as HTML
... conceived an idea for a pair of **eagle**-. shaped motorcycle **fairing guards**. They hired their cousin and his ex-. wife (M&L) to create detailed ...
www.ipmvs.com/index.cfm/fuseaction/ getPubArchive/pubtype/briefs/PubIndex/1.cfm -

Sponsored Links

Motorcycle Superstore
Sportbike, Cruiser, Dirtbike, ATV
Free Shipping on Orders Over $149
www.motorcycle-superstore.com

Street and Race Fairings
Motorcycle body kits, Save 10-15%
Complete **Fairing** Sets at $472.50
HyperformanceParts.com

eBay: **Eagle Guards**
Great deals on hard to find items.
Free & easy registration! Aff.
ebaymotors.com

Plastic Fairings Repaired
Save big and get customized with us
Plastic welding-custom paint/decals
www.ConceptCustoms.com



EXHIBIT B

http://www.google.com/search?hl=en&q=eagle+fairing+guards&btnG=Google+Search        5/6/2005

Similar pages

**Harley Crowd - Harley Davidson Accessories**
... Original die cast metal **eagle fairing guards**. http://www.mybadmotorscooter.com.
American Custom Products Inc. Offering custom billet aluminum parts. ...
www.harleycrowd.com/harley_links/ Harley_Davidson_Accessories/ - 46k -
Cached - Similar pages

**American Eagle**
... Original die cast metal **eagle fairing guards**. http://www.mybadmotorscooter.com.
Preview by Thumbshots.org. **Eagle** Scout of the Year ...
american-**eagle**.ccex.biz/ - 31k - May 5, 2005 - Cached - Similar pages

Gooooooooogle ▶

Result Page:    1 2 3 4 5 6 7 8 9 10    **Next**

Free! **Get the Google Toolbar.** Download Now - About Toolbar

Google ▾ [                    ] ▾  Search Web ▾   PageRank  3 blocked  AutoFill  Options

eagle fairing guards    Search

Search within results | Language Tools | Search Tips | Dissatisfied? Help us improve

Google Home - Advertising Programs - Business Solutions - About Google

©2005 Google