OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
100 EAST FIFTH STREET, ROOM 103
CINCINNATI, OHIO 45202

OFFICIAL BUSINESS

RECEIVED
JUN 2 2 2005
JAMES BONINI, Clerk
CINCINNATI, OHIO



☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
☐ UNABLE TO FORWARD    ☐ OTHER

RTS
RETURN TO SENDER



Timothy A Magee
Manos Pappas & Stefanski - 2
Landmark Office Towers
45 W Prospect Avenue
1600 Guildhall
Cleveland, OH 44115

Notices
1:00-cv-00869-SJD Hoop, et al v. Hoop, et al **CASE CLOSED on 02/11/2004**

## U.S. District Court

### Southern District of Ohio

Notice of Electronic Filing

The following transaction was received from ss1, entered on 6/15/2005 at 2:05 PM EDT and filed on 6/15/2005

**Case Name:** Hoop, et al v. Hoop, et al
**Case Number:** 1:00-cv-869
**Filer:**
**WARNING: CASE CLOSED on 02/11/2004**
**Document Number:** 172

**Docket Text:**
NOTICE of Conference Call on Motion [169] Motion for Contempt: Motion Conference Call set for 7/26/2005 11:30 AM in teleconference before Susan J. Dlott. (ss1, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=6/15/2005] [FileNumber=656647-0]
[90771efde0f9156e03b369e2f121d6b28645996d5911f05e426397ab30cfe1792cbd
6a6f34ade42775dcb6e21994a9e7cabf21c6b53c44ea56a36d28b7b62e54]]

**1:00-cv-869 Notice will be electronically mailed to:**

Stella B House     sbhpsc@hotmail.com,

Alfred John Mangels     amangels@fuse.net,

**1:00-cv-869 Notice will be delivered by other means to:**

Timothy A Magee
Manos Pappas & Stefanski - 2
Landmark Office Towers
45 W Prospect Avenue
1600 Guildhall
Cleveland, OH 44115

AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

MARK R. HOOP, et al,

                                                Case Number:  1:00cv869-SJD

      V.

JEFFREY W. HOOP, et al,                      District Judge Susan J. Dlott

### NOTICE

**TAKE NOTICE** that a CONFERENCE CALL ON THE MOTION FOR CONTEMPT in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | JULY 26, 2005 at 11:30 A.M. |

JAMES BONINI, CLERK

    s/Stephen Snyder
Stephen Snyder
Case Manager
(513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.