NOTE: Pursuant to Fed. Cir. R. 47.6, this disposition is not citable as precedent. It is a public record.

# United States Court of Appeals for the Federal Circuit

04-1599

MARK R. HOOP and LISA J. HOOP,

Plaintiffs-Appellants,

v.

JEFFREY W. HOOP, STEPHEN E. HOOP, and HOOPSTERS ACCESSORIES, INC.,

Defendants-Appellees.

## Judgment

ON APPEAL from the    UNITED STATES DISTRICT COURT
in CASE NO(S).    SOUTHERN DISTRICT OF OHIO
   1:00-CV-00869

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2005

JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (CLEVENGER, GAJARSA, and PROST, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED JUN 1 3 2005

Jan Horbaly, Clerk

ISSUED AS A MANDATE: JUL - 5 2005