## CERTIFICATE OF JUDGMENT UNDER § 2329.02

### OHIO REVISED CODE

05 JUL 29 PM 12: 03

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio, do hereby certify that on **February 11, 2004** there was entered in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number **1:00cv869**

entitled **Mark R. Hoop, et al v Jeffrey W. Hoop, et al,.**

judgment in favor of **Jeffrey W. Hoop, Stephen E. Hoop, Hoopsters Accessories Inc.**

and against **Mark R. Hoop and Lisa J. Hoop** in the amount of **$344,367.00**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court, at Cincinnati, Ohio, this **21** day of **July**. A.D. **2005**.

JAMES BONINI, Clerk, U.S. District Court

By: _[signature]_, Deputy Clerk

FILED
2005 JUL 27 P 1:06
HAMILTON COUNTY, OH
CLERK OF COURTS
GREGORY HARTMANN

D64650402