AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

MARK R. HOOP, et al,

                    V.

JEFFREY W. HOOP, et al,

Case Number:  1:00cv869-SJD

District Judge Susan J. Dlott

## NOTICE

**TAKE NOTICE** that a CONFERENCE CALL ON THE MOTION FOR CONTEMPT in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | TO BE DONE BY TELEPHONE |
| | DATE AND TIME |
| | AUGUST 22, 2005 at 1:30 P.M. |

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms beside the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.