FILED
JAMES BONINI
CLERK

05 AUG 11 PM 3:59

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| Mark R. Hoop and Lisa J. Hoop | CASE NO. C-100-869 |
| Plaintiffs/Counterclaim Defendants | JUDGE SUSAN J. DLOTT |
| v. | **NOTICE OF CURRENT ADDRESS** |
| Jeffrey W. Hoop, Stephen Hoop and Hoopsters Accessories, Inc. | Timothy A. Magee, Esq.<br>347 N. Main Street, Suite #3<br>Bowling Green, OH 43402<br>419-353-1856 |
| Defendants/Counterclaim Plaintiffs | |

The undersigned, Timothy A. Magee, Counsel for Mark R. Hoop and Lisa J. Hoop hereby gives notice of his current address. All future communication should be directed to the following:

The Law Offices of Timothy A. Magee
347 North Main Street, Ste. 3
Bowling Green, Ohio 43402

Phone: (419) 353-1856
Fax: (419) 353-1858
Email: magee_law@cros.net

Respectfully Submitted,

*[signature]*

Timothy A. Magee, Esq.
0066023
347 N. Main Street, suite #3
Bowling Green, Ohio 43402
Phone: 419.353.1856
Fax:    419.353.1858
Co-Counsel for Plaintiffs

**Certificate of Service**.
The foregoing was served by ordinary mail to all parties of this ____8____ day of August to all parties of record.

_[signature]_
Timothy A. Magee, Esq.
Co-Counsel for Plaintiffs