UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – WESTERN DIVISION

05 AUG 23 PM 12:...

| | |
|---|---|
| Mark R. Hoop and Lisa J. Hoop | CASE NO. C-100-869 |
| Plaintiffs/Counterclaim Defendants | JUDGE SUSAN J. DLOTT |
| v. | |
| Jeffrey W. Hoop, Stephen Hoop and Hoopsters Accessories, Inc. | **Motion to Void Certificate of Judgment Issued** |
| Defendants/Counterclaim Plaintiffs | |

Now comes Plaintiffs/Counterdefendants Mark Hoop and Lisa Hoop, who hereby move this court for an order voiding the Certificate of Judgment issued by Clerk relative to this matter (Copy Attached.) The certificate was issued in error, as it lists Lisa J. Hoop as a judgment debtor as well as Mark R. Hoop. There is no judgement against Lisa J. Hoop. See attached copy of judgment entry.

Defendant/Counterclaimants have registered the erroneous certificate of judgment in the Common Pleas Courts of Hamilton, Butler, and Adams County, Ohio. Plaintiff/Counterdefendants need an order from this court voiding the erroneous certificate of judgment to present to the various Ohio State Courts where the erroneous certificate of judgment has been filed. A proposed order is attached for the courts convenience.

Respectfully Submitted,

_____
Timothy A. Magee, Esq
347 N. Main Street, Suite #3
Bowling Green, Ohio 43402
(419) 353-1856
Counsel for Plaintiffs/
Counterdefendants

## Certificate of Service.

The foregoing document was mailed to Stella B. House, J.D., Post Office Box 422, Manchester, Kentucky 40962-0422, via ordinary mail on this 19th day of August, 2005.

_____
Timothy A. Magee, Esq.