$\mathcal{N} \cdot \overset{\omega}{=}$
7943

CERTIFICATE OF JUDGMENT UNDER § 2329.02

OHIO REVISED CODE

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio,

do hereby certify that on __*February 11, 2004*__ there was entered in the record, in this

court, Western Division, at Cincinnati, Ohio, in

Case Number___*1:00cv869*_____

entitled *Mark R. Hoop, et al v Jeffrey W. Hoop, et al,.*_____

judgment in favor of *Jeffrey W. Hoop, Stephen E. Hoop, Hoopsters Accessories Inc.*

and against *Mark R. Hoop and Lisa J. Hoop* in the amount of *$344,367.00*_____

_____

_____

_____

_____

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this

Court, at Cincinnati, Ohio, this __21__ day of_July__. A.D. __2005_____.

JAMES BONINI, Clerk, U.S. District Court

By: _____
                          Deputy Clerk

FILED

2005 JUL 27 P 1: 06

GREGORY HARTMANN
CLERK OF COURTS
HAMILTON COUNTY, OH

D64650402

652090

05·008591



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARK R. HOOP, et al,                              :

      Plaintiff(s)                              :

                            : Case Number: 1:00cv869-SJD

vs.                                               :

                            : District Judge Susan J. Dlott

JEFFREY W. HOOP, et al,                           :

      Defendant(s)                              :

## JUDGMENT IN A CIVIL CASE

Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

## IT IS ORDERED AND ADJUDGED

...    that Jeffrey Hoop and Stephen Hoop are the joint inventor of U.S. Design Patent No. Des. 428,831 and 431,211;

...    that U.S. Design Patent No. Des. 428,831 is valid;

...    that the defendants are entitled to damages for infringement from Mark Hoop in the amount of $10,800;

...    that plaintiff Lisa Hoop did not infringe on the defendants' patent;

...    that Lisa Hoop is not the one and only author of U.S. Copyright Registration No. Vau 490-992;

...    that Lisa and Mark Hoop are not the only authors of the sculpture at which U.S. Copyright Registration No. Vau 494-540 is directed;

...    that Mark Hoop breached the confidential disclosure agreement he had with the defendants and the amount of damages is $0;

...    that Lisa Hoop breached the confidential disclosure agreement she had with the defendants and the amount of damages is $0;

...    that there was a contract agreement between Mark Hoop and the defendants, which was

breached by Mark Hoop and the defendants had substantially performed their duties, and the amount of damages to which the defendants are entitle from Mark Hoop is $318,250;

...    that Mark Hoop converted property that belonged to the defendants and the amount of damages as a result of Mark Hoop's conversion is $51,317;

...    that Lisa Hoop did not convert property belonging to the defendants;

...    that Mark Hoop is entitled to recover reasonable value for services that he performed but for which he was not paid in the amount of $36,000;

....    that Lisa Hoop is not entitled to recover reasonable value for services that she performed but for which she was not paid;


2/11/04                                                    JAMES BONINI, CLERK


                                                           ___s/Stephen Snyder__
                                                           Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.