IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Mark R. Hoop *et al.* | : | |
| | : | Case No. C-1-00-869 |
| Plaintiffs/ | : | |
| Counterclaim Defendants | : | District Judge Susan J. Dlott |
| | : | |
| v. | : | ORDER DENYING |
| | : | DEFENDANTS- |
| Jeffrey W. Hoop *et al.* | : | COUNTERCLAIM PLAINTIFFS' |
| | : | MOTION FOR CONTEMPT |
| Defendants/ | : | |
| Counterclaim Plaintiffs | : | |

This matter comes before the Court on Defendants-Counterclaim Plaintiffs Jeffrey W. Hoop, Stephen E. Hoop and Hoopsters Accessories, Inc. (collectively, "the Hoopsters")'s Verified Motion for Order Holding Plaintiff/Counterclaim Defendant, Mark R. Hoop, In Contempt (doc. # 169). On August 22, 2005, the Court held a telephone conference with the parties' counsel regarding the Hoopsters' motion. For the reasons stated during the conference, the Court hereby **DENIES** the Hoopsters' Motion (doc. # 169).

IT IS SO ORDERED.

                                                                                                                                               ___s/Susan J. Dlott_____
                                                                                                                                               Susan J. Dlott
                                                                                                                                               United States District Judge