<u>CERTIFICATE OF JUDGMENT UNDER § 2329.02</u>

<u>OHIO REVISED CODE</u>



05 AUG 29 PM 4: 11

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio,

do hereby certify that on **February 11, 2004** there was entered

in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number **1:00cv869**

entitled **Mark Hoop, et al vs. Jeffery W. Hoop, et al**

judgment in favor of **Jeffery W. Hoop, et al (Defendants)**

and against **Mark Hoop, et al (Plaintiffs)**

in the amount of **$344,367.00**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this

Court, at Cincinnati, Ohio, this **9th** day of **August**, A.D. **2005**.

JAMES BONINI, Clerk, U.S. District Court

By: _____
, Deputy Clerk