UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO – WESTERN DIVISION

| | |
|---|---|
| Mark R. Hoop and Lisa J. Hoop<br><br>    Plaintiffs/Counterclaim<br>    Defendants<br><br>v.<br><br>Jeffrey W. Hoop, Stephen Hoop<br>and Hoopsters Accessories, Inc.<br><br>    Defendants/Counterclaim<br>    Plaintiffs | CASE NO. C-100-869<br><br>JUDGE SUSAN J. DLOTT<br><br>*Granted*<br>*Susan J. Dlott*<br>*Sept 2, 2005*<br><br>**Motion to Void Certificate of<br>Judgment Issued** |

Now comes Plaintiffs/Counterdefendants Mark Hoop and Lisa Hoop, who hereby move this court for an order voiding the Certificate of Judgment issued by Clerk relative to this matter (Copy Attached.) The certificate was issued in error, as it lists Lisa J. Hoop as a judgment debtor as well as Mark R. Hoop. There is no judgement against Lisa J. Hoop. See attached copy of judgment entry.

Defendant/Counterclaimants have registered the erroneous certificate of judgment in the Common Pleas Courts of Hamilton, Butler, and Adams County, Ohio. Plaintiff/Counterdefendants need an order from this court voiding the erroneous certificate of judgment to present to the various Ohio State Courts where the erroneous certificate of judgment has been filed. A proposed order is attached for the courts convenience.