9860



CERTIFICATE OF JUDGMENT UNDER § 2329.02

OHIO REVISED CODE

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio, do hereby certify that on  February 11, 2004  there was entered in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number  1:00-cv-869

entitled  Hoop et al., v Hoop et al.

judgment in favor of  Mark R. Hoop and Jeffrey W. Hoop, Stephen E. Hoop, Hoopsters Acces

and against  Mark R. Hoop

in the amount of  $344,367.00

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this Court, at Cincinnati, Ohio, this  2  day of  September , A.D.  2005 .

JAMES BONINI, Clerk, U.S. District Court

By: _Shauntel Jackson_ , Deputy Clerk

D65273817

652090 - SANAIT                                05-010352