<u>CERTIFICATE OF JUDGMENT UNDER § 2329.02</u>   #2605-10-2114

<u>OHIO REVISED CODE</u>

UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF OHIO

I, James Bonini, Clerk of the United States District Court for the Southern District of Ohio,

do hereby certify that on **February 11, 2004** there was entered

in the record, in this court, Western Division, at Cincinnati, Ohio, in

Case Number **1:00cv869**

entitled **Hoop, et al v. Hoop, et al.**

judgment in favor of **Jeffrey W. Hoop, Stephen E. Hoop, Hoopsters Accessories Inc.**

and against **Mark R. Hoop** in the amount of **$344,367.00.**

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of this

Court, at Cincinnati, Ohio, this **12** day of **September**. A.D. **2005**.

JAMES BONINI, Clerk, U.S. District Court

By: _____
                                  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

I certify that this is a true and correct copy of the original filed in my Office on 2-11-2005.
JAMES BONINI, CLERK
BY: [signature] Deputy Clerk
DATE: 9-14-2005

MARK R. HOOP, et al, :
:
    Plaintiff(s) :
: Case Number: 1:00cv869-SJD
vs. :
: District Judge Susan J. Dlott
JEFFREY W. HOOP, et al, :
:
    Defendant(s) :

## JUDGMENT IN A CIVIL CASE

    Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . .     that Jeffrey Hoop and Stephen Hoop are the joint inventor of U.S. Design Patent No. Des. 428,831 and 431,211;

. . .     that U.S. Design Patent No. Des. 428,831 is valid;

. . .     that the defendants are entitled to damages for infringement from Mark Hoop in the amount of $10,800;

. . .     that plaintiff Lisa Hoop did not infringe on the defendants' patent;

. . .     that Lisa Hoop is not the one and only author of U.S. Copyright Registration No. Vau 490-992;

. . .     that Lisa and Mark Hoop are not the only authors of the sculpture at which U.S. Copyright Registration No. Vau 494-540 is directed;

. . .     that Mark Hoop breached the confidential disclosure agreement he had with the defendants and the amount of damages is $0;

. . .     that Lisa Hoop breached the confidential disclosure agreement she had with the defendants and the amount of damages is $0;

. . .     that there was a contract agreement between Mark Hoop and the defendants, which was

        breached by Mark Hoop and the defendants had substantially performed their duties, and the amount of damages to which the defendants are entitle from Mark Hoop is $318,250;

. . .    that Mark Hoop converted property that belonged to the defendants and the amount of damages as a result of Mark Hoop's conversion is $51,317;

. . .    that Lisa Hoop did not convert property belonging to the defendants;

. . .    that Mark Hoop is entitled to recover reasonable value for services that he performed but for which he was not paid in the amount of $36,000;

. . ..    that Lisa Hoop is not entitled to recover reasonable value for services that she performed but for which she was not paid;

2/11/04                                                             JAMES BONINI, CLERK

                                                                    ___s/Stephen Snyder__
                                                                    Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.


FILED
2005 OCT -4 PM 3:35
CINDY CARPENTER
BUTLER COUNTY
CLERK OF COURTS



**CINDY CARPENTER**

**CLERK OF COURTS**

PRECIPE FOR CERTIFICATE OF JUDGMENT
COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO
Pursuant O.R.C. 2303.02; O.R.C. 2329.02

JEFFREY W. HOOP, ET AL
Creditor

JD Number JD05-10-2114

Case Number _____

-vs-

MARK R. HOOP
Debtor

To the Clerk of Courts:

Please prepare and issue a Certificate of Judgment in favor of the Creditor

JEFFREY W. HOOP, STEPHEN E. HOOP, HOOPSTERS ACCESSORIES, INC.
Name

PO BOX 6509   OCALA   FL   34478-6509
Address          City       Zip

Rendered against the Debtor(s)
MARK R. HOOP
Name

183 CARLSBAD RD   CINTI   OH   45240
Address               City       Zip

Entered upon the Journal of the U.S. DISTRICT Court, SOUTHERN DISTRICT OF OHIO

On 2/11/04 in the Amount of $ 344,367.00

With Interest at the Rate of 0 % from the Date of 2/11/04

Plus costs of $ 122.00 _____ (Attach Certified Copy of Judgment)

Attorney for Judgment Creditor
2323 PARK AVE
CINTI OH 45206

GOVERNMENT SERVICES CENTER • 315 HIGH STREET • SUITE 550 • HAMILTON, OHIO 45011-6016

BUTLER COUNTY CLERK OF COURTS
www.butlercountyclerk.org

  

# CINDY CARPENTER             CLERK OF COURTS

1000264183

U S DISTRICT COURT
100 EAST 5TH STREET
SOUTHERN DISTRICT OF OH
CINTI, OH 45202

Date:   October 5, 2005                         Case No.: JD 2005 10 2114
                        JEFFREY W HOOP vs. MARK R HOOP

## COPY MAILED
## COURT OF COMMON PLEAS, BUTLER COUNTY, OHIO

The attached document is a copy of an original case filing held by the Butler County Clerk of Courts in the above captioned case.

**CINDY CARPENTER**
Butler County Clerk of Courts

By:Rebecca Fleenor
Deputy Clerk