FILED
JAMES BONINI
CLERK

07 DEC -3 PM 3:39

**United States District Court**
**Southern District of Ohio**

| | | |
|---|---|---|
| Mark R. Hoop et al. | : | Case No. 1:00CV869 |
| Plaintiff, | : | |
| | : | **SATISFACTION OF JUDGMENT** |
| vs. | : | |
| Jeffrey W. Hoop et al. | : | |
| Defendant. | : | |

To the Clerk of the Court of the United States District Court for the Southern District of Ohio:

THIS IS TO CERTIFY that the judgment rendered in Case No. 1:00CV869 in the United States District Court for the Southern District of Ohio on February 1, 2004 against Mark Hoop, Plaintiff/Judgment debtor and in favor of Jeffrey W. Hoop et al., Defendants/judgment creditor(s), for the amount of $344,367.00 Dollars and entered in Case No. 1:00CV869 of the records of your court, was satisfied on the 20th day of November 2007, and therefore said judgment is hereby discharged.

This is to further certify that the offsetting judgment Plaintiff/judgment debtor Mark Hoop obtained against Defendant/judgment creditors in the fore-mentioned case in the amount of $36,000 was also satisfied on the 20th day of November, 2007 and said offsetting judgment is also hereby discharged.

_Stella House_ per telephone autho  
on 11/20/07
_____
Stella B. House
Attorney for Defendants/Judgment
Creditors
Post Office Box 422
Manchester, KY 40962-0422
Telephone (606)598-1485
Facsimile (606)598-7496


_____
G. Todd Hoffpauir
Montgomery, Rennie, & Jonson
Attorney for Plaintiff/Judgment
Debtor, Mark Hoop
36 E. Seventh St. Suite 2100
Cincinnati, OH 45202
Telephone (513)241-4722
Facsimile (513)241-8775